**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Jinneng Tool Battery Library | Amazon | A1NID1JKG5965J |
| 2 | JOYMOEI | Amazon | AK0WSCCM4A0LD |
| 3 | jsfv kklh | Amazon | A174SP5Q1K35KK |
| 4 | JShomeDZ | Amazon | A1HG6JQKU8A9J0 |
| 5 | JUAN TOOLS | Amazon | A353UUV6W3Q1AL |
| 6 | JUHEDCK | Amazon | A38JFIREOPD2N9 |
| 7 | juxianstore | Amazon | A323AIXOZ0DJ37 |
| 8 | KAKEI | Amazon | AL6YZAPWX86YZ |
| 9 | KimGu | Amazon | A7DY994BYAVVI |
| 10 | Kitchen and kitchen mats | Amazon | A34PNW3EFY5BQM |
| 11 | Kitten Component Shop | Amazon | A3QUNNHWKU3PEM |
| 12 | Knixxo | Amazon | A6FWRFO1JZB3K |
| 13 | Kotoate Direct-US | Amazon | A2LM9FHVJZH8FM |
| 14 | L.youchang | Amazon | A1060CEGF87Q7O |
| 15 | Laocity | Amazon | A2ZANUU1J844JI |
| 16 | Liankun shop | Amazon | A2A87I3GZTIK5Y |
| 17 | LinFenShiYiSanWuLiuYouXianGongSi | Amazon | A336SREITADYPG |
| 18 | Linglangfeng | Amazon | A5WW976W7LISF |
| 19 | Linh Lolly Shop | Amazon | A2FP172GUYQJPD |
| 20 | LINHAI TOOL | Amazon | A1D484RSRK1ZYC |
| 21 | LiuYongjinVVB | Amazon | A15RPENU9Y5K46 |
| 22 | LIWen | Amazon | A3FEXE987FBRH8 |
| 23 | LJY888 | Amazon | AX0CZS1DMKOOP |
| 24 | Loveinlast | Amazon | AZYFN2P9XHDKZ |
| 25 | luckymore | Amazon | A2MXPVY8G0KDSW |
| 26 | Luckytimes | Amazon | A22QYG70YOBP74 |
| 27 | Magiccy | Amazon | A2T8AHUSEP7OVR |
| 28 | Magictown88 | Amazon | A33O88ZVG71DRG |
| 29 | Mechanic | Amazon | A1SIJ6LK0HG3S0 |
| 30 | meizhouliliangmaoyiyouxiangongsi | Amazon | A3L7OWF0YC4UVW |
| 31 | meizhouxiaochengkejiyouxiangongsi | Amazon | A1E70T65NT6I8F |
| 32 | mescream | Amazon | A1I8SF6A22WDBA |
| 33 | MIL Toolup | Amazon | A3FEG48NF50P07 |
| 34 | mingchuangjixieshebei | Amazon | AKNCZJ2GS5SNW |
| 35 | Mingzimeng | Amazon | A1NCRPN82HEBA3 |
| 36 | Mioloe Company | Amazon | A3U7Y9QRZBWKR3 |
| 37 | Mishagin | Amazon | A22GOEDN5AQ86W |
| 38 | Miustg | Amazon | AFDBSPH49BQDY |
| 39 | MLYNZXJS | Amazon | A28M2P7MWIOO23 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | MOVATY Direct | Amazon | AF38BYA0MVM4J |
| 41 | MQEIXUH | Amazon | A36BZAORJ7DCTX |
| 42 | muhedianzishangw | Amazon | AVDQQNDIAFDA8 |
| 43 | narrow street | Amazon | A9AYMW66UFW8 |
| 44 | newbounce | Amazon | A4FZOL07Q9V70 |
| 45 | Ngoc Kitty Shop | Amazon | A230VPI9JRKQWD |
| 46 | NGUYEN DINH VINH SHOPP | Amazon | A2GF6VR6LZLVNG |
| 47 | NGUYEN MINH THUSHOP | Amazon | A29AKUUJIWIAVA |
