# EXHIBIT 2 -
# Complaint

# 1. Jinneng Tool Battery Library



【M12 Battery & Charger Combo】 Replacement for Milwaukee 12V - 2.0Ah Battery (48-11-2420) + Rapid Charger (48-59-2401) - UL Certified Combo, Save 15%

Brand: Enerblitz

$53⁷⁷

Apply now and get a $80 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| Brand | Enerblitz |
| Color | Red |
| Product Dimensions | 3.54"D x 3.15"W x 2.76"H |
| Item Weight | 750 Grams |
| Output Voltage | 12 Volts |

### About this item

* 【2.0Ah High-Capacity Battery:】 Direct replacement for Milwaukee 48-11-2420, powers 100+ screws per charge. Compatible with ALL M12 tools (drills, impacts, lights)
* 【Rapid Charger (48-59-2401): 】 Charges 40% faster than standard chargers. Auto-shutoff + LED diagnostic lights for safety.
* 【No Setup Needed: 】 Plug-and-play with existing M12 tools. Revives dead Original factory battery 48-11-2401/48-59-1812 systems
* 【Dual UL Certification:】 Battery (UL 2054) + Charger (UL 1012). Overheat/overcharge/short-circuit protection
* 【 Worry free warranty :】 Provides 30 day refund and 12-month warranty. If you have any questions about the Enerlitz 12V lithium battery combination, please click on "Ask a Question" in our store or click on "Contact Seller" in the "Your Order" option.

⊟ Report an issue with this product or seller



Registration Date:09/24/2013
Trademark Registration:

## M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 009: Batteries; battery chargers; radios; electronic test and... |
| Class | 009 |
| Reg No | 4407484 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |



Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Jinneng Tool Battery Library |
| Sold by | Jinneng Tool Battery Library |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add a Protection Plan:
☐ 2-Year Protection Plan for $5.99
☐ 3-Year Protection Plan for $7.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

---

**Product Page**
https://www.amazon.com/Battery-Charger-Combo%E3%80%91-Replacement-Milwaukee/dp/B0FHVZV119/ref=sr_1_102?crid=F6WLUSTTYUN9&dib=eyJ2IjoiMSJ9.C9OJ91nixOSmEtc6N1fWs2vvrLdDY6B1VKhwcQnHqH6243Zog2ISm9tepDV9LIep3DMrPajTnMn5oqGe41DcqjAqWGUKAG7tXO1VVT1JbLg9QWhV-epKg

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1NID1JKG5965J&asin=B0FHVZV119&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 2. JOYMOEI



**Product Page**
https://www.amazon.com/Batteries-48-11-2412-SEALED%EF%BC%8CReplacement-Milwaukee-RedLithium/dp/B0FPD9KYKB/ref=sr_1_13

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AK0WSCCM4A0LD&asin=B0FPD9KYKB&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 3. jsfv kklh



**Product Page**

https://www.amazon.com/AINVV-Milwaukee-Cordless-Pivoting-Soldering/dp/B0FT13KN38/ref=sr_1_170?crid=134UUNA0J7JMK&dib=eyJ2IjoiMSJ9.MKZ6Bzp_IGd9JSdFDuVgpME8B4sSe7Gkk6BhN8r2yga4wpN1AJLWsX_KaOqQUIT6cqRtaTv9Xt4LTLnLiCnXBxBOttFI2F2AwY2x5abwqkCXXbMhc_dMJOMBCoP5j

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A174SP5Q1K35KK&asin=B0FT13KN38&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 4. JShomeDZ



**42-06-1006 1/4 Inch M 12 Ratchet Head Anvil Service Kit For 2456-20 Cordless Ratchet**
Brand: Generic

$25⁶⁸

Sign in to redeem. Save 5% promo code: 47Z4Q3OZ  Shop items ›
Sign in to redeem. Save 6% on 2 select item(s) promo code: PKINK4PB  Shop items ›
Sign in to redeem. Save 8% on 5 select item(s) promo code: JLD9DJ9X  Shop items ›
Sign in to redeem. Save 10% on 10 select item(s) promo code: OEWHXJPJ  Shop items ›

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Color | As Picture Show |
| Brand | Generic |
| Item Weight | 52 Grams |
| Manufacturer | JSDZ |

**About this item**
- 【Repairs broken drive end】 The 42-06-1006 1/4inch M 12 Ratchet Head Anvil Service Kit is designed to repair the broken drive end of your 2456-20 cordless ratchet. This kit is the most current repair option, replacing the previous for SUYACAL 42-06-1005 kit.
- 【Replacement part】 Rest assured that this Anvil Service Kit is a gen uine replacement part, ensuring the highest quality and compatibility with your 2456-20 model.
- 【Easy installation】 With this kit, you can easily replace the damaged drive end of your ratchet. Simply follow the included instructions for a quick and hassle-free installation process.
- 【Reliable】 Made of tool steel, this Anvil Service Kit offers exceptional durability and reliability. It is designed to withstand heavy use and provide long-lasting performance.

Registration Date:09/10/2013
Trademark Registration:

**M12**

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart
Buy Now

Ships from  JShomeDZ
Sold by  JShomeDZ
Returns  30-day refund/replacement
Payment  Secure transaction

Add to List

---

**Product Page**
https://www.amazon.com/42-06-1006-Ratchet-Service-2456-20-Cordless/dp/B0F2DYP5T4/ref=sr_1_25?crid=1QUPA2SIG0GE9&dib=eyJ2IjoiMSJ9.jIEhQjBQiWJlL89asYdbgvwnrFuuLooLZir9h_m2OBgdiwuYKgWJC8gkt2Px-Fmb6M4l_DaLUcl9D6_v9BAPVwOhJDpbixjIXgQmhAF258E.T_Jpm7p9fsdhezUTbn

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1HG6JQKU8A9J0&asin=B0F2DYP5T4&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 5. JUAN TOOLS



## Product Page

https://www.amazon.com/42-06-1030-Ratchet-Compatible-Milwaukee-42-06-1025/dp/B0FG6ZZYY1/ref=sr_1_68?dib=eyJ2IjoiMSJ9.XFTBfs5b_-fLsMTq5Y2L-VgWN_j9RjAx3-P_0cFMYXMZaibHjrzBCL1ZV6ou3Q1FuJ-7b85UCXMYmbbkpA2iG9h4fJpL1o4GA2AfuitcUSDFMGITV33-ih-pFVK7K4gJYsLzf42kWV

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A353UUV6W3Q1AL&asin=B0FG6ZZYY1&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 6. JUHEDCK



Jumper Cables with Alligator Clips for Milwaukee M18 18V Batteries, Silicone Wire 12AWG 6FT Car Booster Cable for Starting Cars with Tool Batteries, Temperature Resistant 392℉(200℃)

Visit the frsyivah Store

4.2 ★★★★☆ ⌄ (6)  |  Search this page

-15% $22⁹⁹

List Price: $26.99 ⓘ

FREE Returns ⌄

Get $80 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | frsyivah |
| Connector Type | Insert |
| Cable Type | copper |
| Compatible Devices | Car Batteries |
| Special Feature | high speed |

Click to see full view

☀ Ask Rufus

Can it jump start larger vehicles?   Is it weather resistant?

Does it come with a carrying case?   Ask something else

### About this item

- 1. Seamless Compatibility with Milwaukee Batteries: Our jumper cables are engineered to be perfectly compatible with all Milwaukee battery models. Installation is a breeze! Simply align the power adapter with the grooves, push the converter, and make sure it locks securely onto the battery (battery not included). This seamless connection allows you to quickly power up your vehicle - no matter what Milwaukee battery you have on hand.
- 2. Durable, Safe Design with Superior Conductivity: Our Milwaukee jumper cables are made of tough ABS plastic to withstand the rigors of frequent use. The fully insulated rubber double grip design ensures safety during operation. The connecting wires and alligator clips are forged from pure copper for excellent conductivity, allowing for efficient power transfer every time. With this design, you don't have to worry about fraying or short circuits, making it suitable for any situation.
- 3. Detailed Product Specifications: The wire cable is 12AWG (tinned copper), and the wire jacket is made of silicone, which can withstand temperatures up to 200℃ (392℉). The product has a total length of 6FT and is designed for a voltage range of 12 - 24V. It is ideal for mid-size cars, light pickups, light RVs, trucks, motorhomes, and SUVs, providing reliable power support for a variety of vehicles.
- 4. User-friendly operation: Operating our product is simple. First, plug the jumper into the jump starter socket. Then, connect the red battery clamp of the jumper to the positive (+) terminal of the vehicle and the black clamp to the negative (-) terminal. Next, start the car. After the vehicle starts, remove the clamp



Registration Date: 06/30/2020

Trademark Registration:

*Milwaukee*

Wordmark   MILWAUKEE
Status   LIVE  REGISTERED
Goods &   IC 007: Power tools, namely,
services   planers; Power tools, namely, drywall...
Class   007
Reg No   6089844
Owners   Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Father's Day

In Stock

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from   Amazon
Sold by   JUHEDCK
Returns   30-day refund/replacement
Gift   Available at checkout
options

⌄ See more

Add to List ⌄

## Product Page

https://www.amazon.com/frsyivah-Alligator-Milwaukee-Batteries-Temperature/dp/B0DX1KC58L/ref=sr_1_22?crid=3GYHZHTHD0IN4&dib=eyJ2IjoiMSJ9.s_tHjH_miHoIve5QMAcwX7R1pNoYzJFLuKXlLBb2FmGkq40rjYiueHNuL0qNyTeEx6mjUEMCR3UBmsrrdV0YfI35MNnq1nUjyXzr7VoYEHyzDuSqsN6Cns7oJzT6iy03QDNGbeOg9Lgjx_yyURMiuC_KNV0_AqR5iZQJ_CXfUJtW2E2Rrene1lujwFsKCrN-4F38CLiKxyHS-lvL4R7YxuN6h1xg64rI1MvG-SYUWrw.R-yAEdOd-xGjWSPEtPaVqqFAf-b7u2c1Lj-pMfpZIz0&dib_tag=se&keywords=milwaukee+jumper+cables&qid=1748942353&sprefix=milwaukee+jumper+

## Seller Page

https://www.amazon.com/sp?ie=UTF8&seller=A38JFIREOPD2N9&asin=B0DX1KC58L&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 7. juxianstore



42-06-2457 M12 Fuel Ratchet Head Anvil Service Kit #2457-20 Replacement Parts for Milwaukee 3/8 Inch Cordless Ratchet Wrench Repair
Brand: Bebykilemi

$22⁹⁵

Save 5% on 2 select item(s)  Shop items ›

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Color | As Color |
|---|---|
| Brand | Babykilemi |
| Manufacturer | Babykilemi |

**About this item**

- Replacement Parts: 42-06-2457 M 12 Fuel 3/8" Cordless Ratchet Head Anvil Service Kit #2457-20 Included for Milw tools provides a complete repair solution to restore function quickly and reduce equipment downtime
- Long Lasting Performance: Crafted from high strength materials the 42-06-2457 anvil service kit delivers reliable operation under repeated use and maintains precision fit over extended service life
- Exact Fit Compatibility: Designed specifically for 42-06-2457 3/8" M 12 Fuel Ratchet models this replacement set ensures seamless integration with original components for uninterrupted workflow
- Precision Engineering: Each part in the anvil tool kit is well machined to exact specifications with excellent size control and smooth superficies finish that supports efficient ratcheting action
- Easy Maintenance Upgrade: The 42-06-2457 repair kit simplifies anvil replacement or refurbishment allowing quick field servicing with standard hand tools while traveling

› See more product details

▱ Report an issue with this product or seller

Click to see full view

     

$22⁹⁵
$2.50 delivery January 2 - 16.

Registration Date: 09/10/2013
Trademark Registration:

## M12

| Wordmark | M12 |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart

Buy Now

Shipper / Seller  juxianstore

Returns  Returnable until Jan 31, 2026

Payment  Secure transaction

Add to List

## Product information

### Technical Details

| Manufacturer | Babykilemi |
|---|---|
| Part Number | 42-06-2457 Replacement Parts |
| Product Dimensions | 10 x 2 x 2.7 inches |
| Item model number | 42-06-2457 Replacement Parts |
| Size | as description |
| Color | As Color |

### Additional Information

| SALT | B0G6KN6JPT |
|---|---|
| Date First Available | December 12, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Page**

https://www.amazon.com/42-06-2457-Replacement-Parts-Milwaukee-Cordless/dp/B0G6KN6JPT/ref=sr_1_33?dib=eyJ2IjoiMSJ9.J4MziGiH3b-zXugaYGxbXqAbJJU57RA7daa61R6YXEEpeiCMnvwgtE-R-k5qnNGp6xypajNfn35UAOQrmKTO3assOplIPP5DFWGoxIKQ5We_IPGl0c9gtngUd6xWaP4YM6tMiQ4tjv66A

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A323AIXOZ0DJ37&asin=B0G6KN6JPT&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 8. KAKEI



## Product Page

https://www.amazon.com/KAKEI-16-Inch-Chainsaw-Chain/dp/B0B7BD98S2/ref=sr_1_281?crid=26ECP5AUFTTFS&dib=eyJ2IjoiMSJ9.29M2D2rvzi0eD0xISX6ZSSQs31ko0fX6vxCNRVfWlC_2r79SlfNUrAG6qyOhc5rbTm2d7yXRMXm8C9ZOTcUT6LDnDpVpvtIGHxIGKt5EeVazVxpgyuo-R7Xke_nxFDRk73hknVrXzGET

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AL6YZAPWX86YZ&asin=B0B7BD98S2&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 9. KimGu



## Product Page
https://www.amazon.com/KIMGU-42-06-2556-Ratchet-Service-Milwaukee/dp/B0CLS9FND9/ref=sr_1_2?dib=eyJ2IjoiMSJ9.LpfTOBRE73LkX7o6BiYM5vlMvmfWykxfh8m5zzncgIhFZa7Vh5DwXnXMIi1sCL9-4V0bFWnD4MR_VLPaICvtpvMwm6hXK-6x_mjrfU5aos0pGi8uqPg9GQZcB6pY8GKaZt_sg9E4adMkughTxdp

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A7DY994BYAVVI&asin=B0CLS9FND9&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 10. Kitchen and kitchen mats



Tin Sign *Milwaukee* Electric Power Tools Workshop Ad Reproduction Metal Sign 8x12 Inch
Brand: ERHJYTJ

$3.89

Report an issue with this product or seller



Registration Date:12/24/2024
Trademark Registration:

MILWAUKEE

Wordmark   MILWAUKEE
Status     LIVE   REGISTERED
Goods &    IC 006: Tool boxes of metal; Tools
services   chests of metal sold empty.
Class      006
Reg No     7620166
Owners     Milwaukee Electric Tool Corporation
           (CORPORATION; DELAWARE, USA)

Add to Cart

Buy Now

Ships from   Kitchen and kitchen
             mats

Sold by      Kitchen and kitchen
             mats

Returns      30-day
             refund/replacement

Payment      Secure transaction

Add to List

Click to see full view

**Overstock deals on Decorative Signs & Plaques** Explore more in Outlet                    Page 1 of 15









Vintage Gooses Metal Sign Beware of Gooses Aluminum Sign Funny Beware Animal Decor... ★★★★★ 96

TREEPERI Vintage Metal Sign - Sandwich Fast Food Shop Retro Tin Decorative Sign Wall... ★★★★★ 2

OVaCational Gnome Wooden Sign - Coffee Bar Decor, Funny Gnome Gift for Coffee Lovers - 5x5... ★★★★★ 10

Korrazi Rustic-Sign Metal-Poster Wall-Art Pig-Lovers , Live like Someone Left the Gate... ★★★★★ 1

Disney Mary Poppins Practically Perfect in Every Way Wood Wall Decor - Nostalgic Mary... ★★★★★ 67

Vintage License Plate Wall Decor Metal Tin for Bar Home Bedroor ★★★★☆ 22
Amazon's Choice

**Product Page**
https://www.amazon.com/Milwaukee-Electric-Power-Workshop-Reproduction/dp/B0FQHZ135Y/ref=sr_1_1

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A34PNW3EFY5BQM&asin=B0FQHZ135Y&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 11. Kitten Component Shop



**Product Page**

https://www.amazon.com/Brushless-Cordless-Stick-Transfer-Pump/dp/B0FSXKBQJY/ref=sr_1_29?crid=30XQ4B4AQ9WV4&dib=eyJ2IjoiMSJ9.N3Gn6zkQNxEkuc6ryhJaZ8Z5NOJztKJljL3I8epSHQjazCW9_klw8RsBHigm87uvJiteMcWzqJ5JOrNTw4cFG_C1uUbGytMUvb7wo9Nw_zZ1feHW_aTLB8zuWe2b2F6RwSH

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3QUNNHWKU3PEM&asin=B0FSXKBQJY&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 12. Knixxo



**Product Page**
https://www.amazon.com/searvgrh-torque-cordless-impact-battery/dp/B0FF4V4H7S/ref=sr_1_17?th=1&smid=A6FWRFO1JZB3K

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A6FWRFO1JZB3K&asin=B0FF4V4H7S&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 13. Kotoate Direct-US



M-12 M-18 Multi-Voltage Battery Charger Replacement for Milwaukee Rapid Charger 48-59-1812, Charger Compatible with Milwaukee 12V-18V Battery 48-11-1850 48-11-1852 48-11-2401 48-11-2440

Visit the Kotoate Store

4.1 ★★★★☆    64 ratings | Search this page

$25⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

Join Prime to buy this item at $21.99

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| Brand | Stone |
|---|---|
| Color | red |
| Specification Met | CE, FCC, RoHS |
| Input Voltage | 240 Volts |
| Charging Time | 1 Hours |

**About this item**

- 【Excellent Charger】 Replacement for Milwaukee M-12 & M-18 Multi-voltage Rapid Charger 48-59-1812 and 12V-18V Lithium ion battery charger 48-59-2401, 48-59-1807, 48-59-1204, 48-59-1804, 48-59-1806, 48-59-1802.
- 【Compatible Battery】 Compatible with Milwaukee M-12 M14 M-18 Lithium Ion battery 48-11-1852 48-11-2410 48-11-2420 48-11-1860 48-11-1820 48-11-1862, etc. (including 8.0 9.0 12.0ah high output M-18 18V battery) For more battery models, please refer to the product description below.
- 【Charger Specification】 Universal 100V-240V AC Input | Multiple Voltage 12V 14.4V 18V DC Output | Dual charging ports respectively charge M-12 battery and M14 M-18 battery.
- 【Feature & Design】 √ LED indicators display battery charging status and give real-time temperature feedback to prevent battery from being too hot or too cold. √ Built-in cooling system provides stable heat dissipation and extand battery life. √ Internal protection helps against over-heat, short circuit and overloading.
- 【Rapid Charger】 Charge 2.0Ah Battery in 30 mins, 4.0Ah Battery in an hour or less. Please charge ONE BATTERY at a time. CAN NOT charge 2 batteries together.
- 【Safety & Reliability】 All Kotoate products comply with CE, FCC and RoHS testing standards. 12 month warranty.



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

Delivery | Pickup

$25⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄



Registration Date:09/10/2013
Trademark Registration:

**M12**

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by    Kotoate Direct-US
Returns    30-day refund/replacement
Packaging    Ships in product packaging

⌄ See more

**Product Page**
https://www.amazon.com/Kotoate-Multi-Voltage-Lithium-ion-Replacement-48-59-1812/dp/B09C8RV69J/ref=sr_1_29

**Seller Page**
https://www.amazon.com/sp?ie=UTF8&seller=A2LM9FHVJZH8FM&asin=B09C8RV69J&ref_=dp_merchant_link&isAmazonFullled=1%203

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 14. L.youchang



1pcs 42-06-2556 1/4In M12 Fuel Ratchet Head Anvil Service Kit For 2556-20

Brand: Rsbero

$54⁹²

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

- Repairs broken drive end
- This part is a compatible spare, the manufacturer's name and part number are for reference only.
- The Compatibility Is Just For Please Compare The Part Number With Your One Before Purchasing!
- For Drive Anvil Head Service Kit, Part # 42-06-2556
- Fits 2556-20 M12 cordless ratchet

⟩ See more product details

▤ Report an issue with this product or seller

Click to see full view



Registration Date:09/10/2013
Trademark Registration:

M12

Wordmark    M12
Status    LIVE  REGISTERED
Goods &    IC 007: Power tools, namely,
services    screwdrivers, [ hammers, ]
        rotary...
Class    007
Reg No    4400602
Owners    Milwaukee Electric Tool Corporation
        (CORPORATION; DELAWARE, USA)

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from    L.youchang
Sold by    L.youchang
Returns    Returnable until Jan 31, 2026
Payment    Secure transaction

**Add a Protection Plan:**
☐ 3-Year Protection Plan for $7.99
☐ 4-Year Protection Plan for $10.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Product Page**
https://www.amazon.com/42-06-2556-Ratchet-Anvil-Service-2556-20/dp/B0FW4PQDQ4/ref=sr_1_41?crid=1O495FMFZSWM7&dib=eyJ2IjoiMSJ9.MzLyoDn0GnzLlI_VWCmT6KFKVC6UCBZdybYlF7X6b9HUwHktw_nDaWsv8Y5MK0uirfzUboAGYDhc3ePoRdl7KJxfh_Azk9X6fApGiTqNFqw4O_mMrcT-Bx2dbuPHUSpI1

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1060CEGF87Q7O&asin=B0FW4PQDQ4&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 15. Laocity





**Product Page**
https://www.amazon.com/Laofudech-42-06-1030-Compatible-Milwaukee-42-06-1025/dp/B0F28S4X8S/ref=pd_sbs_d_sccl_1_6/139-5783582-6955251?pd_rd_w=vM1Yj&content-id=amzn1.sym.2cd14f8d-eb5c-4042-b934-4a05eafd2874&pf_rd_p=2cd14f8d-eb5c-4042-b934-4a05eafd2874&pf_rd_

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2ZANUU1J844JI&asin=B0F28S4X8S&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 16. Liankun shop



Click to see full view

42-06-1006 1/4" M12 Ratchet Head Anvil Kit 2456-20,Replacement for Milwaukee OEM

Brand: KAKKIE

$64³⁹

Thank you for being an Amazon customer. Get $50 off: Pay $14.39 $64.39 upon approval for Amazon Visa.

| | |
|---|---|
| **Brand** | POOP |
| **Color** | Black |
| **Material** | Stainless steel |
| **Fit Type** | Universal Fit |
| **Manufacturer** | POOP |

## About this item

- We are located locally and will deliver the product to you as quickly as possible.
- 42-06-1006 1/4" M12 Ratchet Head Anvil Kit 2456-20

› See more product details

💬 Report an issue with this product or seller



Registration Date:09/10/2013
Trademark Registration:

M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Liankun shop |
|---|---|
| Sold by | Liankun shop |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

**Product Page**
https://www.amazon.com/42-06-1006-Ratchet-2456-20-Replacement-Milwaukee/dp/B0DDC7CPRL/ref=sr_1_31?crid=1IJR67N08JKKC&dib=eyJ2IjoiMSJ9.5cy5P99CidOz1P_7bH0hypOoTxZrLkCLUdCLziWOy9IHhADqT7mA_w8SLB1NslcozbJq7CWF6LkcvuLpDTFR2ye5V4TIYKozMYIkjeTaK2tMocJiY2xRHtS00

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2A87I3GZTIK5Y&asin=B0DDC7CPRL&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 17. LinFenShiYiSanWuLiuYouXianGongSi



FSYHVVY Compatible with 3049-20 12V Lithium-Ion Brushless Cordless 3/8 in. Sub Compact Impact Wrench
Brand: FSYHVVY

$481⁹⁹

Get $60 off instantly: Pay $421.99 upon approval for the Amazon Store Card.

| Brand | FSYHVVY |
| Head Style | Round |
| Finish Type | Polished |
| Manufacturer | FSYHVVY |
| UPC | 730322974825 |

**About this item**
- Compatible with 3049-20 12V Lithium-Ion Brushless Cordless 3/8 in. Sub Compact Impact Wrench
- Designed for use with 304920 12V LithiumIon Brushless Cordless Impact Wrench for enhanced performance.
- Compact size allows for easy maneuverability in tight , making it ideal for a range of applications.
- Constructed with materials to lasting use and reliable performance on various projects.
- Check for a Perfect Match – visually inspect the item in the photo and compare it against the listed dimensions to ensure complete satisfaction.

