**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILWAUKEE ELECTRIC TOOL
CORPORATION,

        Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

        Defendants.

Civil Action No. 26-cv-2255

## [PROPOSED] STIPULATED PRELIMINARY INJUNCTION ORDER

THIS CAUSE comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order and Asset Freeze Order against all Defendants ("TRO") on March 9, 2026. Dkt. 18. The Court also authorized Plaintiff to serve Defendants by electronic means. Dkt. 18. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing to demonstrate good cause why a preliminary injunction should not be issued. Dkt. 18. The hearing on Plaintiff's motion for a preliminary injunction was held in person on April 2, 2026, at 11:30 AM. Defendant TolxhTT (Def. 130) ("Defendant TolxhTT") appeared at the preliminary injunction hearing on April 2, 2026. Plaintiff's Preliminary Injunction Motion was granted as to all non-appearing defendants.

Defendant TolxhTT met and conferred with Plaintiff prior to the preliminary injunction hearing and agreed to a stipulated preliminary injunction which includes a cap on the asset restraint previously implemented by the Court's Temporary Restraining Order, Dkt. 18.

1

**ORDER**

The injunctive relief previously granted in the TRO against Defendant TolxhTT shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116(a).

Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion for Preliminary Injunction is hereby **GRANTED** and it is **ORDERED** as follows:

1. As sufficient cause has been shown, Defendant TolxhTT is hereby enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

   a. Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

   b. Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the Milwaukee Marks, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

   c. Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

   d. Cease and refrain from using the Milwaukee Marks on or in connection with any seller alias that Defendant TolxhTT may own, operate, or control on any Marketplace;

2

e.  Cease and refrain from any and all use of the Milwaukee Marks as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or that serve to direct computer searches to Seller Aliases registered, owned, or operated by Defendant TolxhTT on any Marketplace; and

f.  Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace.

2.  In accordance with the parties' agreement, the asset freeze implemented by the previous Temporary Restraining Order is capped at $32,000 for Defendant TolxhTT. Any surplus of frozen funds beyond this amount shall be released to Defendant TolxhTT.

3.  The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause, Dkt. 18, as it relates to Defendant TolxhTT, is dissolved and is replaced by this Stipulated Preliminary Injunction Order, which is hereafter in effect.

Dated: April 3, 2026                                  Respectfully submitted,


*/s/ Shengmao Mu*                                    */s/ Jiyuan Zhang*
Shengmao Mu                                          Jiyuan Zhang, Esq. (JZ7401)
NY No. 5707021                                       **J. Zhang and Associates, P.C.**
**WHITEWOOD LAW PLLC**                               3712 Prince Street, Ste 9C
57 West 57th Street, 3rd and 4th Floors              Flushing, NY 11354
New York, NY 10019                                   Telephone: 718.701.5098
Telephone: (917) 858-8018                            Email: contact@jzhanglaws.com
Email: smu@whitewoodlaw.com

                                                     *Counsel for Defendant*
*Counsel for Plaintiff*

3

**SO ORDERED** this _____ day of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

## **SCHEDULE A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 130 | TolxhTT | Amazon | AZXTZFBWP8XFA |