UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2026

------------------------------------------------------------------ X
                          :

MILWAUKEE ELECTRIC TOOL
CORPORATION,
                   Plaintiffs,   :             1:26-cv-2255-GHW

        -v-                           :

                                    :              ORDER

THE INDIVIDUALS, CORPORATIONS,   :
LIMITED LIABILITY COMPANIES,     :
PARTNERSHIPS, AND UNINCORPORATED   :
ASSOCIATIONS IDENTIFIED ON       :
SCHEDULE A,                         :
                   Defendants.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

This case was reassigned to this Court on April 3, 2026. The Court understands that there is a proposed stipulation and order pending at Dkt. No. 32. The Court declines to take any action with respect to the proposed stipulation and order until Plaintiff and Defendant TolxhTT submit a joint letter in compliance with the Court's Individual Rules of Practice in Civil Cases. Individual Rule 1(F) requires, among other things, that immediately following the filing of any proposed order or stipulation, parties submit a joint letter to the Court, stating (1) the reason for the request that the Court enter the proposed order or stipulation; (2) the position of each of the parties with respect to the proposed order or stipulation; (3) the basis for the Court's legal authority to enter the proposed order or stipulation; and (4) any other information that the parties believe would provide context for the Court's evaluation of the request.

       SO ORDERED.

Dated: April 14, 2026
       New York, New York

                                        _____
                                          GREGORY H. WOODS
                                     United States District Judge