**LIU, CHEN & HOFFMAN LLP**

14 PENN PLAZA, STE 2020
NEW YORK, NY 10122

PHONE: (212) 547-6690
FAX: (212) 547-6692

WWW.AMBIZLAW.COM

April 24, 2026

*VIA ECF*
Hon. Gregory H. Woods, United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street New York, NY 10007

*Re: Milwaukee Electric Tool Corp. v. the individuals, et al., SDNY Case No. 26-cv-02255, Defendants' Consent Letter-Motion for Extension of Time to Answer*

Dear Judge Woods:

We represent Defendants "KAKEI, "SVDpirit Sports Store", and "ViewReal US" in the above-captioned action. Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, Defendants respectfully request a 30-day extension of time to answer, move, or otherwise respond to the Complaint, from April 16, 2026 to **May 16, 2026**. Plaintiff's counsel has consented to this request.

**Original due date.** Defendants' response to the Complaint was due on April 16, 2026.

**Prior requests.** This is Defendants' first request for an extension of time.

**Reason for the request.** The parties have been engaged in early settlement discussions and, at the time of the original deadline, reasonably believed that a negotiated resolution might be reached without the need for further litigation. Those discussions have not yet resulted in an agreement. Defendants therefore seek additional time to respond to the Complaint while the parties continue their efforts to resolve this matter. Defendants acknowledge that the original deadline has passed and respectfully submits that the brief delay, reflects excusable neglect under Fed. R. Civ. P. 6(b)(1)(B), given the good-faith basis for the delay, the absence of any prejudice to Plaintiff (who consents to this request), and the lack of any impact on pending deadlines or scheduled proceedings. No default has been filed.

**Adversary's position.** Plaintiff's counsel, Shengmao Mu, has consented to this request.

**Proposed new date.** Defendants propose a new response deadline of **May 16, 2026**.

We thank the Court for its consideration of this request.

Respectfully submitted,

By: /s/ Yong Chen
Yong Chen, Attorney for Defendants
14 Penn Plaza, Ste 2020; New York, NY 10122
212.547.6694; Email: ychen@ambizlaw.com

cc: Counsel of Record (via ECF)