USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                     :
MILWAUKEE ELECTRIC TOOL                              :
CORPORATION,                                         :
                                                     :
                                                     :            1:26-cv-2255-GHW
                                    Plaintiff,       :
                                                     :               ORDER
               -against-                             :
                                                     :
INDIVIDUALS, CORPORATIONS, LIMITED                   :
LIABILITY COMPANIES, PARTNERSHIPS,                   :
AND UNINCORPORATED ASSOCIATIONS                      :
IDENTIFIED ON SCHEDULE A,                            :
                                                     :
                                    Defendants.      :
                                                     :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated April 14, 2026, Dkt. No. 34, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 6, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's April 14, 2026 order forthwith and, in any event, no later than May 11, 2026.

SO ORDERED.

Dated:  May 8, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge