USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                            :
MILWAUKEE ELECTRIC TOOL                                      :
CORPORATION,                                                 :
                                                            :                    1:26-cv-2255-GHW
                                            Plaintiff,       :
                                                            :                    ORDER
                    -against-                                :
                                                            :
INDIVIDUALS, CORPORATIONS, LIMITED                          :
LIABILITY COMPANIES, PARTNERSHIPS,                          :
AND UNINCORPORATED ASSOCIATIONS                             :
IDENTIFIED ON SCHEDULE A,                                    :
                                                            :
                                            Defendants.      :
                                                            :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Plaintiff and Defendant TolxhTT filed a revised proposed stipulated preliminary injunction order on May 14, 2026.  Dkt. No. 54.  For substantially the same reasons discussed with the parties during the May 13, 2026 conference, the Court declines to act on the revised proposed order.

The proposed order still describes the temporary restraining order ("TRO") as currently in effect.  *See* Dkt. No. 54 at 1 ("The injunctive relief previously granted in the TRO against Defendant TolxhTT shall remain in place through the pendency of this action . . . ."); *id.* at 3 ("The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause, Dkt. 18, as it relates to Defendant TolxhTT, is dissolved and is replaced by this Stipulated Preliminary Injunction Order, which is hereafter in effect.").  As Plaintiff's counsel acknowledged during the May 13, 2026 conference, the TRO entered by Judge Preska on March 19, 2026, Dkt. No. 18, expired automatically after 14 days.  And the preliminary injunction order entered by Judge Preska on April 2, 2026 applied to all defendants except TolxhTT.  Dkt. No. 30.  TolxhTT's assets therefore are not currently frozen under the authority of any order of this Court.

Second, the proposed order still refers to actions taken by Judge Preska before this case was reassigned to the undersigned as actions taken by "the Court." *See, e.g.*, *id.* at 1 ("The Court entered a Preliminary Injunction against all Defendants except Defendant TolxhTT . . . ."). The proposed order must identify Judge Preska specifically when describing orders that she entered before reassignment.

Accordingly, the Court declines to act on the proposed stipulated preliminary injunction order.

SO ORDERED.

Dated: May 14, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2