**LIU, CHEN & HOFFMAN LLP**

14 Penn Plaza, Ste 2020
New York, NY 10122

Phone: (212) 547-6690
Fax: (212) 547-6692

www.ambizlaw.com

May 15, 2026

*VIA ECF*
Hon. Gregory H. Woods, United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street New York, NY 10007

*Re: Milwaukee Electric Tool Corp. v. the individuals, et al., SDNY Case No. 26-cv-02255, Defendants' Consent Letter-Motion for Extension of Time (2nd) to Answer/Respond to the Complaint*

Dear Judge Woods:

We represent Defendants "KAKEI" and "SVDpirit Sports Store" in the above-captioned action. Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, Defendants respectfully request a *second* extension of time to answer, move, or otherwise respond to the Complaint, **from May 16, 2026 to June 8, 2026**. Plaintiff's counsel has consented to this request.

**Original due date.** Defendants' response to the Complaint was due on April 16, 2026.

**Prior requests.** This is Defendants' second request for an extension of time. The first request was filed April 24, 2026 and granted by this Court on April 27, 2026 (Dkt. 41), extending the initial deadline for Defendants' responsive pleading to May 16, 2026.

**Reason for the request.** The parties have been engaged in settlement discussions and, at the time of the current deadline, reasonably believed that the matter might be resolved without further litigation. Although those discussions remain ongoing, no agreement has yet been reached. Defendants therefore respectfully request additional time to respond to the Complaint while the parties continue their efforts toward a negotiated resolution. Defendants believe that the requested extension will not prejudice Plaintiff, who consents to this request, nor will it affect any pending deadlines or scheduled proceedings.

**Adversary's position.** Plaintiff's counsel, Shengmao Mu, has consented to this request.

**Proposed new date.** Defendants propose a new response deadline of **June 8, 2026**.

We thank the Court for its consideration of this request.

Respectfully submitted,

By: /s/ Yong Chen
Yong Chen, Attorney for Defendants
14 Penn Plaza, Ste 2020; New York, NY 10122
212.547.6694; Email: ychen@ambizlaw.com

cc: Counsel of Record (via ECF)