USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiffs,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

--------------------------------------------------------------- X

1:26-cv-2255-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court held a conference on September 2, 2026 regarding the three discovery disputes between Plaintiff and Defendant KAKEI identified in the joint letter at Dkt. No. 111. For the reasons stated on the record, the Court sustains Defendant KAKEI's objections.

SO ORDERED.

Dated: September 4, 2026

GREGORY H. WOODS
United States District Judge