USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiffs,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

------------------------------------------------------------ X

1:26-cv-2255-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court held a conference on September 8, 2026 regarding the discovery disputes between Plaintiff and Defendant KAKEI identified in the joint letter at Dkt. No. 114. For the reasons stated on the record, the Court extends fact discovery for the limited purpose of permitting Plaintiff to supplement its discovery responses and to resolve any disputes related to those supplemental responses. Plaintiff must serve any supplemental responses on Defendant KAKEI by no later than September 22, 2026. The parties are directed to promptly meet and confer regarding any disputes related that supplemental production and, if necessary, bring them to the Court's attention by no later than two weeks from the date of service of Plaintiff's supplemental responses.

SO ORDERED.

Dated: September 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge