**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Milwaukee Electric Tool Corporation,**

**Plaintiff,**

**-against-**

**KAKEI, et al.,**

**Defendants.**

**1:26-cv-02255 (GHW) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for settlement. (Referral Order, ECF No. 126.) It is hereby ORDERED that, no later than November 10, 2026, the participating parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates and times when all participating parties and counsel are available for a settlement conference.

The Court is aware that the representatives of Defendant KAKEI reside in China. (*See* Consent Letter Motion, ECF No. 123.) Accordingly, the conference shall proceed via Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

STEWART D. AARON
United States Magistrate Judge