USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiff,

-v-

KAKEI, *et al.*,

Defendants.

----------------------------------------------------------------- X

1:26-cv-2255-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The pre-motion conference scheduled for November 19, 2026 will instead take place during the status conference scheduled for December 16, 2026.

SO ORDERED.

Dated: November 12, 2026
New York, New York

GREGORY H. WOODS
United States District Judge