| 48 | NGUYEN TUAN PHONG TP0806 | Amazon | A33BDGKHM2EUHI |
| 49 | Nhatchoet store | Amazon | A2SR1ZYJA6PBTU |
| 50 | Noon | Amazon | A3CVVYMKAPGW7V |
| 51 | NSTTYK Direct | Amazon | A2C9GCC3I5LGDK |
| 52 | OXParts | Amazon | A3NMOHVR94L593 |
| 53 | paiyuedianzi | Amazon | A2LKJSAGV5R9C7 |
| 54 | palart | Amazon | A17Q0H41NQDRPT |
| 55 | Part Tube | Amazon | A3D44L8GAZIGXU |
| 56 | Parts Outlets | Amazon | A1KTL5N6S6RA9X |
| 57 | Passion Auto | Amazon | A11RUBZHZRO5C8 |
| 58 | PEHUAP | Amazon | A2JVUXJAC0CU7F |
| 59 | phn99988 | Amazon | A37FCIOXTD8MFN |
| 60 | Powtree-us | Amazon | A3OP2JMX3TVJSY |
| 61 | Ptazucv | Amazon | A2TA1HXJW1VLH |
| 62 | Pusenn U | Amazon | AS3FHFFDK9NS8 |
| 63 | Qi Huan | Amazon | A3KO19O2E6U3IT |
| 64 | Qi zhengSHOP | Amazon | A20OG31XHDGWEH |
| 65 | qibeitiancha | Amazon | A39E3GTLQTU8A4 |
| 66 | qican battery factory company | Amazon | A52I18VM5TD0M |
| 67 | qin-shuang | Amazon | A348N844S37ZIL |
| 68 | Qingziqin | Amazon | A35V1I4JS2VW1W |
| 69 | Quiet Summer | Amazon | A25JAVV2XXK279 |
| 70 | QUOCAANGUYEN3 | Amazon | A3RLBGJO2SB8C5 |
| 71 | QuocDat | Amazon | A2BHQEY4EV41VQ |
| 72 | Quynh Nhi Shop | Amazon | AXSCFWM4WXFE2 |
| 73 | quzhoushiqujiangquyixinjiatingnongchangyouxiangongsi | Amazon | A12XSCS4VVADBC |
| 74 | ranyeSHOP | Amazon | A3T6FVULGNY9Q |
| 75 | Redparts | Amazon | A357D2S5ZEIREU |
| 76 | Renoo Direct | Amazon | A2NY1T2NZAWSSJ |
| 77 | REOTUND | Amazon | A112K3QSP2BPFH |
| 78 | Replace parts supermarket | Amazon | A3L3HJNGC0C2CR |
| 79 | REQUEST | Amazon | A39PTXDE7CH91U |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 80 | RHH Power Tool Accessories | Amazon | A41QHF9UHNK4U |
| 81 | Richbranch | Amazon | A3BMES5EJG671Z |
| 82 | RISELION Officia | Amazon | A3VB2LWM5QHFK4 |
| 83 | rui mou guo ji | Amazon | A3G7AG13QHBEOF |
| 84 | Run Qiu | Amazon | A3K039WQC3FC55 |
| 85 | Runmiao | Amazon | A36EST1KKEJLHK |
| 86 | Rushimall | Amazon | A37WLAL0WLQYQG |
| 87 | Ryzljss | Amazon | AY9X3VGIKXXOI |
| 88 | S.K PRODUCTION | Amazon | A35X3WAQUJC4MS |
| 89 | Safebattle | Amazon | A32SS4V129Y79E |
| 90 | SAIKIM Direct | Amazon | A2I6RQ3YI7ZXMH |
| 91 | Saint Precision Technology | Amazon | A2WK8K0L06WXF2 |
| 92 | Sam&shop | Amazon | A29IULZO4S7CUJ |
| 93 | SANFAY-US | Amazon | AED0BVNDRDOAN |
| 94 | Savory Sails Bistro | Amazon | A134U3NWSHAY4S |
| 95 | seaworldw | Amazon | A3M5MYIQ65XPGL |
| 96 | SEEKLF | Amazon | ALS050N09PGY4 |