› See more product details

Report an issue with this product or seller

**Registration Date:** 12/01/2015
**Trademark Registration:**

| Wordmark | |
| Status | LIVE REGISTERED |
| Goods & services | IC 007. Power tools, namely, screwdrivers, hammers, rotary hammers,... |
| Class | 007 |
| Reg No | 4861744 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart

Buy Now

| Ships from | LinFenShiYiSanWuLiuY ouXianGongSi |
| Sold by | LinFenShiYiSanWuLiuY ouXianGongSi |
| Returns | Returnable until Jan 31, 2020 |
| Payment | Secure transaction |

**Add a Protection Plan:**
- ☐ 4-Year Protection Plan for $78.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Product Page**

https://www.amazon.com/FSYHVVY-Compatible-Lithium-Ion-Brushless-Cordless/dp/B0FZRVQRYD/ref=sr_1_3?dib=eyJ2IjoiMSJ9.oxi-j6jVqQabOL1jhdspkJSEQ8anPN2y1lCll0t5XoczzpNQHATin3XIM8AftFL3yOTihD6VmsOx1aJCis7AfSFnWQ7cnkDSFI1oTUrNOQLoeOTUS4lpQdXGrm4P_e7eSK52_VjNmLU8

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A336SREITADYPG&asin=B0FZRVQRYD&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 18. Linglangfeng



42-06-2457 Professional M12 Fuel Cordless Ratchet Head Anvil Service Repair Kit 3/8 Inch Socket Wrench Replacement Parts Tool Set for Power Tools

Brand: Niceminiwall

$23⁴⁷

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

- Professional Repair Kit: 3/8" M 12 Fuel Ratchet Head Anvil Service Kit #2457-20 compatible with cordless ratchet wrench, manufactured with high-grade materials For precision repair work and excellent perFormance, complete replacement solution For professional mechanics and DIY enthusiasts
- High Quality Components: Made with superior materials that provide exceptional strength and LONG LASTING perFormance, this anvil service kit delivers reliable functionality and extends the life of your cordless ratchet tools while maintaining original equipment specifications
- Quick Installation Design: This repair kit allows For immediate anvil replacement with minimal efFort, reducing downtime and maintenance requirements while getting your power tools back to working condition faster, saving valuable time on job sites or in workshops

Click to see full view

     



Registration Date:09/10/2013
Trademark Registration:

M12

Wordmark  M12
Status  LIVE  REGISTERED
Goods & services  IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary...
Class  007
Reg No  4400602
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Quantity: 1

Add to Cart

Buy Now

Ships from  Linglangfeng
Sold by  Linglangfeng
Returns  30-day refund/replacement
Payment  Secure transaction

Add to List

**Product Page**

https://www.amazon.com/Professional-Cordless-Ratchet-Wrench-Parts/dp/B0FHGVF75V/ref=sr_1_33?dib=eyJ2IjoiMSJ9.LOuRxRbm36eXWw-fPfHS8tSzSlPGXl0Fc4rz2D_UUL0G6yAOYgbFyyKuvjIOKizBbC1DtBCiwxYGmPstyuRCdEq9b2pBJu_12RFGCy3RZCKal22WcM9UfXCS1wvlClP4_72RSU9HqV1OLj23Ed

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A5WW976W7LISF&asin=B0FHGVF75V&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 19. Linh Lolly Shop



M18 2760-20 Fits for Milwaukee FUEL Surge & Impact Driver Kit - Chuck Spring, Ball, Bit Lock
Brand: GENERIC

$35.99

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

- Powerful Performance: M18 2760-20 for Milwaukee FUEL Surge and Impact Driver, delivering exceptional power and precision.
- Compatibility: Part number 2760-20 m18,
- Comprehensive Kit: 2-PC Service Kit includes a 1/4" Hex Chuck, ideal for various applications and maintenance needs.
- Versatile Use: Suitable for a wide range of tasks, from drilling to driving, making it an essential tool for any workshop.

› See more product details

Report an issue with this product or seller



Registration Date:08/05/2014
Trademark Registration:

M18

Wordmark    M18
Status    LIVE    REGISTERED
Goods & services    IC 007: Power tools namely, hammers, rotary hammers, hammer drills,...
Class    007
Reg No    4580441
Owners    Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

**Add to Cart**

**Buy Now**

Ships from    Linh Lolly Shop
Sold by    Linh Lolly Shop
Returns    Returnable until Jan 31, 2026
Payment    Secure transaction

**Add to List**

## Product information

### Technical Details

| Manufacturer | LLS |
|---|---|
| Part Number | RIV0517 |
| Product Dimensions | 1 x 1 x 1 inches |
| Item model number | LLS0517 |
| Included Components | NO |
| Warranty Description | 1 YEAR |

### Additional Information

| SALT | B0FZR23KKQ |
|---|---|
| Date First Available | November 5, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

**Product Page**

https://www.amazon.com/2760-20-Milwaukee-Surge-Impact-Driver/dp/B0FZR23KKQ/ref=sr_1_10?crid=1X9AJZ0SEOI3B&dib=eyJ2IjoiMSJ9.H4gPdsqL3Hu9B4rTYAgzDbeIL8hajR4eyWy1NPsVy4oDyyxGS1PRPMf9y9josk4ukqSar9DuQN9rqHA2V_Cyk025UglPMtjLtyoNjkHvrDhEvA1bdLowbPcWMz-IU10RHEP9

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2FP172GUYQJPD&asin=B0FZR23KKQ&ref_=dp_merchant_link

**Seller Origin**
Vietnam

**Payment Method**
Amazon

**Claim Type**
Trademark

# 20. LINHAI TOOL



**Product Page**
https://www.amazon.com/42-06-1006-M12-Ratchet-Head-Anvil/dp/B0FNMJZCWZ/ref=sr_1_2?dib=eyJ2IjoiMSJ9.nDUeQPiHv0kGrw3vKyI0iqQrU9hRiAIi-18MIIqCmeAHJh9wiPilRDX0IMu_nIgC.TTu2UZm6tVolbdzBHt1TueaqkSH2x-LlepgdETKKGTU&dib_tag=se&keywords=m12&m=A1D484RSRK1ZYC&qid=17

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1D484RSRK1ZYC&asin=B0FNMJZCWZ&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 21. LiuYongjinVVB



42-06-1030 M12 Ratchet 3/8 Fuel Head Rebuild Kit for Milwa-ukee 2457-20, Mpact Wrench Anvil, Service Kit
Brand: UMXUDAO

$50⁹⁹

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Color | One Color |
| Brand | UMXUDAO |
| Item Package Quantity | 1 |
| Manufacturer | UMXUDAO |

**About this item**
- For 3/8INCH Drive Anvil Head Service Kit
- Part #: 42-06-1030
- Fits 2457-20 M12 cordless ratchet
- Material: Metal
- colour: black

› See more product details

▱ Report an issue with this product or seller

Click to see full view

   



Registration Date:09/10/2013
Trademark Registration:

**M12**

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007 Power tools, namely, screwdrivers, [ hammers, ] rotary,... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart

Buy Now

Ships from   LiuYongjinVVB
Sold by        LiuYongjinVVB
Returns       Returnable until Jan 31, 2026
Payment      Secure transaction

Add a Protection Plan:
- ☐ 3-Year Protection Plan for $7.99
- ☐ 4-Year Protection Plan for $10.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Product Page**
https://www.amazon.com/42-06-1030-Ratchet-Rebuild-Milwa-ukee-2457-20/dp/B0FP1K4VYB/ref=sr_1_14?crid=2CD841A2EW4XW&dib=eyJ2IjoiMSJ9.jLWtsWNLJM47qyqY-Sy6sY6bYc60pJq96FAEuWdrQuTkYHQjlrSUKzPh-ngrqh-ntLrnRywYLfYtakK_e3stFh3FgRQLKDUGD-OyaC57BgVd8DKuzFFwVODOHsBn

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A15RPENU9Y5K46&asin=B0FP1K4VYB&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 22. LIWen



## Product Page
https://www.amazon.com/42-06-1030-Ratchet-Rebuild-Milwa-ukee-2457-20/dp/B0FP1K4VYB/ref=sr_1_2?crid=1IDJ8J3TRQAYH&dib=eyJ2IjoiMSJ9.6kqKLNo_cGmutqoE1Gzc6-esWwioQ91ERo_AlDOBbqGVQQcNFNiwaFeFw1uh4ETvKgBxe2LjHtix7T7ImkuK0cNFCZNgeICrhOQMNn3GLXwetTRM8_mg0EEA-Nn71

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3FEXE987FBRH8&asin=B0FP1K4VYB&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 23. LJY888



**Product Page**
https://www.amazon.com/Electric-Service-42-06-1006-Ratchet-Milwa-ukee/dp/B0FNZXQNGJ/ref=sr_1_53?crid=1O495FMFZSWM7&dib=eyJ2IjoiMSJ9.GybPrJA2wWitOjleAiI1KHRHMj6NufCxuK9IDOxGLLGwb9TEndXKAGbOLSo5X4fqDcprAir4Ntblr0oWQWWg5imB88qBcDrR1YtFzr4VfM37ypUJ9cKIXXFzsOj

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AX0CZS1DMKOOP&asin=B0FNZXQNGJ&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 24. Loveinlast



## Product Page

https://www.amazon.com/48-44-0405-Replacement-Compatible-Milwaukee-Plastic/dp/B0BR6GWNLW/ref=sr_1_51?crid=3BKOS761BNNBT&dib=eyJ2IjoiMSJ9.wZIefwEkz0aOG2AkmbRSNaRcG2XlA1vCgYtOR8vusI9sdcM-xp2gWxZh4bNicOhH3OgtSwqTW1atxmKMKvb2qqsF0T_OMILm8w3nUAECX2x4K9k7nGcbil

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AZYFN2P9XHDKZ&asin=B0BR6GWNLW&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 25. luckymore





42-06-1006 1/4 Inch Ratchet Head Anvil Service Kit For 2456-20 Cordless Ratchet Tool Steel Replacement Part Black Drive End Repair Assembly for 2456-20 Model

Brand: Ehlivhall

$24⁷⁵

☐ Coupon price $23⁵¹  Terms

(Redeem)  Save 10% on 2 select item(s) promo code:

8HAYTHQ8  Shop items ›

Save 9% on 2 select item(s)  Shop items ›

Save 12% on 4 select item(s)  Shop items ›

Savings Buy any 10, Save 18% Shop items ›

| | |
|---|---|
| Color | As Picture Show |
| Brand | Ehlivhall |
| Material | Tool steel |
| Item Weight | 52 Grams |
| Manufacturer | Ehlivhall |

### About this item

- 【Repairs broken drive end】The 42-06-1006 1/4inch M 12 Ratchet Head Anvil Service Kit is designed to repair the broken drive end of your 2456-20 cordless ratchet. This kit is the most current repair option, replacing the previous 42-06-1005 kit.



Registration Date:09/10/2013
Trademark Registration:

M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary,... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart

Buy Now

Shipper / Seller  luckymore

Returns  30-day refund/replacement

Payment  Secure transaction

⌄ See more

Add to List

## Product Page

https://www.amazon.com/Ehlivhall-42-06-1006-Cordless-Replacement-Assembly/dp/B0FKGW77SC/ref=sr_1_30?crid=1IJR67N08JKKC&dib=eyJ2IjoiMSJ9.5cy5P99CidOz1P_7bH0hypOoTxZrLkCLUdCLziWOy9IHhADqT7mA_w8SLB1NslcozbJq7CWF6LkcvuLpDTFR2ye5V4TIYKozMYlkjeTaK2tMocJiY2xRHtS

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2MXPVY8G0KDSW&asin=B0FKGW77SC&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 26. Luckytimes





      

1/4 Inch Ratchet Head Anvil Service Kit 42-06-1006, Lasting Tool Steel Repair Part Compatible with 2456-20 Cordless Ratchet

Brand: Floweringbeter

$22⁰⁵



Coupon:  ☐ Apply 15% coupon
Shop items ›  |  Terms

✓ Save 15% at checkout  Shop items ›

Save 15% on 2 select item(s)
Shop items ›

Up to 15% off if you qualify
Shop items ›

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $22.05 upon approval for Amazon Visa.

- 【Repairs broken drive end】 The 42-06-1006 1/4inch M 12 Ratchet Head Anvil Service Kit is designed to repair the broken drive end of your 2456-20 cordless ratchet. It ensures that your ratchet functions properly and extends its lifespan.

- 【Most current repair kit】 This service kit is the most up-to-date and replaces the 42-06-It includes all the necessary components to restore your ratchet to



Registration Date:09/10/2013
Trademark Registration:

M12

Wordmark  M12
Status  LIVE  REGISTERED
Goods & services  IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary,...
Class  007
Reg No  4400602
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Quantity: 1  ⌄

Add to Cart

Buy Now

Ships from  Luckytimes
Sold by  Luckytimes
Returns  30-day refund/replacement
Payment  Secure transaction

Add to List

**Product Page**

https://www.amazon.com/Floweringbeter-Ratchet-42-06-1006-Compatible-Cordless/dp/B0FRR23PBS/ref=sr_1_24?crid=1IJR67N08JKKC&dib=eyJ2IjoiMSJ9.5cy5P99CidOz1P_7bH0hypOoTxZrLkCLUdCLziWOy9IHhADqT7mA_w8SLB1NslcozbJq7CWF6LkcvuLpDTFR2ye5V4TIYKozMYlkjeTaK2tMocJiY2xR

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A22QYG70YOBP74&asin=B0FRR23PBS&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 27. Magiccy



**Product Page**

https://www.amazon.com/Zodazoqa-Battery-Terminals-Milwaukee-Batteries/dp/B0FQBTVDP3/ref=sr_1_5?smid=A2T8AHUSEP7OVR

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2T8AHUSEP7OVR&asin=B0FQBTVDP3&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 28. Magictown88



## Product Page

https://www.amazon.com/Assembly-Impact-Wrench-Replacement-31-44-7007-Component/dp/B0FP28M48C/ref=sr_1_2?crid=3LGX9W2Z98NVT&dib=eyJ2IjoiMSJ9.eRiyULa96nAvmZbAZPh7JcyQqVH6NqAEz9_mVLjA3j4.FW3e5eqDETEW-gjV8SIO85d5QE7_WWXougBN_dHCCLI&dib_tag=se&keywords=31-44-7

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A33O88ZVG71DRG&asin=B0FP28M48C&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 29. Mechanic



## Product Page

https://www.amazon.com/49-16-2722-Milwaukee-Shoulder-String-Trimmer/dp/B0C88Z743Y/ref=sr_1_30?crid=1GDWULLWV77XQ&dib=eyJ2IjoiMSJ9.cy-XIKofyDnVioRjYRdPQ-nm4H7LV8NN_m8kZB5VQ7URF7E_t51s1hKftfL_CLi5IjcFgy1WL1itoYj9fAbL-ma3pKfeA0Bt3hI7tA7swJKj0OKllDoUDnQmTIa-Y

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1SIJ6LK0HG3S0&asin=B0C88Z743Y&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 30. meizhouliliangmaoyiyouxiangongsi



**Product Page**
https://www.amazon.com/42-70-2653-Milwaukee-2604-20-2604-22-2604-22CT/dp/B0CP2694QG/ref=sr_1_22?crid=11WSI1INVE0R3&dib=eyJ2IjoiMSJ9.fWAXyzbmvaDfA5Db1bx41JUTnSzB0e0wdMCwR3TeA44fhMeblVNWVquql70MDsu-Ka9KmXNzmsJGSTb2D1xbBKLGI7P5xdT6PXJYaVm-nTZVzO_nvXbjKwu6mVA

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L7OWF0YC4UVW&asin=B0CP2694QG&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 31. meizhouxiaochengkejiyouxiangongsi



Click to see full view



2953-20 Brushless Cordless Driver for *Milwaukee* M18 1/4" Hex Impact Driver Red - Tool Only

Brand: Generic

$299⁸⁸

Get $80 off instantly: Pay $219.88 upon approval for the Amazon Store Card.

| Brand | Generic |
| --- | --- |
| Power Source | Battery Powered |
| Maximum Rotational Speed | 3900 RPM |
| Voltage | 18 |
| Amperage | 18 Milliamps |

## About this item

- 2953-20 M18 1/4" Hex Impact Driver
- Tri-LED Lighting for maximum workspace visibility, Compact Size (4.47") for access in tight spaces
- Increase productivity on the jobsite with the fastest driving speed of any impact driver without sacrificing power or control
- ULTIMATE TRIGGER CONTROL by providing smooth acceleration for small fasteners to prevent stripping of screws or damaging of materials
- Brushless motor delivers unmatched power for full range of capability to complete the widest variety of applications

› See more product details

▣ Report an issue with this product or seller



Registration Date:10/17/2006
Trademark Registration:

Wordmark
Status  LIVE  REGISTERED
Goods & services  IC 007: maintenance and power tools, namely, hole shooters, screw...
Class  007
Reg No  3159722
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from  meizhouxiaochengkejiyouxiangongsi
Sold by  meizhouxiaochengkejiyouxiangongsi
Returns  30-day refund/replacement
Payment  Secure transaction

Add a Protection Plan:
☐ 3-Year Protection Plan for $36.99
☐ 4-Year Protection Plan for $47.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

**Product Page**
https://www.amazon.com/dp/B0FSCRT7NR/ref=sr_1_3?crid=UF3X21TVSR4H&dib=eyJ2IjoiMSJ9.jORQk3K-uV1eR2yq8WvFbxvt25zOJGuzG6JCiMcdLKbMUkxDA4t9AsKgPbO3VnTnjWztF2etLfJQhF3d7Z98AvIfswM1R1dQ3Ru4bPNEaPtPUCrY-uL_6z7GMsyaPtgWwlRxl4w1LTjxx7mxbySqnHwoJidTOa0I7T_W_JMvNLfC

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1E70T65NT6I8F&asin=B0FSCRT7NR&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 32. mescream



48-44-0405 *M12* Pvc Replacement, M12 Pvc Shear Pvc Shear Blade, Compatible with Milwau-kee Plastic Pipe 2470-20 2470-21 M12 PVC Replacement Cutting Blade for Cutting PVC ABS Tubing Rubber Hose

Brand: HSOKEW

4.6 ★★★★½ ∨    3 ratings

$18⁹⁹

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $18.99 upon approval for Amazon Visa.

- Quality Replacement Blade: The 48-44-0405 *M12* PVC Replacement Blade is designed to provide a reliable and efficient cutting solution for PVC, ABS tubing, and rubber hose. Made from durable 3CR13 material, this replacement blade ensures long-lasting performance and precise cuts.
- Compatibility: This replacement blade is specifically designed to be compatible with Milwau-kee Plastic Pipe models 2470-20 and 2470-21. It seamlessly fits into these pipe cutting tools, allowing for easy replacement and ensuring compatibility with your existing equipment.
- Precision Cutting: With a thickness of 3.8mm, this replacement blade offers precise and clean cuts. It is engineered to effortlessly slice through PVC, ABS tubing, and rubber hose, providing accurate results every time. Whether you are working on plumbing projects or other applications that require cutting plastic materials, this blade delivers exceptional cutting performance.
- Durable and Reliable: The replacement blade is crafted from high-quality 3CR13 material, known for its durability and resistance to wear and tear. It is designed to withstand the demands of regular use, ensuring that it remains sharp and effective for an extended period. This durability makes it a cost-effective choice, as it reduces the need for frequent blade replacements.
- Versatile Applications: This replacement blade is suitable for various applications, including plumbing, construction, and DIY projects. It can be used to cut PVC pipes, ABS tubing, and rubber hoses, making it a versatile tool for professionals and homeowners alike. Its compatibility with specific Milwau-kee Plastic Pipe models expands its usability and makes it a valuable addition to your toolkit.

› See more product details

Click to see full view

    



Registration Date:09/10/2013
Trademark Registration:

M12

Wordmark  M12
Status  LIVE  REGISTERED
Goods & services  IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary...
Class  007
Reg No  4400602
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Add to Cart

Buy Now

Ships from  mescream
Sold by  mescream
Returns  30-day refund/replacement
Payment  Secure transaction

Add to List

## Product Page
https://www.amazon.com/48-44-0405-Replacement-Compatible-Milwau-kee-Plastic/dp/B0CND1CW9D/ref=sr_1_28?crid=Y375AOU1MBHG&dib=eyJ2IjoiMSJ9.12SqikjlldY0Doi9dUCyn0AlJ5OF6Nx5WiTi3LWI3YN9rrdDz9y4-RBFZ_qhBnOkTOrA9R5HMqSKcicevnqTevPmwCpeKCFKmhZtMXMXRFqKLA0noNc4Pc

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1I8SF6A22WDBA&asin=B0CND1CW9D&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 33. MIL Toolup



## Product Page
https://www.amazon.com/Fits-Milwaukee-2508-20-Rotary-Hammer/dp/B0F7X48CJW/ref=sr_1_3?dib=eyJ2IjoiMSJ9.kvePr3NTyRaQxcPitr7z0wXde6u4bCCf7fACd_orn8cn_qJpQCPJoZng9valTptANAPaPD3T3O7KeaDpFZtvrPQBFaob_HhpuUgiYGfLEsikSzeyl6VD2pmThHigkCS-iVQs5ZiSe5qA3WP46LdrL-DVL

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3FEG48NF50P07&asin=B0F7X48CJW&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 34. mingchuangjixieshebei



**Product Page**

https://www.amazon.com/Protective-Boot-49-16-2967-Milwaukee-only%EF%BC%88red%EF%BC%89/dp/B0DFXX51XL/ref=sr_1_43?crid=1IDKI85FH26HD&dib=eyJ2IjoiMSJ9.PQe8aocsxbrBr2VQXFvim6LLNJK2H1usYdo4MA-HdDKrlyJ6fCet44oNwS1U42mClqhCGSC6e41HVqfwnOk-tmfZggSe7OUSP1kkvSm0_X5

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AKNCZJ2GS5SNW&asin=B0DFXX51XL&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 35. Mingzimeng



Durable Conductor

Rubber covered bottom

Roll over image to zoom in

0% 33% 66% 100%
LED Indicator

Lithium Battery 6/5/4Ah，Compatible for Milwaukee，M18 Batteries M18B5 XC Rechargeable Lithium ION 18V Battery 5.0 4.0Ah(6Ah Battery PRO m18)

Brand: IYZPCTMC
Search this page

$145¹⁰

Sign in to redeem.  Save 12% promo code: A58V9L92 Shop items >

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **6Ah battery PRO m18**

| $230.45 | $78.70 | $129.29 | $100.83 | $145.10 |

| | |
|---|---|
| **Brand** | IYZPCTMC |
| **Unit Count** | 1.0 Count |
| **Model Name** | IYZPCTMC |
| **Item Weight** | 50 Grams |
| **Manufacturer** | IYZPCTMC |

## About this item

- Power battery: Equipped with ultra-large capacity cells, compared with the same type of products, the capacity is increased, to meet the needs of long-term and high-intensity use, and greatly reduce the frequency of charging.
- Lithium battery: It supports high discharge rate, instantly releases strong electric energy, and can provide surging power for power tools and scooter power equipment, with stable operation without jamming.
- Battery pack: using advanced electrode materials and manufacturing technology, after strict testing, the number of cycle charging and discharging, far exceeding the industry average, effectively reducing the cost of use.
- Charging point battery: Built-in overcharge, over-discharge, over-current and short-circuit protection circuits to protect the safety of battery use in an all-round way and avoid potential safety hazards caused by abnormal conditions.
- Lithium battery 6/5/4Ah，Compatible for Milwaukee，M18 Batteries M18B5 XC Rechargeable Lithium ION 18V Battery 5.0 4.0Ah



$145¹⁰

Registration Date: 10/15/2019
Trademark Registration:

| | |
|---|---|
| Wordmark | |
| Status | LIVE REGISTERED |
| Goods & services | IC 009: Batteries. |
| Class | 009 |
| Reg No | 5883116 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

**Add to Cart**

**Buy Now**

Ships from    mingzimeng
Sold by        mingzimeng
Returns        30-day refund/replacement
Payment      Secure transaction

Add a Protection Plan:
- 1-Year Protection Plan for $40.99
- Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

**Add to List**

## Product Page

https://www.amazon.com/IYZPCTMC-4Ah，_Compatible-Milwaukee，_-Batteries-Rechargeable/dp/B0F41RTVRY/ref=sr_1_33?dib=eyJ2IjoiMSJ9.f2zx_Gn1eU-QzSv5X2ItDiSqXrDegVE3HhY5BRRTlbwDebKu1XAhckD

## Seller Page

https://www.amazon.com/sp?ie=UTF8&seller=A1NCRPN82HEBA3&asin=B0F41RTVRY&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 36. Mioloe Company



M18 Jumper Cables with Clips for Milwaukee 18V Battery - 5.74 FT 12AWG Automotive Booster Cable Battery Jump Start Tool for Cars, RVs (Red)

Brand: MIOLOE

$19³⁹

Thank you for being an Amazon customer. Get $50 off: Pay $0.00 $19.39 upon approval for Amazon Visa.