| 97 | Sengying | Amazon | A3P7JG0D378T9V |
| 98 | SF Small Treasury | Amazon | A2XC3TVAFXL1LQ |
| 99 | shanghaiqianzhengkejiyouxiangongsi | Amazon | A3FMXB3ZH7R3Q |
| 100 | ShanYiLZW | Amazon | ANF2BRN772SSS |
| 101 | shao46xin | Amazon | A144OWCQ957H5C |
| 102 | Sheinshin | Amazon | A2WCUR00QPBAPY |
| 103 | SHENGhong | Amazon | A2T0SQ349E3X5A |
| 104 | shenzhenshidujiaoniaokejiyouxiangongsi | Amazon | AMG8Q9RYIBIC1 |
| 105 | Shopping | Amazon | AAKEVDYAM6O0K |
| 106 | sign | Amazon | AL1ZHWLYXKF9I |
| 107 | Silas_Ste | Amazon | A1HK4M7GB8GTMS |
| 108 | SIM888 | Amazon | A2CYJHQBIQ2BLV |
| 109 | SLMY12 | Amazon | A34QS9S2GZUUUR |
| 110 | ST Yimengjia Trading Co., Ltd | Amazon | A15J65IPMRN6HX |
| 111 | Still2 | Amazon | A2IDP8P60PM5EH |
| 112 | sugaoshangmao | Amazon | A2DIAC4KDZUP6N |
| 113 | Suifaqi | Amazon | A1WHKBB7HUIDYA |
| 114 | SURPOUF Parts Store | Amazon | A1L160F9AOHSM |
| 115 | suzhoujufengyandianzishangwuyouxiangongsi | Amazon | A2UEJKIP0PM7YP |
| 116 | SVDpirit Sports Store | Amazon | A36MR80V1J9E1P |
| 117 | SZSXYSWFZYXGS | Amazon | A37MEYSVX6Q18Q |
| 118 | T-SUN Team | Amazon | A3L2T384R8LKPY |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 119 | taijun--mall | Amazon | A2OHWT0971RKLJ |
| 120 | taixuanmaoyi | Amazon | A1J6YPM6BE0UZR |
| 121 | tangningzhubao | Amazon | A9NL4TIL0L1Y8 |
| 122 | Tanks | Amazon | A4HGPZUPQKIMD |
| 123 | Terixe | Amazon | A2B5KFEI1C2WUR |
| 124 | Thanh July shop | Amazon | ALEJKV76F0GX5 |
| 125 | THI VAN SHOP SALE | Amazon | A14TKSDKEZMUUA |
| 126 | Tianhengyue | Amazon | A3CV4JSJX013SR |
| 127 | TNJPSEK Direct | Amazon | AMTRPC4O50Y12 |
| 128 | TO THUY LINH SNSJS | Amazon | A21TQISYXTADNE |
| 129 | TO TUNG SHOP | Amazon | A2C41PKWA8NVL |
| 130 | TolxhTT | Amazon | AZXTZFBWP8XFA |
| 131 | Tool & Parts Store | Amazon | A30RR0R3YQLOAF |
| 132 | Tool Mall | Amazon | A1EFDHBW1P2DP4 |
| 133 | tool parts storeA0 | Amazon | ARGSGCWKSQY5I |
| 134 | Topteng | Amazon | A1TS0L31WJVRF4 |
| 135 | TRIFUNESS-US | Amazon | AC0GQ59UIUFZD |
| 136 | Truworthymore | Amazon | A13QKOIJEAYU5C |
| 137 | TTocenb | Amazon | A2YZA4RS2ORTKV |
| 138 | TTXSCZYH | Amazon | AVETFETJT9MXU |
| 139 | TUMORY House | Amazon | A2KU42IOS0ME66 |
| 140 | UlatiDirect | Amazon | AMJBKSSAGL29J |
| 141 | Uorolbmy Inc | Amazon | A2GMCA808WG201 |
| 142 | Upforest Chainsaw | Amazon | A1VJULEY86DE6R |