Color: Red

- M18 Automotive Jump Starter: This lithium-ion battery-powered automotive jump starter for power tools is compatible with Milwaukee M18 tools. It instantly transforms tool batteries into automotive rescue tools without requiring additional adapters, providing a portable power solution for emergency situations.
- Superior Quality: The battery adapter features a durable ABS plastic housing with premium tinned copper wire cores, significantly enhancing conductivity and safety to ensure stable power delivery even in extreme conditions. The outer layer is wrapped in flame-retardant material for added protection, while the dual-handle design optimizes electrical conductivity.

Click to see full view



Registration Date: 08/05/2014
Trademark Registration:

M18

Wordmark M18
Status LIVE REGISTERED
Goods & services IC 007: Power tools namely, hammers, rotary hammers, hammer drills,...
Class 007
Reg No 4580441
Owners Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Quantity: 1

Add to Cart

Buy Now

Ships from    Mioloe Company
Sold by      Mioloe Company
Returns      30-day refund/replacement
Payment      Secure transaction

Add to List

**Product Page**
https://www.amazon.com/Jumper-Cables-Clips-Milwaukee-Battery/dp/B0FQ587GMG/ref=sr_1_3

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3U7Y9QRZBWKR3&asin=B0FQ587GMG&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 37. Mishagin



## Product Page

https://www.amazon.com/QAYAUX-42-06-2557-Ratchet-Service-2557-20/dp/B0BLJQZ3DD/ref=sr_1_2?dib=eyJ2IjoiMSJ9.H03E3HZPDi7WsQ5M87-iVjUt-EerEGXNeRYtMVvfsaU.2LDSnFwXfKQ4rskGfxKpEocEjtNrOkitWrQHGxCSLm0&dib_tag=se&keywords=m12&m=A22GOEDN5AQ86W&qid=1758640346&s=me

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A22GOEDN5AQ86W&asin=B0BLJQZ3DD&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 38. Miustg





**2953-20 FUEL 18V Lithium-Ion Brushless Cordless 1/4" Hex Impact Driver , Replacement for *Milwaukee* OEM**
Brand: xioankid

$219⁹⁹

Get $80 off instantly: Pay $139.99 upon approval for the Amazon Store Card.

| Brand | xiaoankid |
|---|---|
| Power Source | Battery Powered |
| Maximum Rotational Speed | 300 degrees/sec |
| Voltage | 18 Volts |
| Amperage | 16 Amps |

**About this item**
- Dear customer, we have multiple warehouses in the local area and can deliver the goods to your address as soon as possible to provide you with better service. The manufacturer provides a one-year warranty , (this product is not made in China).
- Milw*ukee 2953-20 FUEL 18V Lithium-Ion Brushless Cordless 1/4" Hex Impact Driver and Belt Clip
- NO RETAIL BOX
- For more product compatibility models, please refer to the pictures.

› See more product details

⊡ Report an issue with this product or seller



$219⁹⁹

**Registration Date:** 10/17/2006
**Trademark Registration:**

Wordmark
Status **LIVE** **REGISTERED**
Goods & services  IC 007: maintenance and power tools, namely, hole shooters, screw...
Class **007**
Reg No  3159722
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Quantity: 1 ⌄

Add to Cart

Buy Now

| Ships from | Miustg |
|---|---|
| Sold by | Miustg |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add a Protection Plan:**
☐ 3-Year Protection Plan for $33.99
☐ 4-Year Protection Plan for $44.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

in this category on Amazon

Be Safe Today. Build For Tomorrow.
Shop DEWALT ›

  

**Product Page**
https://www.amazon.com/Lithium-Ion-Brushless-Cordless-Driver%EF%BC%8CReplacement-Milwaukee/dp/B0FNLB5CFZ/ref=sr_1_12?dib=eyJ2IjoiMSJ9.Isf7JSCgAkkiqThVWJgaHNFyY6wURMRaeTAglFEe0PRYVWiZdhEYhGrfoR0dFfCs84j_jjkhjfGgjnW1tWgEFM30X_56EwsaLDNruiow22TnpEGLQ5uFzkb8Z

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AFDBSPH49BQDY&asin=B0FNLB5CFZ&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 39. MLYNZXJS



## Product Page
https://www.amazon.com/M12-Holder-Milwaukee-Organizer-Printed/dp/B0F5Q14BCM/ref=sr_1_28?crid=1A35OXNPK1LV8&dib=eyJ2IjoiMSJ9.2g50UublBMUY-3s6PmLdTr7Mjqi9XBHvf5TIRpSZ9Vd2XzSZp4I4S6SrchdcxdcW51yFOg9WHcA-AEqTrnWApkQ9AVRwHcyEcz-2rR9IrouWRvtUcBx-USmrJIWpS3JL3YV

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28M2P7MWIOO23&asin=B0F5Q14BCM&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 40. MOVATY Direct




**Product Page**

https://www.amazon.com/Mil-waukee-Battery-Portable-Mil-waukee-Automotive/dp/B0DZHFKVSH/ref=sr_1_69_sspa?crid=204H2V43AV8PU&dib=eyJ2IjoiMSJ9.GYU17kiwkFU6BmA0TW7K6CI-W0dGs4_rKewlrO-A9hI.l5MtCPzg0NJf13SWt1E_GXm-v374QiJt23aTJ3jFVmw&dib_tag=se&keywords=Car%2BJ

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AF38BYA0MVM4J&asin=B0DZHFKVSH&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 41. MQEIXUH



49-06-2567 Tall Shift Knob Assembly M12 Fuel 3/8 Inch. High Cordless Ratchet Tall Shift Knob Anvil Assembly 2567-20-ABHG

Brand: MQEIXUH

$35⁵⁰

Get a $60 Gift Card: Pay $0.00 $35.50 upon approval for Amazon Visa. No annual fee.

- Anvil seat repair kit is made of high quality materials for long service life
- The anvil tool kit is manufactured with high precision instruments, well designed, well machined and excellent size
- 49-06-2567 The Anvil Repair Kit allows you to repair or replace broken anvils.
- Anvil tool kit makes repairs quick and easy. Reduces downtime and maintenance
- Part number: 49-06-2567 42-06-0147 Applies to 2567-20 2569-20

› See more product details

Report an issue with this product or seller

Click to see full view



Registration Date: 09/10/2013
Trademark Registration:

M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Quantity: 1

Add to Cart

Buy Now

Ships from    MQEIXUH
Sold by       MQEIXUH
Returns       Returnable until Jan 31, 2026
Payment       Secure transaction

Add a Protection Plan:
- 3-Year Protection Plan for $5.99
- 4-Year Protection Plan for $7.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Product Page**
https://www.amazon.com/49-06-2567-Assembly-Cordless-Ratchet-2567-20-ABHG/dp/B0FSRYQDDF/ref=sr_1_204?crid=1O495FMFZSWM7&dib=eyJ2IjoiMSJ9.jzprKJjkHvc1iviVqUMCAADQ140uwW1NpY_Z5bc2KSgj7ZdCmwcBg2iaxnhlXymSh7pIcZOGvpSMyf6ZdZYk53pXD8DGhEhs_1v1XWfUd9jvGJun0OiVwLX

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A36BZAORJ7DCTX&asin=B0FSRYQDDF&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 42. muhedianzishangw



M18 4Pack 9000mAh 18V Replacement Milwaukee Battery for Replacing Batteries with Electric Tools M-18 Battery Pack Compatible with M-18 9.0Ah Lithium Battery 48-11-1890,48-11-1850, 48-11-1828
Brand: Generic

$139⁸⁹ ($34.97 / count)

Get $80 off instantly: Pay $59.89 upon approval for the Amazon Store Card.

| Brand | Generic |
| --- | --- |
| Battery Capacity | 9 Amp Hours |
| Recommended Uses For Product | Lawn Mower |
| Unit Count | 4.0 Count |
| Voltage | 18 Volts |

## About this item
- High Capacity 9000mAh Enjoy extended runtime for uninterrupted work, perfect for heavy-duty tasks
- 18V Lithium-Ion Technology Provides consistent power output, faster charging, and no memory effec
- Full Compatibility Works flawlessly with M18 cordless tools, replacing original batteries
- Built-in Protection Advanced circuitry safeguards against overcharging, overheating, and short circuits
- Durable Construction Shock-resistant design ensures longevity even in tough job site conditions

Report an issue with this product or seller



Registration Date:09/04/2012
Trademark Registration:

M18

Wordmark M18
Status LIVE REGISTERED
Goods & services IC 009: Batteries, battery chargers and radios.
Class 009
Reg No 4203258
Owners Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Add to Cart
Buy Now

Ships from  muhedianzishangw
Sold by  muhedianzishangw
Returns  30-day refund/replacement
Payment  Secure transaction

Add a Protection Plan:
☐ 1-Year Protection Plan for $40.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

## Videos
Help others learn more about this product by uploading a video!
Upload your video

Click to see full view

**Product Page**
https://www.amazon.com/dp/B0FLYBJ44C/ref=sr_1_5

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AVDQQNDIAFDA8&asin=B0FLYBJ44C&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 43. narrow street



M18 2760-20 Fits for Milwaukee FUEL Surge & Impact Driver Kit - Chuck Spring, Ball, Bit Lock
Brand: Generic

$35⁹⁹

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Brand | Generic |
|---|---|
| Included Components | No |
| Manufacturer | LOKTHO36 |

## About this item

- Powerful Performance: M18 2760-20 for Milwaukee FUEL Surge and Impact Driver, delivering exceptional power and precision.
- Compatibility: Part number 2760-20 m18,
- Comprehensive Kit: 2-PC Service Kit includes a 1/4" Hex Chuck, ideal for various applications and maintenance needs.
- Versatile Use: Suitable for a wide range of tasks, from drilling to driving, making it an essential tool for any workshop.

› See more product details

▣ Report an issue with this product or seller



Registration Date: 08/05/2014
Trademark Registration:

**M18**

| Wordmark | M18 |
|---|---|
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools namely, hammers, rotary hammers, hammer drills,... |
| Class | 007 |
| Reg No | 4580441 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart

Buy Now

| Ships from | narrow street |
|---|---|
| Sold by | narrow street |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

Add to List

## Product information

### Technical Details

| Manufacturer | LOKTHO36 |
|---|---|
| Part Number | BUKMINK261125.060 |
| Product Dimensions | 1 x 1 x 1 inches |
| Item model number | HUYENTRANG261125.060 |
| Included Components | No |
| Warranty Description | 30 DAY |

### Additional Information

| SALT | B0G42FLY4L |
|---|---|
| Date First Available | November 26, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price? ⌄

## Product Page

https://www.amazon.com/dp/B0G42FLY4L/ref=sr_1_37?crid=113TLNO4855NI&dib=eyJ2IjoiMSJ9.H4gPdsqL3Hu9B4rTYAgzDbeIL8hajR4eyWy1N PsVy4p8sbqRGnFVSivELML1d1RTuv_yanNn5wm91_YVaisWagjC3A__WyIYTD04m6E0Kwv60LKNxt-Wl7uZsAKivq-r6QG9CgvLaDh7L1xl3_7UqD9uQTVOAzIYVaj_fRm2rj

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A9AYMW66UFW8&asin=B0G42FLY4L&ref_=dp_merchant_link

## Seller Origin
Vietnam

## Payment Method
Amazon

## Claim Type
Trademark

# 44. newbounce





48-44-0405 *M12* Plastic Pipe Shear Blade, Replacement Shear Blade Compatible with Milwaukee Plastic Pipe 2470-20 2470-21 M12 PVC OEM Replacement Cutting Blade for Cutting PVC ABS Tubing Rubber Hose

Visit the CDIYTOOL Store

4.8 ★★★★★ ⌄     7 ratings

$17⁹⁹

Thank you for being an Amazon customer. Get $50 off: Pay **$0.00** ~~$17.99~~ upon approval for Amazon Visa.

- Replacement Part Number: 48-44-0405 Replacement shear blade compatible with Milw-aukee plastic pipe, fit for 2470-20 2470-21 *M12* PVC
- Quality Material: 48-44-0405 *M12* PVC replacement shear blade is made of quality 3CR13 material, durable and effortless cutting edge for burr-free cuts on a wide variety of materials
- Size: The cutting length of 48-44-0405 *M12* plastic pipe shear blade measures approx. 68mm/ 2.68 inch; whole blade is 104mm/ 4.11 inch long
- Easy To Install: Just need you to remove the old blade, put the new blade in, need to pay attention to the blade is sharp careful with your hands
- Wide Application: plastic pipe shear blade has powerful functions, suitable for cutting various materials such as PVC, CPVC, ABS, B1azemaster, PEX pipes, non-metallic conduits and rubber hoses, etc

› See more product details

⊟ Report an issue with this product or seller

**Registration Date:** 09/10/2013
**Trademark Registration:**

## M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

**Add to Cart**

**Buy Now**

Ships from   newbounce
Sold by      newbounce
Returns      30-day refund/replacement
Payment      Secure transaction

Add to List

Click to see full view

**Buy it with**



Total price: $53.97

Add all 3 to Cart

## Product Page
https://www.amazon.com/48-44-0405-Plastic-Replacement-Compatible-Milwau-kee/dp/B0C7KJ67QG/ref=sr_1_87?crid=3BKOS761BNNBT&dib=eyJ2IjoiMSJ9.U0TrRZ1RKLWqyjfFyAE2g2feb1IZeesDDh5hSBzPMinu8Egabr-qwMB00YeK0qz3-Ne73l-0wgdT6gecGntfHP2aQxlJHKgLhY2B8g8SjUlsHmc2oL-1G

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A4FZOL07Q9V70&asin=B0C7KJ67QG&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 45. Ngoc Kitty Shop



## Product Page
https://www.amazon.com/31-01-0305-Backpack-Assembly-Milwaukee-0885-20/dp/B0FRDMH5DY/ref=sr_1_15?crid=18C1XRII9AVNX&dib=eyJ2IjoiMSJ9.YizfOEEg3oh6ibj3rwopaxWjg7fsZsYLIc1MIQ6Dp1rhagpalkvqg89BWVAbpjgJOcTqsZrm_cTvY0YWgznvcVwdJRavpXMHl-YMN357lhNTipFIl6LP127lWdt

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A230VPI9JRKQWD&asin=B0FRDMH5DY&ref_=dp_merchant_link

## Seller Origin
Vietnam

## Payment Method
Amazon

## Claim Type
Trademark

# 46. NGUYEN DINH VINH SHOPP

Tools & Home Improvement › Building Supplies › HVAC › Furnace Parts & Accessories › Ignitors



Click to see full view



**M18** 2760-20 Fits for Milwaukee FUEL Surge & Impact Driver Kit - Chuck Spring, Ball, Bit Lock

Brand: Generic

$32.99

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Brand | Generic |
| Included Components | No |
| Manufacturer | NGDINHVINHSHOP |

**About this item**
- Powerful Performance: M18 2760-20 for Milwaukee FUEL Surge and Impact Driver, delivering exceptional power and precision.
- Compatibility: Part number 2760-20 m18,
- Comprehensive Kit: 2-PC Service Kit includes a 1/4" Hex Chuck, ideal for various applications and maintenance needs.



Registration Date: 08/05/2014
Trademark Registration:

**M18**

| Wordmark | M18 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools namely, hammers, rotary hammers, hammer drills,.... |
| Class | 007 |
| Reg No | 4580441 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Quantity: 1

Add to Cart

Buy Now

| Ships from | NGUYEN DINH VINH SHOPP |
| Sold by | NGUYEN DINH VINH SHOPP |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

Add to List

**Product Page**

https://www.amazon.com/2760-20-Milwaukee-Surge-Impact-Driver/dp/B0G3BH7NFD/ref=sr_1_4?crid=3QGAFNCKCL9LD&dib=eyJ2IjoiMSJ9.H4gPdsqL3Hu9B4rTYAgzDaigMt9Fh4_LYoXCJscvRKXXRYOtI3eYkRje8BVtVHDkA_yeSzBZPEZqwztu5QyRt8wKNTSEdTezlapIV4NjaCPduS2oBzQWmCPSsMlFxxDhPGphd

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2GF6VR6LZLVNG&asin=B0G3BH7NFD&ref_=dp_merchant_link

**Seller Origin**

Vietnam

**Payment Method**

Amazon

**Claim Type**

Trademark

# 47. NGUYEN MINH THUSHOP




Click to see full view





🖒 600 MCM Cable Cutter Blade Set – Compatible with Milwaukee 48-44-0410 – Steel Replacement Blades For M12 2472 Cable Cutter
Brand: ThuongTruongST

$144⁹⁹

Get $60 off instantly: Pay $84.99 upon approval for the Amazon Store Card.

- Compatible with Milwaukee 48-44-0410 and M12 2472 cable cutter tools – Designed to cut up to 600 MCM copper and 750 MCM aluminum cables with precision
- Includes fixed and moving blades with mounting hardware – Simplifies replacement for fast tool maintenance and continuous jobsite use
- Optimized blade geometry – Delivers clean, round cuts ideal for direct installation without additional prep
- Hardened steel construction – Provides maximum durability and long-lasting edge retention under heavy-duty use
- Slim design for tight spaces – Enables efficient cutting in electrical cabinets, panels, or confined conduit environments

› See more product details

🗩 Report an issue with this product or seller

Total price: $214.97

**Add both to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

M Cable Cutter tible with    Milwaukee 48-44-0410 M12 600 Mcm Cable Cutter Blade



Quantity: 1

**Add to Cart**

**Buy Now**

Ships from   NGUYEN MINH THUSHOP
Sold by      NGUYEN MINH THUSHOP
Returns      30-day refund/replacement
Payment      Secure transaction

**Add a Protection Plan:**
☐ 3-Year Protection Plan for $23.99
☐ 4-Year Protection Plan for $32.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Add to List**

**Other sellers on Amazon**

New (3) from $144⁹⁹ & FREE Shipping ›

## Product Page
https://www.amazon.com/600-MCM-Cable-Cutter-Blade/dp/B0F9KT6HTR/ref=pd_sbs_d_sccl_3_1/139-5783582-6955251?pd_rd_w=ksy7e&content-id=amzn1.sym.2cd14f8d-eb5c-4042-b934-4a05eafd2874&pf_rd_p=2cd14f8d-eb5c-4042-b934-4a05eafd2874&pf_rd_r=W18GFZDNBTZ5MWH9353Y&pd_

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A29AKUUJIWIAVA&asin=B0F9KT6HTR&ref_=dp_merchant_link

## Seller Origin
Vietnam

## Payment Method
Amazon

## Claim Type
Trademark

# 48. NGUYEN TUAN PHONG TP0806



Industrial & Scientific › Additive Manufacturing Products

for Milwaukee M12 N12 48-59-2401 48-11-2402 Lithium-Ion Battery (Only Charger) 10.8V 12V Li-Ion Replacement Battery

Brand: FIENWINERINS

$79⁹⁹

- ✿ HIGH FOR QUALITY ELECTRONICS COMPONENTS: Our products are made with top-of-the-line electronics components, ensuring reliable and long-lasting performance
- ✿ EASY TO INSTALL AND USE: Our electronics products are designed to be user-friendly, with clear instructions and simple installation processes
- ✿ VERSATILE APPLICATIONS: Our electronics products can be used in a variety of applications, including industrial, automotive, and household electronics
- ✿ MONEY-BACK GUARANTEE: Confidence comes from high for quality and our continuous pursuit for perfectness
- ✿ EXCEPTIONAL CUSTOMER SUPPORT: We pride ourselves on providing exceptional customer support, with a knowledgeable team available to answer any questions or concerns

Report an issue with this product or seller




Registration Date: 11/01/2016
Trademark Registration:

Wordmark
Status          LIVE  REGISTERED
Goods &      IC 009: Batteries, battery
services     chargers, radios; electronic test
             and...
Class        009
Reg No       5071525
Owners       Milwaukee Electric Tool Corporation
             (CORPORATION; DELAWARE, USA)

Add to Cart
Buy Now

Ships from   NGUYEN TUAN
             PHONG TP0806
Sold by      NGUYEN TUAN
             PHONG TP0806
Returns      30-day
             refund/replacement
Payment      Secure transaction

Click to see full view

**Product Page**
https://www.amazon.com/Milwaukee-48-59-2401-48-11-2402-Lithium-Ion-Replacement/dp/B0FKNGW8QP/ref=sr_1_43?crid=3KYTFUGYRUYJB&dib=eyJ2IjoiMSJ9.FvqxYsu-R_Mcnkd_LgW6gWIm5PXKpPr7ZcS1IhpgYzNXtp0CQ7vkrnlOtu4gWH1OOfW-u-6UjrdmB_0SjI-iFRdqI7qCC29Tc4qxxoE7pIsI_74aI3

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A33BDGKHM2EUHI&asin=B0FKNGW8QP&ref_=dp_merchant_link

**Seller Origin**
Vietnam

**Payment Method**
Amazon

**Claim Type**
Trademark

# 49. Nhatchoet store





Electric Soldering Iron Compatible with Milwaukee 2488-21 M12 12V Cordless Pivoting Head Soldering Iron Kit

Brand: Generic

$299⁹⁹

Get $60 off instantly: Pay $239.99 upon approval for the Amazon Store Card.

| Brand | Generic |
|---|---|
| Wattage | 1 watts |
| Included Components | No |
| Item Weight | 16 ounces |

## About this item

- 12-Volt Cordless Soldering Iron M12 Soldering Iron
- Heats Quickly, Maintains Optimized Temperature

Usually ships within 2 to 3 days.