| 143 | US-Leo | Amazon | AQRED3DZ5Y8LX |
| 144 | USAKKOPOWER | Amazon | A2NV6RTEJ2ZVMG |
| 145 | UsSmileshop | Amazon | A94O1V4D90T3I |
| 146 | ViewReal US | Amazon | A3OYBSV2FSMALZ |
| 147 | Voskmook | Amazon | A1109DD8YY65IY |
| 148 | waldenlife | Amazon | A2YFVBTGTAGKSB |
| 149 | Wang Wei 666 | Amazon | A44ZQFWC3M3MJ |
| 150 | WangBin75 | Amazon | A3TM9CYYZBH63G |
| 151 | Wanhuohui | Amazon | A3HAZK33Y16PQE |
| 152 | WATTYONG | Amazon | A2OVEQW94J4EHF |
| 153 | WCWDZ | Amazon | A15CMJGHHM7T9V |
| 154 | weina-store | Amazon | A2JZBPAOWE2NO5 |
| 155 | Weistiy | Amazon | A2APZLR1QDWCHK |
| 156 | WENDY LI | Amazon | AQ2QAXHIF5RI7 |
| 157 | WENXINYUEE | Amazon | A1VP0PYETE8E4Q |
| 158 | Who is it? | Amazon | A2DFHJ9DNOHQL0 |
| 159 | Wild-flowerww | Amazon | ATEECWR22QQCG |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 160 | Wuhan Quansheng Yunle Technology Co., Ltd. | Amazon | A1KHIOOWAQP94R |
| 161 | wuhanfengzhi | Amazon | A3FVPBSHLTKVCH |
| 162 | wuhanyuqikejiyouxiangongsi | Amazon | A1162NE03VXM72 |
| 163 | wuliwenhaishaomao | Amazon | A3USRR25BQ7OVJ |
| 164 | WXB1990 | Amazon | A23B63FUKTKLOG |
| 165 | XHBAN | Amazon | A7MJOPBR9314C |
| 166 | XHHKJGS | Amazon | A3K2J9KCW527FE |
| 167 | Xia Men Shi Meng Hong Ke Ji You Xian Gong Si | Amazon | A2RSPD84PPS37H |
| 168 | XianghongTai | Amazon | A1DJ5DMN6JVPFJ |
| 169 | Xiao Wei Store | Amazon | AZC7NVIG7O8DQ |
| 170 | xiaopingeSHOP | Amazon | A24WHSLQ41QK31 |
| 171 | xiaoqiaoSHOP | Amazon | A3U71U4OPH5J2D |
| 172 | XIENER-US | Amazon | A2MHS0YCD2WYA1 |
| 173 | xiiiiaoxiaoyanyan | Amazon | A5THP6GN1D2R0 |
| 174 | xiluodianzishangwu | Amazon | AS6B64PYWDWWS |
| 175 | XImiao | Amazon | A1OVKM1YOQ81EA |
| 176 | Xinbaiyi2024 | Amazon | A1ID5FV3Z4LHPU |
| 177 | XINGCHEN-LTD | Amazon | AO9Y46GC7T7T9 |
| 178 | XINGHANTU | Amazon | A2BZGX0BTP8M38 |
| 179 | xinmu-eu | Amazon | A3C1E0KIE82Q8O |
| 180 | Xinnuoheng Trading Co. Ltd | Amazon | A1IJTJQVFWLQKJ |
| 181 | Xinruida Trading Co. | Amazon | A2X24WL32KRPZ |
| 182 | XinYao US | Amazon | A2RI2JHJ85DGIC |
| 183 | Xinyufenyongshangmao | Amazon | AEMLJC5Z3LUYT |
| 184 | Xinyuwenhuishangmao | Amazon | A2YAO5XT7PW5TO |
| 185 | xiune | Amazon | AQ7DHAXVUDGR2 |
| 186 | xuefanbangd4 | Amazon | A16GL4GRZXZJ87 |
| 187 | xueruibaihuo | Amazon | A3OT6ZJ7UZ2E5P |
| 188 | XUXIAOBIANDEDASHANGCHANG | Amazon | A36KFFSPU9D7IY |
| 189 | Yanacchi store | Amazon | A3F8KKV8VQC8K1 |