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Nhatchoet store |
|---|---|
| Sold by | Nhatchoet store |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

Add a Protection Plan:
- 3-Year Protection Plan for $36.99
- 4-Year Protection Plan for

**Product Page**

https://www.amazon.com/Electric-Soldering-Compatible-Milwaukee-Cordless/dp/B0G2LMP32L/ref=sr_1_15?crid=3Q9WR9DJ4BGM7&dib=eyJ2IjoiMSJ9.5Ju9YiJuHWdbCvoksCDSMYnUV08BH1WicC4-6UhHpa0N8m8r1F86H_RDQScYRYP0KXEWZ9TdxHKZzubbB0tXfs_6e7wJUDyr-wy6-OZxM1_Aw5m9FFr0nL9qY

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2SR1ZYJA6PBTU&asin=B0G2LMP32L&ref_=dp_merchant_link

**Seller Origin**
Vietnam

**Payment Method**
Amazon

**Claim Type**
Trademark

# 50. Noon



## Product Page
https://www.amazon.com/36-17-0305-Crankshaft-Milwaukee-Ratchet-36-17-0300/dp/B0BFDPK315/ref=pd_ci_mcx_di_int_sccai_cn_d_sccl_1_5/139-5783582-6955251?pd_rd_w=QrCw8&content-id=amzn1.sym.751acc83-5c05-42d0-a15e-303622651e1e&pf_rd_p=751acc83-5c05-42d0-a15e-30

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3CVVYMKAPGW7V&asin=B0BFDPK315&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 51. NSTTYK Direct





48-11-2450 12V Lithium-Ion High Output 6Ah Battery 1 Pack Compatible with Milwaukee M12 Tools and Original Charger Also for Milwaukee Heated Jacket Adapter (Replacement for M12 Battery*1)

Visit the NSTTYK Store
4.1 ★★★★☆ (15)  |  Search this page

**Lowest price in 30 days**

-18% $21⁹⁹
Typical price: $26.95 ⓘ

FREE Returns ⌄

**Unlock a $80 Amazon Gift Card instantly upon approval** for Amazon Store Card.

Style: **Replacement For M12 Battery*1**

| Replacement For M12… | Replacement For M12… | Replacement For M12… |
|---|---|---|
| $21.99 $26.95 | $35.99 ($18.00 / count) | 1 option from $70.99 |

| | |
|---|---|
| Number of Batteries | 1 12V batteries required. (included) |
| Brand | NSTTYK |
| Battery Cell Composition | Lithium Ion |
| Battery Capacity | 6000 Milliamp Hours |
| Recommended Uses For Product | M12 Adapter, M12 Heated Jacket, Power Tool |

**About this item**

- Wise Choice For Working: Upgrade Your Old M-12 1.5ah 2.0ah 2.5ah 3.0ah 4.0ah 5.0ah 12v Battery ! Our 12v 6.0ah M-12 High Capacity Battery Improves Your Working Efficiency And Saves Time
- Are You Looking For A Battery That Functions As Well As The Original M-12 Battery, And Is Cost-Effective?: # 48-11-2460, 48-11-2450,48-11-2440,48-11-2430, 48-11-2425,48-11-2420, 48-11-2412, 48-11-2411, ,48-11-2410, 48-11-2402, 48-11-2401.Our 12v 6000mah Battery Can Replace These Original Batteries
- Compatible with m12 tools model:For milwaukee m 12 impact,m 12 ratchet,m 12 Right Angle Die Grinder,m 12 drill, m 12 right angle impact Such as 2457-20,3453-20,2456-20,2531-20,2534-20,2446-20,2447-20,2415-12,2401-20,3404-20,2407-20,2420-20 and more
- Compatible With M12 Battery Adapter 48-59-1201 :If You Have A ( M-12 Battery Adapter) Insert Our Battery, Can Charge Your Phone.It'S Perfect For At Work Or Outdoors
- Compatible With M-12 Battery Charger :Our 48-11-2450 Xc 12v 6.0 Ah Extended Capacity Lithium-Ion Battery Pack Compatible



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$21⁹⁹

Registration Date:09/24/2013
Trademark Registration:

**M12**

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: Batteries; battery chargers; radios; electronic test and... |
| Class | 009 |
| Reg No | 4407484 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Quantity: 1

Add to Cart

Buy Now

Ships from  Amazon
Sold by  NSTTYK Direct
Returns  30-day free returns, refund/replacement
Customer service  Amazon
⌄ See more

Add to List

**Product Page**
https://www.amazon.com/NSTTYK-48-11-2450-Lithium-Ion-Compatible-Replacement/dp/B0DSJJN3QL/ref=sr_1_98?dib=eyJ2IjoiMSJ9.VjHT21LLlSgXDRORo0pJRWrA9jNoWv33WMEofc49MzKzIcolAN5MEIM1mhuVBHXqxH1t7TcUHloZX8Oagfh5hLTx4BqvvPCcPdiFXlvSiQYUpOFzmk4TNas2Zk3-tikU7cSTfy0L

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2C9GCC3I5LGDK&asin=B0DSJJN3QL&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 52. OXParts



Click to see full view



**M18** Fuel 18V Quik-LOK Cultivator Attachment for Milwaukee 49-16-2739
Brand: OXParts

$492⁸³

Get $60 off instantly: Pay $432.83 upon approval for the Amazon Store Card.

| | |
|---|---|
| Brand | OXParts |
| Color | Gray |
| UPC | 771731107671 |

## About this item

- Versatile & Multifunctional: Crafted for a wide range of tasks and applications, this reliable tool is essential for any toolbox.
- High-Quality & Durable: Engineered with premium materials for long-lasting performance, ensuring that you can trust it to get the job done right
- Precision & Accuracy: Designed with meticulous attention to detail, allowing for precise and accurate results every time.
- Compact & Portable: Compact design with easy-to-carry features, perfect for taking on the go or storing in tight spaces
- Universal Compatibility: Designed to work seamlessly with a variety of devices, making it a versatile and essential addition to any workspace
- Please check the model number when purchasing. If you have any questions, please contact us and we will provide you with a satisfactory reply.

Report an issue with this product or seller



Registration Date:08/05/2014
Trademark Registration:

**M18**

| | |
|---|---|
| Wordmark | M18 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools namely, hammers, rotary hammers, hammer drills,... |
| Class | 007 |
| Reg No | 4580441 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart

Buy Now

Ships from  OXParts
Sold by  OXParts
Returns  Returnable until Jan 31, 2026
Payment  Secure transaction

### Add a Protection Plan:
- ☐ 2-Year Protection Plan for $47.99
- ☐ 3-Year Protection Plan for $60.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

## Product information

| | |
|---|---|
| Product Dimensions | 1 x 1 x 1 inches |
| Item Weight | 1 pounds |
| Manufacturer | OXParts |
| SALT | B0FZJGFWTT |

## Warranty & Support

Product Warranty: For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price? ⌄

## Product Page

https://www.amazon.com/dp/B0FZJGFWTT/ref=sr_1_4?crid=2UMBO2SAX4L48&dib=eyJ2IjoiMSJ9.U5NikpvfsUN07-hUxs2cr-5qGO8Q8rl-nGTvtc8vBCesqb8Brcl-47dW6FOmU9uM0HBr-MHqFnrTXRaLULRpsQYwh4ZpX_3E5o-C65oQC40C4bLyFF87DFRjl2Yb1drK7UQNt-D3gxaMpTQRGEnKINS27zc8KN8hoFx8Y6ePBLy

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3NMOHVR94L593&asin=B0FZJGFWTT&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 53. paiyuedianzi



Charger for Milwaukee 18V Battery M18 M18B5 M18B4 M14 XC M12 Lithium Ion 12Volts-18Volts Series

Brand: PYDZXQ

$27⁸⁸

Get **Fast, Free Shipping** with Amazon Prime

Thank you for being an Amazon customer. Get $50 off: Pay **$0.00** $27.88 upon approval for Amazon Visa.

| | |
|---|---|
| **Brand** | PYDZXQ |
| **Product Dimensions** | 7.2"D x 3.3"W x 5.9"H |
| **Input Voltage** | 18 Volts |
| **UPC** | 785229613841 |
| **Manufacturer** | shenzhenshipaiyuedianziyouxiangongsi |

## About this item

- Charger Replacemnet for All Mil wau kee, Replacemnet for M12 M14 M18 Lithium-ion Battery
- Compatible with 18V M18 Batteries 48-11-1850, 48-11-1812, 48-11-2440, 48-11-2411, 48-11-1815, 48-11-1828 , 48-11-1820, 48-11-1840
- Product Type: For Li-ion batteries Input: 100V--240V Output:12V--18V 3.0A Efficiency:90W
- Indicator lights that Show the Status As Batteries Are Charged and Maintained.
- If you have any problems, please feel free to contact us by email and we will reply with help!

Report an issue with this product or seller



Click to see full view

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$27⁸⁸

Get **Fast, Free Shipping** with Amazon Prime



Registration Date:09/24/2013
Trademark Registration:

M12

Wordmark    M12
Status    LIVE  REGISTERED
Goods & services    IC 009: Batteries; battery chargers; radios; electronic test and...
Class    009
Reg No    4407484
Owners    Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    paiyuedianzi

## Product Page

https://www.amazon.com/Charger-Milwau-Lithium-Battery-12Volts-18Volts/dp/B0FDVJSL9L/ref=sr_1_21?crid=2HRSXVD5XGM95&dib=eyJ2IjoiMSJ9.q-nZlf_YIJfEA5Wb-MpNak6tJPz1Qn1h69gzFpM-VDglx0nQ0A1M1un1HwFMBjnBGCsr14mEhUSjCbWoRhQzj5PWPWYR1XKzYngsaSM735gBJUdHktW-Oddz0H8

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2LKJSAGV5R9C7&asin=B0FDVJSL9L&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 54. palart



## Product Page
https://www.amazon.com/palart-Electric-42-06-2556-2556-20%E3%80%8121%E3%80%8122-2559-20%E3%80%8121%E3%80%8122/dp/B0F6TK3S7L/ref=sr_1_79?dib=eyJ2IjoiMSJ9.XFTBfs5b_-fLsMTq5Y2L-VgWN_j9RjAx3-P_0cFMYXMZaibHjrzBCL1ZV6ou3Q1FuJ-7b85UCXMYmbbkpA2iG9h4fJpL1o4GA2Afui

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A17Q0H41NQDRPT&asin=B0F6TK3S7L&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 55. Part Tube



## Product Page
https://www.amazon.com/31-44-3160-Housing-Assembly-Replacement-
Milwaukee/dp/B0F9KV3ZQY/ref=sr_1_1?dib=eyJ2IjoiMSJ9.EgSD7O3NW8Dp_nj7TvhgsSFdEjBVwzs1RQAwtoN1r9yJRwN_QUoG212sCTTmVKsl
USRiv5skiSmsvTPahy9d9Du6bG4OFBe4Gr1uL0kfww2VmQiYtlaJ1kbnqIGUfFnwWX4AdoCpS9HW

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3D44L8GAZIGXU&asin=B0F9KV3ZQY&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 56. Parts Outlets



**Product Page**

https://www.amazon.com/3404-20-Milwaukee-Cordless-Hammer-Driver/dp/B0FK971V52/ref=sr_1_6?crid=RBQCV19A4UAL&dib=eyJ2IjoiMSJ9.puT0TXtptmh9HmTlVRIJEX-sdwgAkjjxbWjl7Edj3gBGRcLL9FEhmE9Igm9JPPTQzrOKyE5mDaF_PXeZgWmOlOc9v-6Hg0sAOLO6RGK9lutt9CVRE7nts8cW_8PVsyOfxsb

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1KTL5N6S6RA9X&asin=B0FK971V52&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 57. Passion Auto



**Product Page**
https://www.amazon.com/23-66-2635-Cordless-23-66-0098-Milwaukee-Circular/dp/B0DS9J4DKF/ref=sr_1_1_sspa?crid=1D19R8CD5UHOW&dib=eyJ2IjoiMSJ9.E1u3gQbruh14WvaQYSFjhA81aqZQRTge4Xq8SwrbdRZDfRLGK3nYvJqOXZW8DYovfIclmK_5d1eDo-nNjDJQ3B22uKjjtWoggUDFnCZPz3xsLt0TLEXp

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A11RUBZHZRO5C8&asin=B0DS9J4DKF&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 58. PEHUAP



**Product Page**
https://www.amazon.com/PEHUAP-Protective-Milwaukee-49-16-2554-Compatible/dp/B0DXF1TQ1D/ref=sr_1_26?crid=3UN3ORKZK1YG5&dib=eyJ2IjoiMSJ9.YHuMGwpixNoDFVzonIm5DSfNhs62vtfm9nSvcUul9EQ7nNicgRziDDnTMndu8GZjErYlqU9IRbtYnU9MDOQmbWAzjY0SoI_hWBVwtL-Tggh-iJO2PcL7DFQY

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JVUXJAC0CU7F&asin=B0DXF1TQ1D&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 59. phn99988





Click to see full view



for Milwaukee Tool 48-11-2430
*M12* 3.0 Compact Battery Pack
Brand: Generic

$118⁹⁹

Get $80 off instantly: Pay $38.99 upon approval for the Amazon Store Card.

| Brand | Generic |
| --- | --- |
| Recommended Uses For Product | Airsoft Gun |
| Unit Count | 1.0 Count |
| Reusability | Rechargeable |
| UPC | 775487223951 |

**About this item**

- Intelligence: provides optimized performance and overload protection using total system communication between tool, battery and charger Best-in-class construction: offers long-lasting performance and durability All-weather performance: delivers fade-free power in extreme jobsite conditions Versatility: powers 70+ *M12* cordless solutions Lightweight over 65

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from    phn99988
Sold by       phn99988
Returns       30-day refund/replacement
Payment       Secure transaction

**Add a Protection Plan:**
☐ 1-Year Protection Plan for $32.99
☐ Complete Protect: One plan

**Product Page**
https://www.amazon.com/Milwaukee-Tool-48-11-2430-Compact-Battery/dp/B0FQ4RD8C8/ref=sr_1_8

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A37FCIOXTD8MFN&asin=B0FQ4RD8C8&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 60. Powtree-us



Upgraded 2Pack 8.0Ah 12V Replacement for Milwaukee M12 Lithium-ion Battery M-12 48-11-2420 48-11-2411 48-11-2440 48-11-2402 48-11-2401 48-11-2425 Compatible with Milwaukee 12 Volt Cordless Power Tools

Visit the POWTREE Store
4.4 ★★★★½ ∨   51 ratings
200+ bought in past month

$36⁷⁵ ($18.38 / count)

FREE Returns ∨

Coupon: ☐ Apply 5% coupon  Terms
Sign in to redeem. Save 8% on 2 select item(s) promo code: ULTAU27M  Terms
Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Number of Batteries | 2 Lithium Ion batteries required. (included) |
| Brand | POWTREE |
| Battery Cell Composition | Lithium Ion |
| Battery Capacity | 8000 Milliamp Hours |
| Recommended Uses For Product | Power Tool |

**About this item**
- ✅ 【SPECIFICATION】Replacement for *Milwaukee M12 Battery* | Type:Lithium ion | Volts:12V | Capacity:8000mAh | Quantity: 2Pack | Durable and Long Life
- ✅ 【COMPATIBLE MODELS】100% Compatible with milwaukee m12 batteries 48-11-2420 48-11-2411 48-11-2440 48-11-2402 48-11-2401 12-Volt M12 Cordless Tools and M12 charger 48-59-2401, 48-59-1201, 48-59-1807, 48-59-1204
- ✅ 【LARGE CAPACITY】8000mAh High Capacity Twice as much as the original M12 battery,Keep working for a long time,Rechargeable and Repeated cycle use, capacitance will not be reduced,Passed the FCC RoHS CE safety test, safe and reliable
- ✅ 【LONG SERVICE LIFE】High performance, low self-discharge rate, no memory effect, built-in integrated microchip, prevent battery overheating, overvoltage, overcurrent, short circuit and other problems, protect the M12battery from damage, extend battery life
- ✅ 【YOU WILL OWN THE SERVICE】2 Pack M12 Battery you will get+ 30 days money back+1 year warranty+24H professional customer service online,Professional quality replacement battery is Powtree's goal, if you have any questions you can contact us through the order page

Click to see full view



prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

$36⁷⁵ ($18.38 / count)
FREE Returns ∨

Registration Date:09/24/2013
Trademark Registration:

M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 009: Batteries; battery chargers; radios; electronic test and... |
| Class | 009 |
| Reg No | 4407484 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Quantity: 1 ∨

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Powtree-us
Payment   Secure transaction

**Add a Protection Plan:**
☐ 1-Year Protection Plan for $9.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month
☐ Add a gift receipt for easy returns

---

**Product Page**
https://www.amazon.com/POWTREE-M12-Replacement-Milwaukee-Battery/dp/B0DCJR1S1Z/ref=sr_1_48?dib=eyJ2IjoiMSJ9.pa8v2Ldv7uvOHM7sxKDE8lYb08wz62jFjVtbHAUULVsKqDvqfjrOCzYsDmJn60nix2ox0vGCEQsWwFDOjhwiYp61jWsIK9jI_r6VUtW6K5_7Rd6QWyIyH0GoUlFzncaFbHpwtPwNABMtd6s9VZI

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3OP2JMX3TVJSY&asin=B0DCJR1S1Z&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 61. Ptazucv



**Product Page**

https://www.amazon.com/Ptazucv-Replacement-Compatible-Milwaukee-49-16-1662/dp/B0FD3LKKCX/ref=sr_1_10_sspa?crid=37ZQQSS25FLMI&dib=eyJ2IjoiMSJ9.HHanDJw3NZIAN6AKEAdJjt9KNAPTJesCBl2Y_XYMu0qiTy5Xkyt0Ziv55GgRyda2.VMBktPoo9Kv0PNUituECNGPK5iGqCzL_rxl7JxWrbDE&dib_

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2TA1HXJW1VLH&asin=B0FD3LKKCX&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 62. Pusenn U



**Product Page**

https://www.amazon.com/Milwau-kee-Impact-Wrench-31-44-2854-Professional-Maintenance/dp/B0FQJRZJM8/ref=sr_1_28?crid=3W45XUNKU1EKX&dib=eyJ2IjoiMSJ9.c_AmDuRAIf_0cha7xOJu4V2Jb5HrsfyroL-zfMG5WXjDdZmuLv4t3fm5Y6iQ1vQAY5EYRKL7Q8hC0wGikeavSbAsqlNsnYzSvn7r5R0fzgCYI

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AS3FHFFDK9NS8&asin=B0FQJRZJM8&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 63. Qi Huan



**Product Page**
https://www.amazon.com/2-Pack-23-66-2635-Switch-M18-Circular/dp/B0F6NBHX21/ref=sr_1_16?crid=1D19R8CD5UHOW&dib=eyJ2IjoiMSJ9.E1u3gQbruh14WvaQYSFjhA81aqZQRTge4Xq8SwrbdRZDfRLGK3nYvJqOXZW8DYovfIcImK_5d1eDo-nNjDJQ3B22uKjjtWoqgUDFnCZPz3xsLt0TLEXpnHexIKRg9a4QGReD

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3KO19O2E6U3IT&asin=B0F6NBHX21&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 64. Qi zhengSHOP



**Product Page**

https://www.amazon.com/dp/B0DYJ5ZKJ5/ref=mweb_up_am_fl_st_na_un_up_sm_web?smid=A20OG31XHDGWEH

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A20OG31XHDGWEH&asin=B0DYJ5ZKJ5&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 65. qibeitiancha



**Product Page**

https://www.amazon.com/Electric-Service-42-06-1006-Ratchet-2456-
20/dp/B0FCLWZRR7/ref=sr_1_310?crid=2EGIYIOHP4YJA&dib=eyJ2IjoiMSJ9.rprxVOXkEE0MX8EoJFuym2DDzJ7WDseN37Axd28kKq6Sf1DHRKi
4-MjopL9fF8RokT0XQimm7O6YqjRkMgoB5V56PF-CrLaJOPkxUpSPvmQbuKJMnYdFdU8iOP7-6

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A39E3GTLQTU8A4&asin=B0FCLWZRR7&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 66. qican battery factory company



**Product Page**

https://www.amazon.com/Battery-Compatible-Charger-48-11-2420-Replacement/dp/B0FV8QPBWH/ref=sr_1_2

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A52I18VM5TD0M&asin=B0FV8QPBWH&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 67. qin-shuang



**Product Page**

https://www.amazon.com/Milwaukeed-Dimmable-Garage-Workshop-Repair/dp/B0F1FYS7GG/ref=sr_1_26_sspa?crid=2ZYDEZX7XNU69&dib=eyJ2IjoiMSJ9.nxKJXOTU2Grejhg95zta_dxXOC2g50fw4ezT7np4zWkZeQaM_1_Y1cKgDw-PjU1JND8_w3_Nr9Oj2SdBvxS83vjcglxENYMtmWrOVtmUvAtori3h2UFNV2ThcE

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A348N844S37ZIL&asin=B0F1FYS7GG&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 68. Qingziqin



**Product Page**
https://www.amazon.com/42-06-1006-Ratchet-Service-2456-20-Cordless/dp/B0FMYGNMLP/ref=sr_1_1?dib=eyJ2IjoiMSJ9.C8DrZdrOiw-mGNDsVcgwHBpyQE5Txvy2cfYa2M2XvqLGjHj071QN20LucGBJIEps.vMZpfFjaExt-JHJlEyiHvjgvVHeGFGIMmJ46mt1gCGE&dib_tag=se&keywords=Anvil+Repair+Serv

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35V1I4JS2VW1W&asin=B0FMYGNMLP&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**

# 69. Quiet Summer



**Product Page**
https://www.amazon.com/dp/B0FRF68XQH/ref=sr_1_1

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A25JAVV2XXK279&asin=B0FRF68XQH&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 70. QUOCAANGUYEN3



**Product Page**
https://www.amazon.com/48-59-2401-48-11-2402-LI-thitium-Iottreriy-Replacement-Battreriy/dp/B0FKYR783W?ref_=v_sp_product_dpx

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3RLBGJO2SB8C5&asin=B0FKYR783W&ref_=dp_merchant_link

**Seller Origin**
Vietnam

**Payment Method**
Amazon

**Claim Type**
Trademark

# 71. QuocDat



**Product Page**

https://www.amazon.com/Ammany-Service-42-06-1006-Ratchet-Milwaukee/dp/B0CXQ61VVB/ref=sr_1_48?crid=385IYR8AAE19L&dib=eyJ2IjoiMSJ9.3Hcx1vT7dDIE-wHdVaZ5aSfni0DwxVa690ox0qxp51fh0mwVKLEUVckNr17j03z4rwlqYKXqT0ArFofoApk5KGNTxMbWSX5NV1JMKy3ZdTpVm5qCHSHtBUk1GuzUo9

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2BHQEY4EV41VQ&asin=B0CXQ61VVB&ref_=dp_merchant_link

**Seller Origin**

Vietnam

**Payment Method**

Amazon

**Claim Type**

Trademark

# 72. Quynh Nhi Shop



**Product Page**

https://www.amazon.com/dp/B0FVSZQX8Q/ref=sr_1_129?crid=1GDWULLWV77XQ&dib=eyJ2IjoiMSJ9.bWtc_ktPlpXlvOpsWUrp6NpA8bqwnxwV6J
GM0D16MzJlEqtmYoXIqcS7qhDi-t30ih2K4Fyi52kEqzpTz0eLUpYqe_AvnPyqRbhiq22ibhfNRN-2wl8wg1upOBWu3zZfG-w0dWici6t8xiER_pC4Vy_u-
ifcFRbes2RBL9ZDU

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=AXSCFWM4WXFE2&asin=B0FVSZQX8Q&ref_=dp_merchant_link

**Seller Origin**

Vietnam

**Payment Method**

Amazon

**Claim Type**

Trademark

# 73.

# quzhoushiqujiangquyixinjiatingnongchangyouxiangongsi



**Product Page**

https://www.amazon.com/42-06-1030-Ratchet-Rebuild-Milwa-ukee-2457-20/dp/B0FP1K4VYB/ref=sr_1_88?crid=385IYR8AAE19L&dib=eyJ2IjoiMSJ9.YE_JbOU0kC9TTmMzmEhg1BL7xS9EHhlEwElMrHJMOrQ8Aj_gO4T0nKIFfLkIu0RdAha-UwkRMROigArQi2MjOfQ1yOhN2KZFgkhqYP4oc0E41o6QS2W8FvrZXmwb

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A12XSCS4VVADBC&asin=B0FP1K4VYB&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 74. ranyeSHOP



## Product Page
https://www.amazon.com/Electric-Service-42-06-1006-Ratchet-2456-20/dp/B0FCLWZRR7/ref=sr_1_73?crid=2EGIYIOHP4YJA&dib=eyJ2IjoiMSJ9.BbtTIvgBDZYkDIJKQFir04l3SKGKweEdcnwDoqUiG6moIx_2iJMViKJW41BUIYhdYUgi5uiA1m0ZMbMkKYjeiZKeH98KeAg6CmjbgamhuiKgNKhE-tD1TKOn-kV0BT

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3T6FVULGNY9Q&asin=B0FCLWZRR7&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 75. Redparts



**Product Page**

https://www.amazon.com/42-70-2653-Milwaukee-2604-20-2604-22-2604-22CT/dp/B09P9TS5TY/ref=sr_1_52?crid=33FEL8NCAMWZD&dib=eyJ2IjoiMSJ9.H9SnCZA3ePsGPHohLs6DIeUx2XCumpCtRkx4EdwuCoSBUazS52_qjw5_Mm7IlMNgyXOIC8pmYTnsC8SCRBLrg9V4Xf4PuJgn6BXlgM423k7awBfOqOC4i0WATCz

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A357D2S5ZEIREU&asin=B09P9TS5TY&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 76. Renoo Direct



**Product Page**
https://www.amazon.com/gp/product/B0C9J2NQ13/ref=sw_img_1?smid=A2NY1T2NZAWSSJ&psc=1

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2NY1T2NZAWSSJ&asin=B0C9J2NQ13&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 77. REOTUND



**Product Page**
https://www.amazon.com/Batteries-Compatible-Milwaukee-Replacement-48-11-1860/dp/B0FLV8Z73Z/ref=sr_1_51?crid=1UIYYC6FT5DTH&dib=eyJ2IjoiMSJ9.NucVvjyeU1U-X07MkrCEJgMOBmv6grVTgJZ1sY60Wobd_Fdt2-nrmw-hRxS-PeKZ84iNnyJA6cYjERDCxD1e_FLGwNOL2KprcLvynz8oki9tLcZJyQGE

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A112K3QSP2BPFH&asin=B0FLV8Z73Z&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 78. Replace parts supermarket



## Product Page

https://www.amazon.com/3404-20-Milwaukee-Cordless-Hammer-Driver/dp/B0FNLMDH3R/ref=sr_1_15?crid=RBQCV19A4UAL&dib=eyJ2IjoiMSJ9.puT0TXtptmh9HmTlVRlJEX-sdwgAkjjxbWjl7Edj3gBGRcLL9FEhmE9Igm9JPPTQzrOKyE5mDaF_PXeZgWmOlOc9v-6Hg0sAOLO6RGK9lutt9CVRE7nts8cW_8PVsyOfxs

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L3HJNGC0C2CR&asin=B0FNLMDH3R&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 79. REQUEST



**Product Page**
https://www.amazon.com/Professional-Ratchet-Kit-Power-Repair/dp/B0FHGRVHF9/ref=sr_1_1?dib=eyJ2IjoiMSJ9.QrvLrj2YbQpn5z-UH_irRdDYI5U-w8ieEx_DJ9IUMbHOmfdU2n7V4ydahy8YzFwiZL0W16ku1p1OYCCTFKeKCqfU-KnkxJrCUwS-Ewg4De9vUbEN00ZXor5xCyJGHpI8.YjZWcUxo52Qooc6M9s-BH4Y

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A39PTXDE7CH91U&asin=B0FHGRVHF9&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 80. RHH Power Tool Accessories



**Product Page**

https://www.amazon.com/23-66-2635-Cordless-23-66-0098-Circular-Replacement/dp/B0FBLSGW5Y/ref=sr_1_47?crid=1D19R8CD5UHOW&dib=eyJ2IjoiMSJ9.E1u3gQbruh14WvaQYSFjhA81agZQRTge4Xq8SwrbdRZDfRLGK3nYvJqOXZW8DYovfIclmK_5d1eDo-nNjDJQ3B22uKjjtWoqgUDFnCZPz3xsLt0TLEXpnH

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A41QHF9UHNK4U&asin=B0FBLSGW5Y&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 81. Richbranch





42-06-1006 1/4 Inch M12 Replacement Ratchet Head Anvil Service Kits For 2456-20 Cordless Ratchet

Brand: BUSSNISS

$22.99 ($11.50 / count)

**Coupon:** ☐ Apply 5% coupon  Shop items ›
| Terms

| Color | Black |
|---|---|
| Brand | BUS BUS |
| Head Style | Fixed Ratchet |
| Finish Type | Painted |
| Manufacturer | BUS BUS |





Registration Date: 09/10/2013
Trademark Registration:

M12

| Wordmark | M12 |
|---|---|
| Status | LIVE REGISTERED |
| Goods & services | IC 007 Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

| Ships from | Richbranch |
|---|---|
| Sold by | Richbranch |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

## About this item

- 【Repairs broken drive end】 The 42-06-1006 1/4inch M 12 Ratchet Head Anvil Service Kit is designed to repair the broken drive end of your 2456-20 cordless ratchet. This kit is the most current repair option, replacing the previous for SUYACAL 42-06-1005 kit.

- 【Replacement part】 Rest assured that this Service Kit is a gen uine replacement part, ensuring the highest quality and compatibility with your 2456-20 model.

- 【Easy installation】 With this kit, you can easily replace the damaged drive end of your ratchet. Simply follow the included instructions for a quick and hassle-free installation process.

- 【Reliable】 Made of tool steel, this Service Kit offers exceptional durability and reliability. It is designed to withstand heavy use and provide long-lasting performance.

- 【Complete package】 The package includes a 1/4" Service Kit, providing you with all the necessary components to repair your ratchet head. Restoring your ratchet to its full functionality has never been easier with this comprehensive kit.

Click to see full view

      

**Product Page**

https://www.amazon.com/BUSSNISS-Replacement-Ratchet-2456-20-Cordless/dp/B0FMK77BVS/ref=sr_1_35?crid=3BYVNQ1QS1SJY&dib=eyJ2IjoiMSJ9.uKb4ba2gACko-B4XfvS3kdvdCB4Ov0CSrHY6cJMH-WEqdzmFHU0ezuk_Va_BTxaE_FihQ_N4_QMZOe4wsgdQosP6i3ADZnwGgzG2XQHIRtIDMVjkvaY3kT-RReLv

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3BMES5EJG671Z&asin=B0FMK77BVS&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 82. RISELION Officia



**Product Page**
https://www.amazon.com/RISELION-Protective-49-16-2967-Compatible-Milwaukee/dp/B0F2HYNQWF/ref=sr_1_10

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3VB2LWM5QHFK4&asin=B0F2HYNQWF&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 83. rui mou guo ji



**Product Page**

https://www.amazon.com/Assembly-2602-20-22-22-1630-Compatible-Milwaukee/dp/B0C4Y2QWG6/ref=sr_1_16?crid=15ZAOXZVFXO1U&dib=eyJ2IjoiMSJ9.XVzw22XT9c1j3c_ONwJXGgcMSKplbAgoStLJh4Mz1JVpC0tCrTaMW4RsA0o_tdey9ehqnzaA7hLDLyCq9CVwMHb1QFM6Uj6pgrj7oupkM6zIh7Klle-azbhiG

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3G7AG13QHBEOF&asin=B0C4Y2QWG6&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 84. Run Qiu



**Product Page**

https://www.amazon.com/Cordless-Driver-Milwaukee-220Ft-lbs-Lightweight/dp/B0DYN9V5JJ/ref=sr_1_60_sspa?crid=25VJ3DN183CJB&dib=eyJ2IjoiMSJ9.BRQ4z5LF8knnfcHr8hUPj7IpJORmOkMt-0Glr7GQXGc4xPezJ-0oE9H2VBBgX88_PeslTilY51_CJKIywG-mrdSGQYwNB8_5Unl3BjrD8mMjTikdEweuG

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3K039WQC3FC55&asin=B0DYN9V5JJ&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 85. Runmiao



**Product Page**

https://www.amazon.com/TLLGHKF-Mi-Waukee-M18BPD-202C-M18-M18-BIW12/dp/B0DSW287DJ/ref=sr_1_60?crid=35TAUQSXVJJ53&dib=eyJ2IjoiMSJ9.i36HKvq3yyRL3tZOYZMSR1KHdBx2vyrKiuNMX_gB2U7RSAigd-0zO_JsuJjr6QtB_JBVReDtHiwByutaLU8lmOJaVa2bE68I36JGm7NzYIHeVg68rWKSdw0gGFIn1d

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A36EST1KKEJLHK&asin=B0DSW287DJ&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 86. Rushimall



1/4" M-12 Ratchet Head Anvil Service Kit, Replacement For 42-06-1006, Fits 2456-20 Cordless Ratchet, Tool Steel Repair Part For Industrial Use

Brand: Generic

$25⁵²

Up to 20% off if you qualify   Shop items ›

- Repairs broken drive end  The 42-06-1006 1/4inch M 12 Ratchet Head Anvil Service Kit is designed to repair the broken drive end of your 2456-20 cordless ratchet. This kit is the most current repair option, replacing the previous SU-YACAL kit.
- Genuine replacement part  Rest assured that this Anvil Service Kit is a genuine replacement part, ensuring the highest quality and compatibility with your 2456-20 model.
- Easy installation  With this kit, you can easily replace the damaged drive end of your ratchet. Simply follow the included instructions for a quick and hassle-free installation process.
- Durable and reliable  Made of tool steel, this Anvil Service Kit offers exceptional durability and reliability. It is designed to withstand heavy use and provide long-lasting performance.
- Complete package  The package includes a 1/4" Anvil Service Kit, providing you with all the necessary components to repair your ratchet head. Restoring your ratchet to its full functionality has never been easier with this comprehensive kit.

Report an issue with this product or seller



Registration Date:09/10/2013
Trademark Registration:

M12

Wordmark  M12
Status  LIVE  REGISTERED
Goods & services  IC 007  Power tools, namely, screwdrivers, [ hammers, ] rotary...
Class  007
Reg No  4400602
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Buy Now

Shipper / Seller  Rushimall
Returns  Returnable until Jan 31, 2026.
Payment  Secure transaction

Add to List



**Customers also viewed these products**                                    Page 1 of 6



| EVIMOTAL 42-06-1030 m12 Ratchet 3/8 Fuel Head Rebuild Kit for 2457-20,2457-21,42-06-1025 Impact Wrench... ★★★½☆ 111 | NEW 42-06-1030 3/8" M12 Ratchet Head Anvil Service Kit for Milwaukee 2457-20 ★★★★☆ 778 Amazon's Choice | Tslsh #42-06-1006 1/4" ANVIL SERVICE KIT OLD PT #42-06-1005 M12 Anvil Assembly #2456-20 Impact Wrenches Quali... ★★★★★ 5 | Tslsh #42-06-2556 1/4" ANVIL SERVICE KIT FOR THE FUEL RATCHET 2556-20 M12 J16A Cordless Ratchet Qualit... ★★★☆☆ 4 | KIMGU 42-06-1030 Anvil Replace for Milwaukee 2457-20,2457-21,42-06-1025 Impact Wrench Ratchet Kit 3/8 inch ★★★★☆ 11 | 42-06-2557 Replacement Parts For Milwaukee 3/8" 2557-20 2557-22 2560-20 M12 Fuel Ratchet Head Anvil Service Kit ★★★★☆ 20 | Huegeopen 42-06-1030 3/8" M12 Ratchet Head Anvil Service Kit for Milwaukee Ratchet 2457-20, 2457-21, 42-... ★★★☆☆ 36 |

## Product Page
https://www.amazon.com/Ratchet-Replacement-42-06-1006-Cordless-Industrial/dp/B0G3XDLPVV/ref=sr_1_183?crid=2EGIYIOHP4YJA&dib=eyJ2IjoiMSJ9.vQw1bCP6C8sfSklEK2pra60zaFImHtWpkqEaUPHmqZlfCjSQZEEpS-eFoEPJhCQUj_u_0UT9U5Jhqvoy_vPo20IT9DBwy8j-gQxFSr7SzZPPGDnILUjG5i

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A37WLAL0WLQYQG&asin=B0G3XDLPVV&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 87. Ryzljss



**Product Page**
https://www.amazon.com/Ryzljss-Protective-49-16-2967-49162967-
Compatible/dp/B0F18F64P9/ref=sr_1_18?crid=1IDKI85FH26HD&dib=eyJ2IjoiMSJ9.PQe8aocsxbrBr2VQXFvim6LLNJK2H1usYdo4MA-
HdDKrlyJ6fCet44oNwS1U42mClqhCGSC6e41HVqfwnOk-tmfZggSe7OUSP1kkvSm0_X5esZ1I4Vvw6a78

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=AY9X3VGIKXXOI&asin=B0F18F64P9&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 88. S.K PRODUCTION



## Product Page

https://www.amazon.com/Builder-Electrician-Welding-Stickers-
Skateboard/dp/B0DV3FMVWH/ref=sr_1_11?crid=33ACR4MBZM0MZ&dib=eyJ2IjoiMSJ9.3hQCrDYm-
GObrEE6nihsSGjx3AM9Q7gir0Knx4tF_szWiyfBj8bNZyv3TsNDtxQmxWEngiQpiu5ATOLDzEMoq4f-PRfArIdZZSpNms7RHPi5gXXc-O7Q0gCXP2

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35X3WAQUJC4MS&asin=B0DV3FMVWH&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

Pakistan

## Payment Method

Amazon

## Claim Type

Trademark

# 89. Safebattle



2Packs 4.0Ah 12V M12 Lithium Ion Battery for 12 Volt Max Replacement Battery Compatible with Milwaukee M12 48-11-2420 48-11-2411 48-11-2401 48-11-2402 48-11-2401 Cordless Power Tools

Brand: orstaimer

3.8 ★★★★☆ ∨    65 ratings  |  Search this page

300+ bought in past month

$27⁹⁹ ($14.00 / Count)

Get Fast, Free Shipping with Amazon Prime

FREE Returns ∨

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Number of Batteries | 2 Lithium Ion batteries required. (included) |
| Brand | orstaimer |
| Battery Cell Composition | NiMH |
| Compatible Phone Models | 48-11-2402, 48-11-2412, 48-11-2440, C12 B, C12, BX, M12, XC, 2340, 2341 2342, 2343, 2344, 2345, 2455-20, 2455-22, 2456-20, 2456-21, 2457-20, 2457-21, 2458-20, 2458-21, 2470-20, 2470-21, 2401-20, 2401-22, 2402-... |

See more ∨

| | |
|---|---|
| Recommended Uses For Product | Power Tool |

### About this item

- 【Compatible Models】M12 Battery Compatible with Milwaukee 12-Volt tools and charger, including 48-11-2420 48-11-2411 48-11-2401 48-11-2402 48-11-2401
- 【Battery Specification】Milwaukee 12v Lithium-ion Battery | 12 Volts |Capacity: 4000mAh each, for Milwaukee 12-Volt Tools,please noticed:  this is replacement battery ,not original battery
- 【Easy to Install and Remove】The battery is based on the original size and the function is the same as the original battery. No memory effects, can be charged or discharged as needed without loss of capacity. Offers long-lasting performance and durability.
- 【No memory effect】 Charging any time will have no effect on the battery.And built-in integrated microchip prevents overcharging and self-discharge. Highest quality standards,integrated microchip prevents overcharging and lengthens battery life.
- 【Intelligent Safety】The black and decker 20v Lithium-ion Battery is CE, FCC, RoHS certified, built-in over-charge, over-discharge, over-voltage, over-current, and over-heating protection, safety for the batteries and your tools.

▣ Report an issue with this product or seller

Add Prime to get Fast, Free delivery  prime

| Delivery | Pickup |
|---|---|

Registration Date:09/24/2013

Trademark Registration:

## M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: Batteries; battery chargers; radios; electronic test and... |
| Class | 009 |
| Reg No | 4407484 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION: DELAWARE, USA) |

Ships from  Amazon
Sold by  Safebattle
Returns  30-day refund/replacement
Payment  Secure transaction

☐ Add a gift receipt for easy returns

Add to List

### Other sellers on Amazon

New & Used (2) from $27²⁹
FREE Shipping on orders over $35.00 shipped by Amazon.  ❯

## Product Page
https://www.amazon.com/orstaimer-Replacement-Compatible-48-11-2420-48-11-2411/dp/B0D66QBKFQ/ref=sr_1_45?crid=3RWS29P3FOOIJ&dib=eyJ2IjoiMSJ9.e9qzGOP6Ln3Y-9ZVNPa-Lsl9161AWIYeMuGNTUWI1PfwGlmC96Clyh4uV72jDxc2BpxrImB_7JByFMLfQpXSR3OqbaGoxbxac-kzEKANkFFNOCVHNzm

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32SS4V129Y79E&asin=B0D66QBKFQ&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 90. SAIKIM Direct



## Product Page
https://www.amazon.com/Cordless-Milwaukee-Brushless-Electric-Included/dp/B0F4KSRPT9/ref=sr_1_258?crid=2OH6L9JT2DIQN&dib=eyJ2IjoiMSJ9.2EGXS1fif951jzd4RMlorsY5afbpG_CsmGi2ht9CWvHHbYDzD17hEMQ6mWUBqZgmjA8ebrBKY1t1pZYumnsXgP3tjzveltBtvAH5GwoCz4KxxnA21MbENctezE

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2I6RQ3YI7ZXMH&asin=B0F4KSRPT9&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 91. Saint Precision Technology



**Product Page**

https://www.amazon.com/Generic-Suitable-Milwaukee-48-44-0410-Cutter/dp/B0D1XYK6QK/ref=sr_1_32

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2WK8K0L06WXF2&asin=B0D1XYK6QK&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 92. Sam&shop



**Product Page**

https://www.amazon.com/48-44-0405-Replacement-Milwakee-2470-20-2470-21/dp/B0C94XMZSH/ref=sr_1_47?crid=5BXXSDDGVX1G&dib=eyJ2IjoiMSJ9.TW8TooPcRbPazlj1f6c2IjbXl5f4op39VDgYTdrltsmtRzj4xE4ESGltk_QzZL9HelH-ZCYmcyUaGXVO7lJZh5itsKIqRTS7w01RjfB8un8ej8NJbgkrfgjviSM

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A29IULZO4S7CUJ&asin=B0C94XMZSH&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 93. SANFAY-US



**Product Page**
https://www.amazon.com/SANFAY-Mid-Torque-Protective-49-16-2960-2962-20/dp/B0DHP9CTHV/ref=sr_1_40?crid=1IDKI85FH26HD&dib=eyJ2IjoiMSJ9.PQe8aocsxbrBr2VQXFvim6LLNJK2H1usYdo4MA-HdDKrlyJ6fCet44oNwS1U42mClqhCGSC6e41HVqfwnOk-tmfZggSe7OUSP1kkvSm0_X5esZ1l4Vvw6a78Zs

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AED0BVNDRDOAN&asin=B0DHP9CTHV&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 94. Savory Sails Bistro



**Product Page**

https://www.amazon.com/49-16-2563-Protective-milwaukee-2562-20-2563P-20/dp/B0FCD5C4X1/ref=sr_1_57

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A134U3NWSHAY4S&asin=B0FCD5C4X1&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 95. seaworldw





**Product Page**
https://www.amazon.com/49-16-2563-Protective-Milwaukee-Wrenches-2563P-20/dp/B0F8QWVVL5/ref=sr_1_133

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3M5MYIQ65XPGL&asin=B0F8QWVVL5&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 96. SEEKLF



**Product Page**
https://www.amazon.com/Seeklf-49-16-2864-Protective-Compatible-2862-22R/dp/B0DYF1432B/ref=sr_1_12

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ALS050N09PGY4&asin=B0DYF1432B&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 97. Sengying



**Product Page**
https://www.amazon.com/dp/B0FPCQDGQB?ref=cm_sw_r_apan_dp_0DH1P21CEHGMSWVPB433&ref_=cm_sw_r_apan_dp_0DH1P21CEHGMSWVPB433&social_share=cm_sw_r_apan_dp_0DH1P21CEHGMSWVPB433&smid=A3P7JG0D378T9V

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3P7JG0D378T9V&asin=B0FPCQDGQB&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 98. SF Small Treasury



**Product Page**

https://www.amazon.com/Replacement-Milwaukee-Power-Source-49-24-2371/dp/B0CMK3KQ3B/ref=sr_1_7?keywords=milwaukee&m=A2XC3TVAFXL1LQ&qid=1699936339&s=merchant-items&sr=1-7&ufe=app_do%3Aamzn1.fos.006c50ae-5d4c-4777-9bc0-4513d670b6bc

**Seller Page**

https://www.amazon.com/sp?ie=UTF8&seller=A2XC3TVAFXL1LQ&asin=B0CMK3KQ3B&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 99. shanghaiqianzhengkejiyouxiangongsi



**Product Page**

https://www.amazon.com/Compatible-Milwaukee-Silicone-Battery-Starting/dp/B0FKBQDYFH/ref=sr_1_3?crid=1S34CJE6LDH5F&dib=eyJ2IjoiMSJ9.iM1Uj1oC9SoojYwUCZh9m0PpHO43FrEot3Jz8FTpJdwYJx3lz-olVsqs1eLMOAwRWo407jJHUXmlasU_eHM1SiFeFVWj3x7nayspZs4ORB8p8rKXqklhFEuuAhmu

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3FMXB3ZH7R3Q&asin=B0FKBQDYFH&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 100. ShanYiLZW



## Product Page
https://www.amazon.com/SDAZGVRK-Flashlights-Spotlight-Low-Voltage-Protection/dp/B0FS1WG35S/ref=sr_1_5?dib=eyJ2IjoiMSJ9.0FzKuvqwOkjqug7gGjiJz5-lfTaRWo1oTSN2IoO_zRfFlYGqgOjfb_hwV55mdjNIiyZwk_xIzAyAN8-au5v9d8svfU6vroJNCBlac09MERMipjzqh-Ry0JIChRdZ0Yf7fwRkLCbz

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ANF2BRN772SSS&asin=B0FS1WG35S&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 101. shao46xin



## Product Page

https://www.amazon.com/Wuden-Portable-Battery-48-59-1201-Adapter-Red/dp/B0F8NGZJZD/ref=sr_1_6?crid=JXD8N9JI6VIJ&dib=eyJ2IjoiMSJ9.hVh5e8mgKfFh0i3a0v7n3r4lHuPZKxU2226jUmMcxtOwkkenWFJRgKgAKdMN9kfkaOBWccDB1oYX1wBaOytNLvfD8ZFrXNWY4Ocw1sBxLzzelHGgMeSfeg6gmoxGes

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A144OWCQ957H5C&asin=B0F8NGZJZD&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 102. Sheinshin



## Product Page
https://www.amazon.com/BLOLACDZ-42-70-2653-Milwaukee-Compatible-2604-22CT/dp/B0CNYBBBC8/ref=sr_1_62?crid=33FEL8NCAMWZD&dib=eyJ2IjoiMSJ9.vyY1nJzDg5aw0gtgLLqgwmsb-rmPjEpLjxgn1kU3KVXN3zvTjMjzVp-qF-tN_6m0hBU8hu0V3ezkSYvW9Ws3dY9XJ0nT7ipE9SfY3unFLs8539KNuT7Q02-

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2WCUR00QPBAPY&asin=B0CNYBBBC8&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 103. SHENGhong



## Product Page

https://www.amazon.com/Electric-Service-42-06-1006-Ratchet-2456-20/dp/B0DZ1MJBV9/ref=sr_1_119?crid=2EGIYlOHP4YJA&dib=eyJ2IjoiMSJ9.HPMeckh9XLAyq3iSuaNLM1Dgs-bJ7uQxhiRWiRBCMTz3uc6FTkLx5dpDGDKqONo3RJSlY0uuLRXvYkFPC1kaiO1RWGPuMPwXub4ciY6iSKSMUgW4iJrd1rckQiaws

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2T0SQ349E3X5A&asin=B0DZ1MJBV9&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 104. shenzhenshidujiaoniaokejiyouxiangongsi



**Product Page**

https://www.amazon.com/42-06-1030-Ratchet-Service-Compatible-Milwaukee/dp/B0DCS38K3G/ref=sr_1_5?crid=2BTOE9EG9A7SH&dib=eyJ2IjoiMSJ9.LOuRxRbm36eXWw-fPfHS8uZ_QO_JEJaNvURx4MbbJOmrLTcIuQTNZ7aQakWvhgektcVO6JlIii2C6Fpj2NnhM0ysrpSFhg44QhRJTWy1B6l1W5SfM8WkIwM0SBO

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMG8Q9RYIBIC1&asin=B0DCS38K3G&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 105. Shopping



**Product Page**

https://www.amazon.com/Battery-Replacement-Cordless-Lithium-Ion-Batteries/dp/B0FQTSP3GW/ref=sr_1_4?dib=eyJ2IjoiMSJ9.-vo77yxgj01-O5q_AEIq-rde5bsAme-eoG6rcfSD0Yq29nLAPBcCQJiyhZJpr39Z7ZQG_j1RdTM5Sc51qtAvMcvxgJtC4dxQ1qOSYKfRbZUcfvvUKqwIJyVXMvubtWACHeZRWpiBdlu

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AAKEVDYAM6O0K&asin=B0FQTSP3GW&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 106. sign











**Product Page**
https://www.amazon.com/Accessories-Organizer-Milwaukee-48-22-8435-Packout/dp/B0D6JRB99S/ref=sxin_17_pa_sp_search_thematic_sspa?content-id=amzn1.sym.5a2f80d8-3686-499a-bbaa-70664bd0de70%3Aamzn1.sym.5a2f80d8-3686-499a-bbaa-70664bd0de70&crid=1QDI2KGDCVFHD&cv

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AL1ZHWLYXKF9I&asin=B0D6JRB99S&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 107. Silas_Ste



**Product Page**

https://www.amazon.com/Quik-LOK-Trimmer-Attachment-Milwaukee-49-16-2796/dp/B0F7RV3XLM/ref=sr_1_39?crid=194IQH299GDF8&dib=eyJ2IjoiMSJ9.phOqikVNfiMs3Qmj8FBWb-cuZ5g-IlKEpqfc60S77vO3pgr5DmbCl1KXM4KRUqgCM1Xz-9VkL4E0VHInH6MJUR_NNGgUW3-PZphDaXEsjnj3Jc2Vs4ESUgAWD

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1HK4M7GB8GTMS&asin=B0F7RV3XLM&ref_=dp_merchant_link

**Seller Origin**

Vietnam

**Payment Method**

Amazon

**Claim Type**

Trademark

# 108. SIM888



## Product Page
https://www.amazon.com/performance-m18-automotive-maintenance-heavy-duty/dp/b0g1y3yxyd/ref=sr_1_48?smid=A2CYJHQBIQ2BLV

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2CYJHQBIQ2BLV&asin=B0G1Y3YXYD&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 109. SLMY12



## Product Page

https://www.amazon.com/Milwaukee-48-11-1815-48-11-1828-48-11-1850-48-11-1860%EF%BC%885/dp/B0FFLR4ZRW/ref=sr_1_31?crid=2NFJ6BJ64959H&dib=eyJ2IjoiMSJ9.wbUKqRZQekrUDF-4u9d6HDe8SgvK3ona666rlnM9sxtvoWhZOfCiEwgmNOM3vQGQjaCU1uv3b77gDTVRoT6vhJsPyuqek_IelfAoTyv__H

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A34QS9S2GZUUUR&asin=B0FFLR4ZRW&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 110. ST Yimengjia Trading Co., Ltd



Cordless Drill Compatible with 2903-20 M18 *FUEL* 18V 1/2"" Cordless Li-Ion Drill/Driver (Bare Tool), Red/Black

Brand: WALkfb

$364⁹⁷

Get $80 off instantly: Pay $284.97 upon approval for the Amazon Store Card.

| Brand | WALkfb |
|---|---|
| Power Source | Battery Powered |
| Maximum Rotational Speed | 2100 RPM |
| Voltage | 18 Volts |
| Amperage | 5 Amps |

### About this item
- Fits M18 *FUEL* 18V 1/2" Cordless Li-Ion Drill/Driver (2903-20).
- The M18 *FUEL* Drill Driver is the industry's

Registration Date:08/05/2014
Trademark Registration:



| Wordmark | M18 |
|---|---|
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools namely, hammers, rotary hammers, hammer drills,... |
| Class | 007 |
| Reg No | 4580441 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

| Ships from | ST Yimengjia Trading Co., Ltd |
|---|---|
| Sold by | ST Yimengjia Trading Co., Ltd |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $48.99
- ☐ 4-Year Protection Plan for $63.99

**Product Page**

https://www.amazon.com/Cordless-Compatible-2903-20-Li-Ion-Driver/dp/B0DYV59L4M/ref=sr_1_3?dib=eyJ2IjoiMSJ9.dBbXwucd5wkiQtBU8aP8aGpnqWJQzMWv7MmQYaQ3am2gX2o7apJecGx0-8PpBYCBg71-4f3AKItoJJcTYR4H2f5zqLxCulM513JgG5dhCkqjq3Cv7O1gOkI-56zMwy_SoAQSd_PeT7mkSOjh6xXD

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A15J65IPMRN6HX&asin=B0DYV59L4M&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 111. Still2



**Product Page**
https://www.amazon.com/BZTT-Replacement-Milwaukee-Shoulder-49-16-2722/dp/B0D7BN449B/ref=sr_1_203?crid=1GDWULLWV77XQ&dib=eyJ2IjoiMSJ9.IuvrhkcpD9wrHVoGUq-vZL1YizoXb0iUIitsVWBqT-fFU_LKRn5VpV4i-9C6GD-IW32f33IQ2w6DmGWesGNVB_U2SxjC_3BOklqN0t8jTFit-PrCQYXJh6Arjg

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2IDP8P60PM5EH&asin=B0D7BN449B&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 112. sugaoshangmao



## Product Page

https://www.amazon.com/Ratchet-Rebuild-Milwaukee-2457-20-42-06-1030/dp/B0G5WMHZ6L/ref=sr_1_72?crid=385IYR8AAE19L&dib=eyJ2IjoiMSJ9.YE_JbOU0kC9TTmMzmEhg1BL7xS9EHhlEwElMrHJMOrQ8Aj_qO4T0nKIFfLkIu0RdAha-UwkRMROigArQi2MjOfQ1yOhN2KZFgkhqYP4oc0E41o6QS2W8FvrZXmwbu

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2DIAC4KDZUP6N&asin=B0G5WMHZ6L&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 113. Suifaqi



**Product Page**

https://www.amazon.com/Suifaqi-42-06-1030-Ratchet-Service-Mil-waukee/dp/B0FYNXS7PS/ref=sr_1_44?crid=1KE5DAHOKUXO4&dib=eyJ2IjoiMSJ9.JYEl8eDYIiDzaoRfGaY66CY-RTc7O_BnT-_-8bGhGqufyMzUCPTbV9wAoNMYSPQ4okFq_zlECiHK2UzsuE7roNa1fr_ma6WslC6_M_59tFqFjaJEuSRysuTgHghZ

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1WHKBB7HUIDYA&asin=B0FYNXS7PS&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 114. SURPOUF Parts Store



**Product Page**

https://www.amazon.com/SURPOUF-48-44-0405-Compatible-Milwaukee-2470-20/dp/B0BCV87P56/ref=sr_1_12?crid=3BKOS761BNNBT&dib=eyJ2IjoiMSJ9.wZIefwEkz0aOG2AkmbRSNaRcG2XlA1vCgYtOR8vusI9sdcM-xp2gWxZh4bNicOhH3OgtSwqTW1atxmKMKvb2qqsF0T_OMILm8w3nUAECX2x4K9k7nGcbilq2Gi

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1L160F9AOHSM&asin=B0BCV87P56&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 115. suzhoujufengyandianzishangwuyouxiangongsi



**Product Page**

https://www.amazon.com/Protective-49-16-2767-Milwaukee-2767-20-
Version/dp/B0CC8RSB4M/ref=sr_1_63?crid=1IDKI85FH26HD&dib=eyJ2IjoiMSJ9.Smcja86XdNMU5PFaM6_HLOkdUv9KcP5jb6FHpGlpAEe3_FOA
2s4xGcMRwYXLnYt6kQbjGgKK9GWdjysdVs1TsYzlP0PmrLoFDfhoCfs1RvgHIWAmu2ktu77bFY

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2UEJKIP0PM7YP&asin=B0CC8RSB4M&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 116. SVDpirit Sports Store











     

**Product Page**
https://www.amazon.com/Milwaukee-Repair-Service-station-Garage/dp/B0FJ825RNN/ref=sr_1_6

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A36MR80V1J9E1P&asin=B0FJ825RNN&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 117. SZSXYSWFZYXGS







49-06-2566 Tall Shift Knob Assembly *M12* Fuel 1/4 in. High Replacement Part for Milwaukee Tool

Brand: HDACBRUP

$81⁹⁹

Get a $60 Gift Card: Pay $21.99 $81.99 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Brand | HDACBRUP |
| Color | Black |
| Product Dimensions | 1"L x 1"W |
| Handle Type | Knob |
| Included Components | Tall Shift Knob Assembly M12 Fuel 1/4 In. High |

**About this item**

- 49-06-2566 Tall Shift Knob Assembly M12 Fuel 1/4 In. High Replacement Part for Milwaukee Tool
- Versatile Compatibility – Ideal for air

Registration Date:09/10/2013
Trademark Registration:

M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | SZSXYSWFZYXGS |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

**Product Page**

https://www.amazon.com/HDACBRUP-49-06-2566-Assembly-Replacement-Milwaukee/dp/B0G39LWLZ7/ref=sr_1_2?dib=eyJ2IjoiMSJ9.L6NfbWkyOpcUdx6CmS57SgT_oNCvdCrNqo-dD49-wv8.kR_C22__3OOQBdCVTsZOp8m5GwTMCN-yjMyqSfEPCos&dib_tag=se&keywords=m12&m=A37MEYSVX6Q18Q&nsdOptOutP

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A37MEYSVX6Q18Q&asin=B0G39LWLZ7&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 118. T-SUN Team







**Product Page**

https://www.amazon.com/T-SUN-Cordless-Milwaukee-Charging-Emergency/dp/B0FD21TQ1S/ref=sr_1_3?crid=2OW9ZF4QZKVTM&dib=eyJ2IjoiMSJ9.qd7XqwtaAbShhplj8JtsNeD94JqL75W1TxSYo2bFbhCCGfZojqM9U_eoseduxDgT9MAMxucmu0CTumqmvdhZHfdJggTJZmmh4F4aMfOEQJt2zL1WTOm1VNUpXrDJ9xD

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L2T384R8LKPY&asin=B0FD21TQ1S&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 119. taijun--mall



**Product Page**
https://www.amazon.com/M12-M18-Maiden-Carton-charging/dp/B0BNGF11LM/ref=sr_1_29?crid=3ENY38RZW3E7H&dib=eyJ2IjoiMSJ9.9ZHFeAs-Q2-_qt2OlPX7i4RyaaMKikPrNGL3PJRrz796wbZbAVz9SJ9ewAdxw5RsbJIBKZbBh4Es8oHYRqzKL5AIy4kKGIfyESlGBguELco.AZHsTTQt0L1J1PzF947YI83TsBvfUFe

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2OHWT0971RKLJ&asin=B0BNGF11LM&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 120. taixuanmaoyi



**Product Page**
https://www.amazon.com/TVHQZVIA-Rechargeable-Batteries%EF%BC%8CCompatible-Milwaukee%EF%BC%8C18V-Replacement/dp/B0F8VWXM9F/ref=sr_1_145?crid=D72BNKSQXARQ&dib=eyJ2IjoiMSJ9.3b3tvN0pzoQ3A6FMn4yNCLfdCePeprozB5F-YLEsRbadfQaMX_9lzyklw86qfAk4B3-r7XV7qp8VWQLXL1Vj8

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1J6YPM6BE0UZR&asin=B0F8VWXM9F&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 121. tangningzhubao



## Product Page

https://www.amazon.com/49-16-2563-Protective-milwaukee-2562-20-2563P-20/dp/B0FCD5C4X1/ref=sr_1_121

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A9NL4TIL0L1Y8&asin=B0FCD5C4X1&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 122. Tanks



**Product Page**
https://www.amazon.com/Litanki-Replacement-Compatible-48-11-2410-48-11-2420/dp/B0FGHQFTWQ/ref=sr_1_21

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A4HGPZUPQKIMD&asin=B0FGHQFTWQ&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 123. Terixe



**Product Page**

https://www.amazon.com/Terixe-Drill-Driver-Organizer-Precision-Cut/dp/B0DSPGXS3T/ref=sr_1_3?crid=3E4IFK5C31GIF&dib=eyJ2IjoiMSJ9.8iFtGIQLzxuth7__ZPK3zY3WqIbdmggpU1MFYQexKGv1M7OuRYbT6xqquGdWZyRj7HIOPr1Jc68TRXw7rrRECUa79EXc0CLJ7O_gauw4mSjIV3uqajly1_8PIRpP0kS

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2B5KFEI1C2WUR&asin=B0DSPGXS3T&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 124. Thanh July shop



**Product Page**

https://www.amazon.com/REDLINK-Battery-Charger-Milwaukee-48-59-
1204/dp/B0FTV4QLY6/ref=sr_1_3?crid=1DK69V48Y7IY8&dib=eyJ2IjoiMSJ9.8ox9oclQTx6z_aGZLjXmC_-
OOtR_LO4Q30jvRBWvoaEopDKO3f2FYhPT85_qhptC2r1Ok8HCxkxDXEWcOpZ9ne4h1ERt8TWNqYXkvEJpJpE.XiOuyoAwgf3nUMSUWm

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=ALEJKV76F0GX5&asin=B0FTV4QLY6&ref_=dp_merchant_link

**Seller Origin**

Vietnam

**Payment Method**

Amazon

**Claim Type**

Trademark

# 125. THI VAN SHOP SALE



## Product Page

https://www.amazon.com/REDLINK-Battery-Charger-Milwaukee-48-59-1204/dp/B0FS1SNLMM/ref=sr_1_2?crid=1DK69V48Y7IY8&dib=eyJ2IjoiMSJ9.8ox9oclQTx6z_aGZLjXmC_-OOtR_LO4Q30jvRBWvoaEopDKO3f2FYhPT85_qhptC2r1Ok8HCxkxDXEWcOpZ9ne4h1ERt8TWNqYXkvEJpJpE.XiOuyoAwgf3nUMSUWm

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14TKSDKEZMUUA&asin=B0FS1SNLMM&ref_=dp_merchant_link

## Seller Origin
Vietnam

## Payment Method
Amazon

## Claim Type
Trademark

# 126. Tianhengyue



**Product Page**

https://www.amazon.com/31-44-7007-Assembly-Replacement-Milwau-kee-Impact-Wrench/dp/B0FNMK4768/ref=sr_1_11?smid=A3CV4JSJX013SR

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3CV4JSJX013SR&asin=B0FNMK4768&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 127. TNJPSEK Direct

M



**Product Page**

https://www.amazon.com/TNJPSEK-Protective-Rubber-Boot-Holders/dp/B0FMYYHH9B/ref=sr_1_10?crid=2A4N0QWYZUVBZ&dib=eyJ2IjoiMSJ9.oIJmnv4Sv4yvjaa2dmnd5WdHd8lLd_looBlNlyVXSUvcFYDW3cfPXjUmoO5-dAydrZVYF1Dqrc3rSD-P8E3i2HfmdU7H2-6JHABFZvlYiKrpu_tg_ZzDg3Ki0jQ1jbctO-k

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMTRPC4O50Y12&asin=B0FMYYHH9B&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 128. TO THUY LINH SNSJS





**Product Page**

https://www.amazon.com/Service-42-06-1006-Ratchet-Milwaukee-2456-20/dp/B0FQ3QXV65/ref=sr_1_105?crid=1O495FMFZSWM7&dib=eyJ2IjoiMSJ9.6RWxPl8DqdmsLWrZ7VD6ajnFyuLMDc51J_Uh3qpEtqxNg8xz5_GYOgpRX6HcHG3bIVUn9rHEPCX0pcUwF_aOHarNH5Iuc7mfUqzjjNuWmgGoR8bJGW_biGDAO7-j

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A21TQISYXTADNE&asin=B0FQ3QXV65&ref_=dp_merchant_link

**Seller Origin**

Vietnam

**Payment Method**

Amazon

**Claim Type**

Trademark

# 129. TO TUNG SHOP



## Product Page

https://www.amazon.com/2760-20-Milwaukee-Surge-Impact-Driver/dp/B0G19PD57Z/ref=sr_1_2?crid=3QGAFNCKCL9LD&dib=eyJ2IjoiMSJ9.H4gPdsqL3Hu9B4rTYAgzDaigMt9Fh4_LYoXCJscvRKXXRYOtI3eYkRje8BVtVHDkA_yeSzBZPEZqwztu5QyRt8wKNTSEdTezlapIV4NjaCPduS2oBzQWmCPSsMlFxxDhPGphd

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2C41PKWA8NVL&asin=B0G19PD57Z&ref_=dp_merchant_link

## Seller Origin

Vietnam

## Payment Method

Amazon

## Claim Type

Trademark

# 130. TolxhTT



| | |
|---|---|
| **Product Page** | |

https://www.amazon.com/Tolxh-42-06-2557-2557-20-Replacement-Milwaukee/dp/B0C9TFNP7V/ref=sr_1_57?crid=KCR5QQXQ47C0&dib=eyJ2IjoiMSJ9.FWwCCWsE8Ci1C4hpc72uAB64v0IaUAvGuDOaoLc3NmD5axyoQffu-FBRhhqtnppJJxR9Rmt9HsYG756OQ7KN7LaaelloWuYMP8-5cABXBlEUDs6hyQoIwIU1_g5C

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AZXTZFBWP8XFA&asin=B0C9TFNP7V&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 131. Tool & Parts Store






**Product Page**
https://www.amazon.com/Cordless-Li-Ion-Variable-Speed-Blower/dp/B0FXRZZP9X/ref=sr_1_4?smid=A30RR0R3YQLOAF

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A30RR0R3YQLOAF&asin=B0FXRZZP9X&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 132. Tool Mall



Fit For Milwaukee 2909-21 M18 FUEL 18V Cordless Li-Ion Coil Roofing Nailer Kit,Nailers & Staplers
Brand: JEvLon

$879⁰⁰

Or $51.91 /mo (24 mo). Select from 1 plan

Pay $73.25/month for 12 months (plus S&H, tax) instead of $879.00 now, when you choose 0% interest financing with equal monthly payments upon approval for an Amazon Store Card.

| | |
|---|---|
| Brand | JEvLon |
| Power Source | Battery Powered |
| Voltage | 18 |
| Included Components | Drill Attachment |
| Product Dimensions | 13.7"L x 5"W x 13.4"H |



🔵 Ask Rufus

Can it be used with different battery brands?

Does it leave visible nail holes after use?

Is it compatible with vinyl siding attachments?     Ask something else

**About this item**

- What's in The Box (1) M18 FUEL Coil Roofing Nailer (1) Vynil Siding Tip (1) M18 High Output CP3.0 Battery (1) M18/M12 Multi Voltage Charger (1) Contracter Bag Owner's Manual
- When paired with the M18CP3.0 battery pack, this nailer sinks up to 1100 nails per charge, providing best-in-class runtime to maximize productivity.
- The cordless roofing nailer features a pivoting belt/scaffolding hook, tool-free depth of drive adjustment, dry fire lockout, and replaceable rubber wear pads.
- The M18 FUEL Coil Roofing Nailer joins the M18 System of over 250 solutions and is compatible with all M18 batteries.

› See more product details

Click image to open expanded view



Registration Date: Aug. 05, 2014
Trademark Registration:

M18

Wordmark  M18
Status  LIVE  REGISTERED
Goods & services  IC 007. Power tools namely, hammers, rotary hammers, hammer drills ...
Class  007
Reg No  4500447
Owners  Milwaukee Electric Tool Corporation (CORPORATION, DELAWARE, USA)

Ships from  Tool Mall
Sold by  Tool Mall
Returns  Returnable until Jan 31, 2025
Payment  Secure transaction
✓ See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $89.99
- ☐ 4-Year Protection Plan for $119.99
- ☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List



---

**Product Page**
https://www.amazon.com/gp/product/B0DN9NF548/ref=sw_img_1?smid=A1EFDHBW1P2DP4&psc=1

**Seller Page**
https://www.amazon.com/sp?ie=UTF8&seller=A1EFDHBW1P2DP4&asin=B0CH8C54X5&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 133. tool parts storeA0

Tools & Home Improvement › Power & Hand Tools › Power Tools › Combo Kits



**Hammer Drill/Driver , Reciprocating Saw , Hex Impact Driver Compatible with *Milwaukee* 2695-24 M18 18V Cordless Power Lithium-Ion 4-Tool Combo Kit**

Brand: Zumioonbz

$776⁹⁵

Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.

| Brand | Zumioonbz |
|---|---|
| Included Components | 1 |
| UPC | 674198890363 |


Click to see full view

       2+

### About this item

- What's in The Box M18 18-Volt 1/2-Inch Hammer Drill/Driver - 2607-20 M18 18-Volt HACK ZALL Reciprocating Saw - 2625-20 M18 18-Volt 1/4-Inch Hex Impact Driver -2656-20 M18 18-Volt LED Work Light - 2735-20 (2) M18 18-Volt X C Extended Capacity Battery - 48-11-



Registration Date:06/30/2020
Trademark Registration:

Wordmark  MILWAUKEE
Status  LIVE  REGISTERED
Goods & services  IC 007: Power tools, namely, vacuum cleaners, wet/dry vacuums and...
Class  007
Reg No  6089845
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Ships from  tool parts storeA0
Sold by  tool parts storeA0
Returns  30-day refund/replacement
Payment  Secure transaction

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $78.99
- ☐ 4-Year Protection Plan for $104.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Product Page**
https://www.amazon.com/Driver%EF%BC%8CReciprocating-Compatible-Milwaukee-2695-24-Lithium-Ion/dp/B0F8NZ75NV/ref=sr_1_83?dib=eyJ2IjoiMSJ9.PuUl-Mw1wcmFqDWRXmdLhWj0Khqm-8iyCF_A0nJJS2SUiUard1UFWf8eWzz2iKxcbQNnn-HRw527uBwrcCG76VAvL1IHK1DwWaMIg_L4-gwQMMLpoq8So9v

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ARGSGCWKSQY5I&asin=B0F8NZ75NV&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 134. Topteng



**Product Page**

https://www.amazon.com/Topteng-Milwaukee-42-06-1030-cordless-ratchet/dp/B0FSCHGPP2/ref=sr_1_2?dib=eyJ2IjoiMSJ9.g6zbXNbaE7kA5LRtIXq6u681nyyQn3A3f28FessZGj0m4rv6v1qAytij_1cSk-sR.IpksdfLiSAPETaoGMmI0lxSIwehMcd0iju-9kvD7Lls&dib_tag=se&keywords=m12&m=A1TS0L31W

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1TS0L31WJVRF4&asin=B0FSCHGPP2&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 135. TRIFUNESS-US



**Product Page**
https://www.amazon.com/Ratchet-Rebuild-42-06-1030-Milwaukee-2457-20/dp/B0G11LJ4J3/ref=sr_1_51?crid=1KE5DAHOKUXO4&dib=eyJ2IjoiMSJ9.8BYhhd5ojb1CgRjnniMfSLBrzQCJ00CYSspTccMYw_Sxw0psXTwK3gBs3PA2FsShsneQ5ZCYhESG8XUUrHWpltGfWLCax7IB3vvcK2wYajQU4nJ5f3kZfFrBPXH7B

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AC0GQ59UIUFZD&asin=B0G11LJ4J3&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 136. Truworthymore





Handle Housing Assembly for Milwau-kee 2854-20 3/8 Inch and 2855-20 1/2 Inch Compact Impact-Wrench, Plastic Replacement Shell Compatible with Part Number 31-44-2854, Precision Fit Repair Accessory

Visit the JurwheeR Store

$20⁹⁹

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Color | As Picture Show |
| --- | --- |
| Brand | JurwheeR |
| Material | Plastic |
| Item Weight | 190 Grams |
| Item Package Quantity | 1 |

**About this item**

- Precision Fit Compatibility: Designed for seamless integration with 2854-20 3/8 Inch and 2855-20 1/2 Inch for Impact-Wrench, this handle housing assembly matches the original specifications, making it a reliable choice for tool maintenance or repair.
- Construction: Crafted from robust red and black plastic, the housing resists daily wear and impact-stress, offering a long lasting solution that supports consistent performance in demanding workshop conditions.
- Accurate Size & Form: Built to match the exact dimensions required for 31-44-2854 handle housing specifications, allowing a straightforward replacement that restores your power-tool's grip and balance without modification.
- User-Friendly Replacement: Lightweight yet sturdy build allows quick installation with minimal tools, reducing downtime so you can return to work efficiently while protecting tool ergonomics and safety.
- Enhanced Tool Lifespan: By replacing worn or damaged housing with this precise component, you support optimal torque control and prolong the service life of your compatible impact-wrench, forestalling potential operational issues.

 Report an issue with this product or seller

Ships from  Truworthymore
Sold by  Truworthymore
Returns  Returnable until Jan 31, 2026
Payment  Secure transaction

**Product Page**

https://www.amazon.com/Milwau-kee-Impact-Wrench-Replacement-Compatible-31-44-2854/dp/B0FQJ662DP/ref=sr_1_2?crid=3W45XUNKU1EKX&dib=eyJ2IjoiMSJ9.c_AmDuRAIf_0cha7xOJu4V2Jb5HrsfyroL-zfMG5WXjDdZmuLv4t3fm5Y6iQ1vQAY5EYRKL7Q8hC0wGikeavSbAsqlNsnYzSvn7r5R0fzgCYlYWa

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A13QKOIJEAYU5C&asin=B0FQJ662DP&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 137. TTocenb



## Product Page

https://www.amazon.com/TTocenb-42-06-2557-Compatible-Replacement-Milwaukee/dp/B0DFLT473T/ref=sr_1_3?crid=2BTOE9EG9A7SH&dib=eyJ2IjoiMSJ9.LOuRxRbm36eXWw-fPfHS8uZ_QO_JEJaNvURx4MbbJOmrLTcIuQTNZ7aQakWvhgektcVO6JIIii2C6Fpj2NnhM0ysrpSFhg44QhRJTWy1B6l1W5SfM8WkIwM

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2YZA4RS2ORTKV&asin=B0DFLT473T&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 138. TTXSCZYH







Tools & Home Improvement > Power & Hand Tools > Power Tool Parts & Accessories > Power Tools Replacement Parts

**49-16-2967 Protective Boot Compatible with M18 FUEL 1/2" High Torque Impact Wrench with Friction Ring (Fits Model 2967-20) - 1 Pack (Red)**
Brand: TTXSCZYH

$15⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

**Coupon:** ☐ Apply 10% coupon  Shop items › |  Terms

Get $50 off instantly: Pay $0.00 $15.99 upon approval for Amazon Visa. No annual fee.

Color: **Red**

$15.99    $15.99

| Color | Red |
| Brand | TTXSCZYH |
| Material | Rubber |
| Item Length | 6.77 Inches |
| Item Weight | 48 Grams |

**About this item**
- 【COMPATIBILITY】 Fits the M18 FUEL 1/2" high torque impact wrench with friction ring (Models: 2967-20, 2967-21B, 2967-21F, 2967-22). It ensures a secure fit without loosening, allowing full access to all controls and uninterrupted operation of the tool.
- 【SUPERIOR IMPACT PROTECTION】 This boot snugly wraps around your wrench to effectively prevent damage from bumps, drops, and impacts. It extends the life of your valuable tool by absorbing shocks during daily use and storage.
- 【DURABLE & RESISTANT MATERIAL】 Made of good-quality rubber and flexible silicone, oil-proof, corrosion-resistant, resistant to impact, abrasion , protecting tools and avoiding direct contact with rough surfaces.

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

$15⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

Registration Date:09/04/2012
Trademark Registration:

**M18**

Wordmark  M18
Status  LIVE REGISTERED
Goods & services  IC 009: Batteries, battery chargers and radios.
Class  009
Reg No  4203258
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Add to Cart
Buy Now

Ships from  Amazon
Sold by  TTXSCZYH
Returns  FREE 30-day refund/replacement
Payment  Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## Product Page
https://www.amazon.com/TTXSCZYH-49-16-2967-Protective-Compatible-Friction/dp/B0FRGQ7CZV/ref=sr_1_133?crid=FVZ7LZXM7IQ4&dib=eyJ2IjoiMSJ9.KHPz1OaGBzpaCJsi8xcRLiL9cTBFqKZDrauol-jUovcp9QFrtmtJK6h6gMFPr4InS5dAQ57roeR40D5zZGhnbuCSj38_imosh76UyNGvftFuRcRiJzM506i

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AVETFETJT9MXU&asin=B0FRGQ7CZV&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 139. TUMORY House



**Product Page**

https://www.amazon.com/Milwaukee-Packout-Battery-Holder-Battery%EF%BC%8CTool-Free/dp/B0FMQW4LNF/ref=sr_1_1?dib=eyJ2IjoiMSJ9.e1sFVDraclACazwUDi0gMHe6U5sc0--Hk4bCWpzKnCYtgP3yPXWxufz11aeS6rT3vRgbWvIUVNvEVStKxh_EFg._7hnNCuOoWRIy6i5aZN9VazLoMZl8guiXsgt66fOFQc&dib_tag=se&keywords=milwaukee&m=A2KU42IOS0ME66&qid=1762929830&s=merchant-items&sr=1-1

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2KU42IOS0ME66&asin=B0FMQTQ34C&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 140. UlatiDirect



**Product Page**

https://www.amazon.com/dp/B0C9Q4Q5XG/ref=sspa_dk_detail_6?pf_rd_p=eb7c1ac5-7c51-4df5-ba34-ca810f1f119a&pf_rd_r=BXPD10R3701DB5XF4VPR&pd_rd_wg=CrysN&pd_rd_w=9Qjrw&

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMJBKSSAGL29J&asin=B0C9Q4Q5XG&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 141. Uorolbmy Inc



**Product Page**

https://www.amazon.com/Replacement-Milwaukee-M18-6-0Ah-18V/dp/B0BHDG42J9/ref=sr_1_9

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2GMCA808WG201&asin=B0BHDG42J9&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 142. Upforest Chainsaw



**Product Page**
https://www.amazon.com/UPFOREST-16-LP-043-Low-kickback/dp/B0CRRPGNKT/ref=sr_1_12_sspa?crid=2UNE8AFGDV5OL&dib=eyJ2IjoiMSJ9.y_OTCJrwLBS5gdhUkI-Fkmy-AGCqhT8tAPxqHwo7EZUYgKRfGQjuS_7xCGFgmZlWpYk8YmCJX19vJoV-EXzBhu8sgLpfhzOw5OG3HzLeAvWbrMfjsuR15vMUtl27GFAZj2wFC

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1VJULEY86DE6R&asin=B0CRRPGNKT&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 143. US-Leo



**Product Page**

https://www.amazon.com/2621-20-M18-18V-18-Inch-Reciprocating/dp/B0DD2WP9R1/ref=sr_1_128?crid=36JKYV5G3UHM3&dib=eyJ2IjoiMSJ9.RRmG101_FXw0carO3AZ_BrdXGfSghnQZl4_xMkMI7Hvhnjqj9raSjaIbEgJBoidTzseGdw-za_XxSDOVS82h9TXNfyI6qs_5YbqRM-qAoDjUR_VZfIYW-hzfGFNTbdXnWTs

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AQRED3DZ5Y8LX&asin=B0DD2WP9R1&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 144. USAKKOPOWER



**Product Page**

https://www.amazon.com/AKKOPOWER-Battery-Milwaukee-M12-
12V/dp/B0BVLZ83M7/ref=sr_1_227?crid=2H89XJKX7D3M3&dib=eyJ2IjoiMSJ9.uJebGH6JNayrZMbbSuUfNEo4Sd_jqmVuW_2Oj3ANVWt_hc0qiyC
0G6p5Js-MDxAtIA_XiwTXOJvKbOdXFYl_FzL0hy4P5kmgQMWfGGDTa8Xq2v_wdlkNFg7zsT5d7M74_kdio

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2NV6RTEJ2ZVMG&asin=B0BVLZ83M7&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 145. UsSmileshop



 

Click to see full view

**14-30-0110 Front Housing Assembly Fits For Milwaukee Impact Wrench 2763-20 & 2763-22**

Brand: LATUMAN

$63⁸⁵

Get $60 off instantly: Pay $3.85 upon approval for the Amazon Store Card.

| Color | Grey |
|---|---|
| Brand | LATUMAN |
| Material | Metal |
| Manufacturer | LATUMAN |

**About this item**
- Part Number: 14-30-0110 Front Housing Assembly
- Fits For Milwaukee Impact Wrench 2763-20 & 2763-22
- Is a direct replacement part

> See more product details

☐ Report an issue with this product or seller



Registration Date: 08/05/2014
Trademark Registration:

**M18**

Wordmark  M18
Status  LIVE  REGISTERED
Goods & services  IC 007: Power tools namely, hammers, rotary hammers, hammer drills,...
Class  007
Reg No  4580441
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Add to Cart

Buy Now

Ships from  UsSmileshop
Sold by  UsSmileshop
Returns  Returnable until Jan 31, 2026
Payment  Secure transaction

**Add a Protection Plan:**
☐ 3-Year Protection Plan for $8.99
☐ 4-Year Protection Plan for $11.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

**Customers also viewed these products**                     Page 1 of 9

   

Milwaukee Electric – M18 Fuel 1/2 HIGH Torque

Milwaukee 2962-20 M18 18V Fuel 1/2" Mid-torque

Case for Milwaukee Impact Torque Wrench:

31-44-3160 Housing Assembly Replacem

**Product Page**
https://www.amazon.com/14-30-0110-Housing-Assembly-Milwaukee-2763-20/dp/B0FF1X9DF5/ref=sr_1_5?crid=OTI3F3R9M8TR&dib=eyJ2IjoiMSJ9.pj3NShhzT7FhUm5BotAzOe3gKdf4X5UAsNlJOmyqRSbxrBwpo8kZmauz3P4-AZnGrX0FP1pQtO3na5vxy30KHq99s_LAJ9USqiWsHaPcWvOLXpj9_1qdogwT6SLzkH

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A94O1V4D90T3I&asin=B0FF1X9DF5&ref_=dp_merchant_link

**Seller Origin**
Vietnam

**Payment Method**
Amazon

**Claim Type**
Trademark

# 146. ViewReal US



**Product Page**

https://www.amazon.com/48-44-0405-Plastic-Replacement-Compatible-Milwaukee/dp/B0BWS2ZQXB/ref=sr_1_32?crid=3BKOS761BNNBT&dib=eyJ2IjoiMSJ9.wZIefwEkz0aOG2AkmbRSNaRcG2XlA1vCgYtOR8vusI9sdcM-xp2gWxZh4bNicOhH3OgtSwqTW1atxmKMKvb2qqsF0T_OMILm8w3nUAECX2x4K9k7nGcbil

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3OYBSV2FSMALZ&asin=B0BWS2ZQXB&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 147. Voskmook



**Product Page**
https://www.amazon.com/M18-2760-20-Milwaukee-Impact-Driver/dp/B0F8R6L1GS/ref=sr_1_4?crid=26QTRGC8AXPDC&dib=eyJ2IjoiMSJ9.xkx6Wz3IW6EHMhKLNHXv0xMMJaqnR02tNjsr8OKvrZ47UbFTP0haEtuLrf36j4UmAFyF5cUXmVxR4qrvao8fVbJkWtfB0SY2unZQS8T_LEk-O-l0q33U51xxzMmd7ZuqNukThXp

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1109DD8YY65IY&asin=B0F8R6L1GS&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 148. waldenlife



**Product Page**

https://www.amazon.com/ZHONGXIA-Compatible-Mil-waukee-Mounting-Organisation/dp/B0DKSTQ648/ref=sr_1_210?crid=Y5UXY98QLMKW&dib=eyJ2IjoiMSJ9.D9nqwowhpsCQJpY1Zi9wg0T6EuEINUW7RHz1v0OMgJIdeTdCHC7EZCCTgn_some_8yV_EL3c2Rt9Vt9eT0Mes3pLOZ_27y5GwhTPX20NeYnOYBT3Fgflw

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2YFVBTGTAGKSB&asin=B0DKSTQ648&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 149. Wang Wei 666



Tools & Home Improvement › Power & Hand Tools › Power Tool Parts & Accessories › Power Tools Replacement Parts

A88X 42-06-1030 M12 Ratchet 3/8 Fuel Head Rebuild Kit for Milw-aukee 2457-20, Mpact Wrench Anvil, Service Kit

Brand: UMXUDAO

$43.07

Save 6% at checkout   Shop items ›

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color       One Color
Brand       UMXUDAO
Item Package  1
Quantity
Manufacturer  UMXUDAO

### About this item
- For 3/8INCH Drive Anvil Head Service Kit
- Part #: 42-06-1030
- Fits 2457-20 M12 cordless ratchet

Click to see full view

    



Registration Date: 09/10/2013
Trademark Registration:

M12

Wordmark    M12
Status      LIVE  REGISTERED
Goods &     IC 007: Power tools, namely,
services    screwdrivers, [ hammers, ]
            rotary...
Class       007
Reg No      4400802
Owners      Milwaukee Electric Tool Corporation
            (CORPORATION; DELAWARE, USA)



Add to Cart

Buy Now

Ships from   Wang Wei 666
Sold by      Wang Wei 666
Returns      Returnable until Jan 31, 2026
Payment      Secure transaction

Add a Protection Plan:
☐ 3-Year Protection Plan for $6.99
☐ 4-Year Protection Plan for $8.99

**Product Page**

https://www.amazon.com/42-06-1030-Ratchet-Rebuild-Milw-aukee-2457-20/dp/B0FP118821/ref=sr_1_20?crid=2CD841A2EW4XW&dib=eyJ2IjoiMSJ9.jLWtsWNLJM47qyqY-Sy6sY6bYc60pJq96FAEuWdrQuTkYHQjlrSUKzPh-ngrqh-ntLrnRywYLfYtakK_e3stFh3FgRQLKDUGD-OyaC57BgVd8DKuzFFwVODOHsBn

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A44ZQFWC3M3MJ&asin=B0FP118821&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 150. WangBin75



**Product Page**

https://www.amazon.com/Milwaukee-Garage-Kitchen-Cottage-Personalized/dp/B0FKZPHSVZ/ref=sr_1_17?crawl-best-image=1

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3TM9CYYZBH63G&asin=B0FKZPHSVZ&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 151. Wanhuohui



**Product Page**
https://www.amazon.com/dp/B0BWJ7FGNT/ref=mweb_up_am_fl_st_na_un_up_sm_web

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3HAZK33Y16PQE&asin=B0BWJ7FGNT&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 152. WATTYONG



**Product Page**
https://www.amazon.com/49-16-2557-Protective-Milwaukee-Ratchet-44795391/dp/B0CH9KM764/ref=sr_1_150

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2OVEQW94J4EHF&asin=B0CH9KM764&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 153. WCWDZ



**Product Page**

https://www.amazon.com/Milwaukee-48-22-8435-Packout-Tool-Liner/dp/B0F8VW29SK/ref=sr_1_19?crid=3E4IFK5C31GIF&dib=eyJ2IjoiMSJ9.8iFtGIQLzxuth7__ZPK3zY3WqIbdmggpU1MFYQexKGv1M7OuRYbT6xqguGdWZyRj7HIOPr1Jc68TRXw7rrRECUa79EXc0CLJ7O_gauw4mSjIV3uqajly1_8PIRpP0kSYAz

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A15CMJGHHM7T9V&asin=B0F8VW29SK&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 154. weina-store



## Product Page

https://www.amazon.com/Reciprocating-Tools-Milwaukee-2625-20-Hackzall/dp/B0DDG5XBD3/ref=sr_1_15?crid=36JKYV5G3UHM3&dib=eyJ2IjoiMSJ9.9TF17vZk9Y_sgLaT8b2mJS7NRh4nRNLDsA6yJVYm66Nf2c87TLUTBL5tMlqYskZbKXKXYXDGJYkLwgg_yqdDwnO58yo1kAtSNsTLpXB8KEwWwkdMPwCE_Vs3yyE

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JZBPAOWE2NO5&asin=B0DDG5XBD3&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 155. Weistiy



Upgraded 42-06-1030 m12 Ratchet 3/8 Fuel Head Rebuild Kit for 2457-20/2457-21/42-06-1025 Impact Wrench Anvil,Service Kit

Visit the Weistiy Store

$20⁹⁹

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

- Compatibility  42-06-1030 m12 Ratchet 3/8 Fuel Head Rebuild Kit for 2457-20/ 2457-21/ 42-06-1025 Impact Wrench Anvil,Service Kit
- Fitment  for cordless ratchet 2457-20 Cordless Ratchet Tools.3/8" Drive Anvil Head Service Kit
- Widely Use  Ratchet Anvil is suitable for various scenarios and industries, such as mechanical manufacturing, automobile maintenance, construction engineering, etc. Whether you are a or amateur enthusiasts, you can find the spiny that suits you
- Feature  The ratchet repair kit 42-06-1030 Kit is manufactured with high precision instruments, it has excellent size and fits your tool because of the well-designed and excellent processing
- Service  If you have any questions or are not completely satisfied with your purchase, please feel free to contact us via message.

> See more product details

☑ Report an issue with this product or seller



Registration Date:09/10/2013
Trademark Registration:

### M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Buy Now

Ships from   Weistiy
Sold by   Weistiy
Returns   Returnable until Jan 11, 2026
Payment   Secure transaction

Add to List

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Weistiy |
| Part Number | 42-06-1030 M12 7137-1 |

### Additional Information

| | |
|---|---|
| SALT | B0G1BH94KB |
| Date First Available | November 7, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the

**Product Page**
https://www.amazon.com/Weistiy-Upgraded-42-06-1030-Ratchet-42-06-1025/dp/B0G1BH94KB/ref=sr_1_45?crid=1KE5DAHOKUXO4&dib=eyJ2IjoiMSJ9.JYEI8eDYIiDzaoRfGaY66CY-RTc7O_BnT-_-8bGhGqufyMzUCPTbV9wAoNMYSPQ4okFq_zlECiHK2UzsuE7roNa1fr_ma6WslC6_M_59tFqFjaJEuSRysuTgHgh

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2APZLR1QDWCHK&asin=B0G1BH94KB&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 156. WENDY LI



**Product Page**
https://www.amazon.com/49-16-2567-Speed-Ratchet-Protective-Milwaukee/dp/B0CKSHH691/ref=sr_1_154

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AQ2QAXHIF5RI7&asin=B0CKSHH691&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 157. WENXINYUEE



**Product Page**

https://www.amazon.com/Milwaukee-2724-20-2724-21-Heavy-Duty-Mounting/dp/B0DY3WXSL9/ref=sr_1_234?crid=Y5UXY98QLMKW&dib=eyJ2IjoiMSJ9.KtCNYEuiCAPym--yXxJwmmOagF-UqPeV1-2uOAljCgV-NtsRGkGXMUjZWmlcqZHZ-kTIqk3VqSwssgRZbARfVrhEojEbfic2M83lda9UWgTnTcwPVdllZAUGPwYq

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1VP0PYETE8E4Q&asin=B0DY3WXSL9&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 158. Who is it?



**Product Page**
https://www.amazon.com/TalaBide-Upgrade-42-06-1030-Ratchet-Milwaukee/dp/B0G1BB6CH2/ref=sr_1_54?crid=1KE5DAHOKUXO4&dib=eyJ2IjoiMSJ9.Vx2nUeos4zgFQgLc6-7IBaxQPCnjimUOBP6OEe8Qo-zyXVdprkYoZkmZks-jiPY7gfiCf6vEmJkE23NRUe9tvsOWQvMfi71p7Rw7pDRsum5HmzMjPeWxEju-ev0R

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2DFHJ9DNOHQL0&asin=B0G1BB6CH2&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 159. Wild-flowerww





Plastic Handle Housing Assembly in Red and Black for Milwaukee 2854-20 3/8 Inch and 2855-20 1/2 Inch Compact Impact-Wrench, Replacement Shell for Part 31-44-2854 for Tool Repair and Maintenance

Visit the VRTYVEYBB Store

$19.99

Coupon: Apply 10% coupon  Shop items >  |  Terms
Save 5% on 1 when you buy 2  Shop items >
Save 20% on 1 when you buy 3  Shop items >

Unlock a $60 Amazon Gift Card upon approval for Amazon Visa.

| | |
|---|---|
| Color | As Picture Show |
| Brand | VRTYVEYBB |
| Material | Plastic |
| Item Weight | 190 Grams |
| Item Package Quantity | 1 |



Buy Now

Ships from   Wild-flowerww
Sold by      Wild-flowerww
Returns      Returnable until Jan 31, 2026
Payment      Secure transaction

Add to List

      

## About this item

- Precise Compatibility: Designed to fit housing 2854-20 and 2855-20 for Impact-Wrench models, matching the 31-44-2854 specification to maintain accurate alignment and secure fit for reliable tool performance.
- Robust Construction: Made from long lasting plastic in red and black, this handle housing assembly resists wear from workshop conditions while maintaining a comfortable grip for extended use.
- Easy Installation: 1-piece handle housing assembly allows straightforward replacement of worn parts, helping you restore your tool's function without complex steps or additional modifications.
- Stable Grip Design: Ergonomic contours and textured-surface help reduce hand fatigue and improve control during impact-wrench operation, supporting steady handling in various work angles.
- Consistent Performance: Supports proper housing structure to protect internal components, insuring smoother torque delivery, reduced vibration, and extended operational life of your power tool.

 Report an issue with this product or seller

**Product Page**
https://www.amazon.com/Milwaukee-Impact-Wrench-Replacement-31-44-2854-Maintenance/dp/B0FQJ8D2L9/ref=sr_1_1?dib=eyJ2IjoiMSJ9.sw_kaz2QpXMJingdKSdp81ncFIpAVaZd2UyfgPEevpa7P9_v5D3nPpt-tuCVG2HT.-VuxyhHSknk2qOhxLKgM1JFi8-xBT6ivNx5FRauhD4s&dib_tag=se&keywords=Mi

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ATEECWR22QQCG&asin=B0FQJ8D2L9&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 160. Wuhan Quansheng Yunle Technology Co., Ltd.



**Product Page**

https://www.amazon.com/49-16-2767-Protective-Compatible-Milwaukee-2767-20/dp/B0CWLTC71Y/ref=sr_1_22

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1KHIOOWAQP94R&asin=B0CWLTC71Y&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 161. wuhanfengzhi



Tools & Home Improvement › Power & Hand Tools › Hand Tools › Wrenches › Socket Wrenches

1/4 Inch Anvil Service Kit 42-06-1006 for M12 Cordless Ratchet 2456-20, Replaces 42-06-1005, Steel Repairs Broken Drive End Tool, Black, 3x1.9x1Inches

Brand: VersaGenius

$29⁷⁹

Save 8% on 2 select item(s)  Shop items ›
Save 10% on 5 select item(s)  Shop items ›
Sign in to redeem. Save 15% on 10 select item(s) promo code: FZ7A8X3F  Shop items ›
Sign in to redeem. Save 20% on 20 select item(s) promo code: 5YJASPOK  Shop items ›

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Color | As Picture Show |
| Brand | VersaGenius |
| Item Weight | 52 Grams |
| Manufacturer | VersaGenius |

## About this item



- 【Repairs broken drive end】The 42-06-1006 1/4inch M 12 Ratchet Head Anvil Service Kit is



Registration Date: 09/10/2013
Trademark Registration:

M12

Wordmark  M12
Status  LIVE  REGISTERED
Goods & services  IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary...
Class  007
Reg No  4400602
Owners  Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA)

Ships from  wuhanfengzhi
Sold by  wuhanfengzhi
Returns  30-day refund/replacement
Payment  Secure transaction

Add to List

---

**Product Page**
https://www.amazon.com/VersaGenius-42-06-1006-Cordless-42-06-1005-3x1-9x1Inches/dp/B0DZ2HZXTL/ref=sr_1_44?crid=3BYVNQ1QS1SJY&dib=eyJ2IjoiMSJ9.uKb4ba2gACko-B4XfvS3kdvdCB4Ov0CSrHY6cJMH-WEqdzmFHU0ezuk_Va_BTxaE_FihQ_N4_QMZOe4wsgdQosP6i3ADZnwGgzG2XQHIRtIDMVjkv

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3FVPBSHLTKVCH&asin=B0DZ2HZXTL&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 162. wuhanyuqikejiyouxiangongsi



## Product Page

https://www.amazon.com/PREZOYE-Replacement-Compatible-48-11-1812-48-11-1828/dp/B0DS1TM5BM/ref=sr_1_38?crid=3KYTFUGYRUYJB&dib=eyJ2IjoiMSJ9.FvqxYsu-R_Mcnkd_LgW6gWIm5PXKpPr7ZcS1IhpgYzNXtp0CQ7vkrnlOtu4gWH1OOfW-u-6UjrdmB_0SjI-iFRdqI7qCC29Tc4qxxoE7pIsI_74aI399h

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1162NE03VXM72&asin=B0DS1TM5BM&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 163. wuliwenhaishaomao



## Product Page
https://www.amazon.com/42-06-1030-Ratchet-Rebuild-Service-Milwa-
ukee/dp/B0G1H5B79N/ref=sr_1_47?crid=1KE5DAHOKUXO4&dib=eyJ2IjoiMSJ9.JYEl8eDYIiDzaoRfGaY66CY-RTc7O_BnT-_-
8bGhGqufyMzUCPTbV9wAoNMYSPQ4okFq_zlECiHK2UzsuE7roNa1fr_ma6WslC6_M_59tFqFjaJEuSRysuTgHghZ

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3USRR25BQ7OVJ&asin=B0G1H5B79N&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 164. WXB1990



**Product Page**
https://www.amazon.com/Enafu-49-16-2557-Ratchet-Protective-Milwaukee/dp/B0CR8KQVSX/ref=sr_1_147

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A23B63FUKTKLOG&asin=B0CR8KQVSX&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 165. XHBAN



## 1 Set Electric Tools Service Kit M12 3/8 Ratchet Head Anvil 42-06-1030 Fits Milwauke 2457-20,2457-21

Brand: XHBAN

3.5 ★★★☆☆ ⌄      151 ratings

100+ bought in past month

**$19⁸⁸**

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Color | Black |
| Brand | XHBAN |
| Material | Metal |
| Item Length | 1.18 Inches |
| Item Weight | 1.6 ounces |

### About this item

- Ratchet head anvil repair kit 42-06-1030 fits for ratchet.
- Fit for cordless ratchet 2457-20 Cordless Ratchet Tools.3/8" Drive Anvil Head Service Kit
- The ratchet repair kit 42-06-1030 Kit is manufactured with high precision instruments, it has excellent size and fits your tool because of the well-designed and excellent processing.
- We fully consider the user's experience. Ratched Repair Kit uses ergonomic design, which is comfortable and easy to operate. Whether it is used for a long time or frequently, it can keep your hand relaxed
- Ratchet Anvil is suitable for various scenarios and industries, such as mechanical manufacturing, automobile maintenance, construction engineering, etc. Whether you are a or amateur enthusiasts, you can find the spiny that suits you.

› See more product details



Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime



Registration Date:09/10/2013

Trademark Registration:

### M12

| | |
|---|---|
| Wordmark | M12 |
| Status | LIVE REGISTERED |
| Goods & services | IC 007: Power tools, namely, screwdrivers, [ hammers, ] rotary... |
| Class | 007 |
| Reg No | 4400602 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |



Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by   XHBAN
Returns   FREE 30-day refund/replacement
Payment   Secure transaction

☐ Add a gift receipt for easy returns

Add to List

**Product Page**
https://www.amazon.com/dp/B0BRJ4DHRB/ref=sspa_dk_detail_3?psc=1&pd_rd_i=B0BRJ4DHRB&pd_rd_w=qGbq8&content-id=amzn1.sym.953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_p=953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_r=JGTAYZSYZNFM2MA8Y9AP&pd_rd_wg=VJBYu&pd_rd_r=6f0

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A7MJOPBR9314C&asin=B0BRJ4DHRB&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 166. XHHKJGS



**Product Page**

https://www.amazon.com/42-70-2653-2604-20-2604-22-2604-22CT-2797-22/dp/B0DPKLNG7V/ref=sr_1_9?crid=35TAUQSXVJJ53&dib=eyJ2IjoiMSJ9.i36HKvq3yyRL3tZOYZMSR1KHdBx2vyrKiuNMX_gB2U7RSAigd-0zO_JsuJjr6QtB_JBVReDtHiwByutaLU8lmOJaVa2bE68l36JGm7NzYIHeVg68rWKSdw0gGFIn1d

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3K2J9KCW527FE&asin=B0DPKLNG7V&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 167. Xia Men Shi Meng Hong Ke Ji You Xian Gong Si



**Product Page**

https://www.amazon.com/VEHAKIFA-Compatible-48-11-1850-48-11-1852-48-11-1820/dp/B0FD2NB9FG/ref=sr_1_156?crid=3BHQTSAY9RFV3&dib=eyJ2IjoiMSJ9.t_TfZDiE4Xc4ZkGhebMnXwOTiGGGgE9-rDdxpnS30-3PpiaVldpNrtWuAaOi0knWc9mNiIwGVtgNpVPm9Hwf0xsWF3YEVeY_C2bb8XPN-3qrgBlPVKUG

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2RSPD84PPS37H&asin=B0FD2NB9FG&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 168. XianghongTai



## Product Page

https://www.amazon.com/M12-Battery-Plastic-Protection-48-11-2411/dp/B0BM3LFDP2/ref=sr_1_16?crid=2DBU15XP02ENB&dib=eyJ2IjoiMSJ9.H_7vtJYLEKCRo0jHUeiuSzCcGmtAkgArB93e_xd607P9wv-kh_rJFfg2z36P61_4wZN37c_bPca_5qG8V3NdaPKIeWeDZNaHJ_afxAVfPEMPmpPsEW00nWuvYT5BqCHu

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DJ5DMN6JVPFJ&asin=B0BM3LFDP2&ref_=dp_merchant_link

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 169. Xiao Wei Store



**Product Page**

https://www.amazon.com/Sumsoctober-Replacement-Assembly-Compatible-31-44-2554/dp/B0FPM4873T/ref=sr_1_4?smid=AZC7NVIG7O8DQ

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AZC7NVIG7O8DQ&asin=B0FPM4873T&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 170. xiaopingeSHOP



**Product Page**

https://www.amazon.com/42-06-2556-Ratchet-Service-Milw-aukee-2556-20/dp/B0FP15474K/ref=sr_1_51?crid=2EGIYIOHP4YJA&dib=eyJ2IjoiMSJ9.BbtTIvgBDZYkDIJKQFir04l3SKGKweEdcnwDoqUiG6moIx_2iJMViKJW41BUIYhdYUgi5uiA1m0ZMbMkKYjeiZKeH98KeAg6CmjbgamhuiKgNKhE-tD1TKOn-kV0

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A24WHSLQ41QK31&asin=B0FP15474K&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 171. xiaoqiaoSHOP



**Product Page**

https://www.amazon.com/42-06-1030-Ratchet-Rebuild-Milwa-ukee-2457-20/dp/B0FP1K4VYB/ref=sr_1_12?dib=eyJ2IjoiMSJ9.MzLyoDn0GnzLll_VWCmT6OdLNfRztyXKSyJZyyIVWsDz3IrJ6_2OYy4DKtAcuiy4bBM8o9_cxXmzq49_rAC8Bnqg1wgZrWQQBc90wtih-r27JadhBnjeiGN32Y-XCzE78Z3c_DKqgf0lleC

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3U71U4OPH5J2D&asin=B0FP1K4VYB&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 172. XIENER-US



**Product Page**

https://www.amazon.com/Replacement-Milwaukee-48-11-1860-Battery-Lithium-Ion/dp/B0FD9VPZGQ/ref=sr_1_62?crid=ULLCHKX43NJE&dib=eyJ2IjoiMSJ9.DkBaS3qgRVWjSdzT6Ydw5Eq-CZjWAI5siWyz85LXWYEJmgXoNXomQ2VRvqPTg4wv-VvY4ZXd0P5ctPRd1La3OKUDeOiU_eBFUkBk8DsxvnLIoTQyIgbKnc

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2MHS0YCD2WYA1&asin=B0FD9VPZGQ&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 173. xiiiiaoxiaoyanyan



**Product Page**
https://www.amazon.com/Upgraded-Blower-Industries-Blowers-Milwaukee/dp/B0FLQ2G9DK/ref=sr_1_83?crid=3BLTT2T2TKDL1&dib=eyJ2IjoiMSJ9.9qyPDlYXxvLWQZFbVFG18dPZnQm-r25yo2OY_PCSArPuMC7OVXTllJBnfBQYSSytYAmGMjqMC2qMifC7184SjS0t848jmCIVkGFmMzsdX37ct43lVeDvWRAxpVyeu

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A5THP6GN1D2R0&asin=B0FLQ2G9DK&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 174. xiluodianzishangwu



**Product Page**
https://www.amazon.com/Replacement-Compatible-48-11-1890-48-11-1850-48-11-1828/dp/B0FL2CYZFW/ref=sr_1_15

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AS6B64PYWDWWS&asin=B0FL2CYZFW&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 175. XImiao



## Product Page
https://www.amazon.com/dp/B0FT3DLQSJ/ref=sr_1_1?crid=3PMZIRAAHBGR7&dib=eyJ2IjoiMSJ9.zNqFmhYkgjLTp1KLH-qmRLvaEzxOaxdy3GzfaXYYwnFsNrflbAPHpEyR5XS2j9E4cqiW8JJ0Y5BzUr_tNP5XAwxktXDaFBmN9PPTBgLbz-EEr9sqSU3rPmAbZ65hpeUFjgYkB-sgkfNo7wO3CK28eA9hNzsBBRnpzKTbC1ytPuu

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1OVKM1YOQ81EA&asin=B0FT3DLQSJ&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 176. Xinbaiyi2024



**Product Page**

https://www.amazon.com/VQQLII-49-16-2960-Mid-Torque-Protective-
Compatible/dp/B0F2HRW11R/ref=sr_1_20?crid=1IDKI85FH26HD&dib=eyJ2IjoiMSJ9.PQe8aocsxbrBr2VQXFvim6LLNJK2H1usYdo4MA-
HdDKrlyJ6fCet44oNwS1U42mClqhCGSC6e41HVqfwnOk-tmfZggSe7OUSP1kkvSm0_X5esZ1l4Vvw6a7

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ID5FV3Z4LHPU&asin=B0F2HRW11R&ref_=dp_merchant_link&isAmazonFulfilled=1

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 177. XINGCHEN-LTD



**Product Page**

https://www.amazon.com/42-06-2556-Ratchet-Service-Milw-aukee-2556-20/dp/B0FP15474K/ref=sr_1_6?crid=1VNFVV3OR5FL4&dib=eyJ2IjoiMSJ9.QTnEQ1e7VacA5CBSLAcTTGZ55AwlPLx6CS2pD0geXfxnVfaYmjeRA__V5p_a_Fr8ixHMTKGDTXoRo6RW9EWJ2aDmidpL9XkwdkUEzyBo9AHtxidHU5hyIEHVR6z4w

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AO9Y46GC7T7T9&asin=B0FP15474K&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 178. XINGHANTU



Tools & Home Improvement › Power & Hand Tools › Power Tool Parts & Accessories › Battery Packs & Chargers › Battery Packs

Replacement for Milwaukee m18 Battery 8.0AH,Compatible with All Power 18V Milwaukee Power+ Tools 1pack
Brand: XINGHANTU

$25⁹⁰

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Brand | XINGHANTU |
| --- | --- |
| Recommended Uses For Product | RC toy |
| Unit Count | 1.0 Count |
| Voltage | 18 Volts |
| Reusability | Rechargeable |



Registration Date:09/04/2012
Trademark Registration:

M18

| Wordmark | M18 |
| --- | --- |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: Batteries, battery chargers and radios. |
| Class | 009 |
| Reg No | 4203258 |
| Owners | Milwaukee Electric Tool Corporation (CORPORATION; DELAWARE, USA) |

Add to Cart
Buy Now

| Ships from | XINGHANTU |
| --- | --- |
| Sold by | XINGHANTU |
| Returns | 30-day refund/replacement |

**Product Page**
https://www.amazon.com/XINGHANTU-Replacement-Milwaukee-Battery-Compatible/dp/B0FP4NKQ22/ref=sr_1_29

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2BZGX0BTP8M38&asin=B0FP4NKQ22&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark

# 179. xinmu-eu



## Product Page

https://www.amazon.com/48-44-0405-Replacement-Compatible-Milwaukee-Replaceable/dp/B0C3D1DMDS/ref=sr_1_1_sspa?crid=3BKOS761BNNBT&dib=eyJ2IjoiMSJ9.wZIefwEkz0aOG2AkmbRSNaRcG2XlA1vCgYtOR8vusI9sdcM-xp2gWxZh4bNicOhH3OgtSwqTW1atxmKMKvb2qqsF0T_OMILm8w3nUAECX2x4K9

## Seller Page

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3C1E0KIE82Q8O&asin=B0C3D1DMDS&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin

China

## Payment Method

Amazon

## Claim Type

Trademark

# 180. Xinnuoheng Trading Co. Ltd







**Product Page**

https://www.amazon.com/Type-Wrenches-Suitable-Milwaukee-2563P-20/dp/B0FVSMT2K8/ref=sr_1_5

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1IJTJQVFWLQKJ&asin=B0FVSMT2K8&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 181. Xinruida Trading Co.





**Product Page**
https://www.amazon.com/Electric-Screwdriver-Miwaukee-2101-22-
Cordless/dp/B0DPHMLMY3/ref=sr_1_12?dib=eyJ2IjoiMSJ9.QN7Xj6AySZFgriGk2Kvc5tLa_Ocxqf2Jc3wMrcQN5rgCVWB0d84ZfNHPLKknLy-
BbMm5pNyqLtIVFvXGYyoehyZiKYBf8BvelpYXuq7XPgkcdS0jDQzMfEv2HAwgWzi-RKjip5LRsQSxO_

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-
glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2X24WL32KRPZ&asin=B0DPHMLMY3&ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
trademark

# 182. XinYao US



## Product Page
https://www.amazon.com/Replacement-48-11-1820-48-11-1840-48-11-1860-Lithium-ion/dp/B0B41T6JVN/ref=sr_1_154?crid=1O1E5T8BX8YRZ&dib=eyJ2IjoiMSJ9.z5X1yx5tscjw-xY7yhUdjxgeK6wvw3JOMGGvtwzAv2Y3-0Cum1B5LY-7Wem93qi2w9naniv4eEYUuW5ESoJWr9-VHZq_E9MWo321FvCWTCdqPaMN

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2RI2JHJ85DGIC&asin=B0B41T6JVN&ref_=dp_merchant_link&isAmazonFulfilled=1

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 183. Xinyufenyongshangmao



**Product Page**

https://www.amazon.com/Replacement-Compatible-48-11-1890-48-11-1850-48-11-1828/dp/B0FQ31S9HD/ref=sr_1_6

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AEMLJC5Z3LUYT&asin=B0FQ31S9HD&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 184. Xinyuwenhuishangmao



**Product Page**

https://www.amazon.com/Replacement-Compatible-48-11-1850-48-11-1860-48-11-1845/dp/B0G4R1BQQR/ref=sr_1_7?crid=XOPP97GPCPWX&dib=eyJ2IjoiMSJ9.OceE2rw2MO2fkJ4YTDAFyYVY1EDFjBM46G77AykI73Cd3bbR0mwzvK3gzzLIQJG37j8p5ylOA1R_fqQijvnybWe0T7-Ui7WajVCaiMk6DuN3N-FUZGmb

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2YAO5XT7PW5TO&asin=B0G4R1BQQR&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 185. xiune





Metal Sign Garage Retro Electric Tools Poster Garage Club Bar Car Repair Factory People Cave Wall Decoration Wall Hanging 8x12 Inches

Brand: FZTGRF

$7.98

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: 8X12 inch

| 6X8 inch | 8X12 inch |
|---|---|
| See available options | $7.98 |

Color: Tp12

- SIZE:this tin signs size 8x12 Inch (20cm x 30cm)/6x8 Inch (14cm x 20cm)
- Pre-drilled Screw Holes In Corners For Easy Hanging,You Can Install It on The Wall With Nails or Double-sided Tape on The 4 Corners. it's Safe And Easy To Hang, Saving You A Lot of Time.
- Easy to hang: The pre-drilled holes can be installed on the wall with nails on the 4 corners or double-sided tape.
- Features: The tin sign is printed, it is not really rusty, and it is printed with waterproof and anti-glare high-definition digital printing ink. It needs more authentic retro impressions. Regardless of sunlight, rain or other extreme weather, the metal tin logo will not fade.
- Service: We provide return and refund services, if you have any questions about the product, please contact us.

Report an issue with this product or seller



Registration Date:
Trademark Registration:

Wordmark   MILWAUKEE
Status   LIVE  REGISTERED
Goods & services   US 023: PORTABLE ELECTRIC DRILLS AND ATTACHMENTS THEREFOR; SAWS AND...
Class   012 016 021 026 006 008 009 011 037
Reg No   0917649
Owners   MILWAUKEE ELECTRIC TOOL CORPORATION (CORPORATION DELAWARE, USA)

**Buy Now**

Ships from   xiune
Sold by   xiune
Returns   30-day refund/replacement
Payment   Secure transaction

Add to List

---

**Product Page**

https://www.amazon.com/Garage-Electric-Factory-Decoration-Hanging/dp/B0FQ2QMZGY/ref=sr_1_61?crid=JK4X54NNWFKC&dib=eyJ2IjoiMSJ9.xbLbcH_5t5hpOZqfnvCZVUpooIEMb0taEKlKoRy4hSj0nZvXHv3F3hblggMjWxtfaOnbBs3T_KX_--s_tSLJB-QDMYyB8i_t9JQ9WvgWasLoEHkDxtKSJp0L2OB0wL_J

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AQ7DHAXVUDGR2&asin=B0FQ2QMZGY&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 186. xuefanbangd4



## Product Page
https://www.amazon.com/gp/product/B0F8N8V957/ref=sw_img_1?smid=A16GL4GRZXZJ87&psc=1&crawl-best-image=1

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A16GL4GRZXZJ87&asin=B0F8N8V957&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark

# 187. xueruibaihuo



**Product Page**

https://www.amazon.com/Button-Battery-Charger-Milwaukee-48-59-1204/dp/B0FPW845LW/ref=sr_1_4?crid=2HRSXVD5XGM95&dib=eyJ2IjoiMSJ9.q-nZlf_YIJfEA5Wb-MpNak6tJPz1Qn1h69gzFpM-VDglx0nQ0A1M1un1HwFMBjnBGCsr14mEhUSjCbWoRhQzj5PWPWYR1XKzYngsaSM735gBJUdHktW-Oddz0H81v61

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3OT6ZJ7UZ2E5P&asin=B0FPW845LW&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 188. XUXIAOBIANDEDASHANGCHANG



**Product Page**

https://www.amazon.com/Service-42-06-2557-Ratchet-2557-20-Replacement/dp/B0F8QRZNYC/ref=sr_1_35?crid=1IDJ8J3TRQAYH&dib=eyJ2IjoiMSJ9.6kqKLNo_cGmutqoE1Gzc6-esWwioQ91ERo_AlDOBbqGVQQcNFNiwaFeFw1uh4ETvKgBxe2LjHtix7T7ImkuK0cNFCZNgeICrhOQMNn3GLXwetTRM8_mg0EEA-Nn

**Seller Page**

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A36KFFSPU9D7IY&asin=B0F8QRZNYC&ref_=dp_merchant_link

**Seller Origin**

China

**Payment Method**

Amazon

**Claim Type**

Trademark

# 189. Yanacchi store



## Product Page
https://www.amazon.com/Milwaukee-2456-20-Service-42-06-1006-Replacement/dp/B0G51CDVP6/ref=sr_1_19?crid=3NISH6TJA05J4&dib=eyJ2IjoiMSJ9.eI8btn6BACNCALgHYKV6sdeiAv9QVokTCtiCHbMGKNQhW2kj4XWc1jGGYvSU3Sw0fft2FV_sh1A0bOEXaRqEd3IbuXGJBKYxTCJBK7Oi8kRvj26FzvmkEff0H

## Seller Page
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3F8KKV8VQC8K1&asin=B0G51CDVP6&ref_=dp_merchant_link

## Seller Origin
China

## Payment Method
Amazon

## Claim Type
Trademark